UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-cr-20242-CMA-2-3-4


UNITED STATES OF AMERICA,          Miami, Florida

          Plaintiff,              January 5, 2022

     vs.                          11:09 a.m. to 12:03 p.m.

JONATHAN D. GRENON, JORDAN P.      Courtroom 13-3
GRENON and JOSEPH T. GRENON,
                                   (Pages 1 to 53)
          Defendants.

---

STATUS CONFERENCE
BEFORE THE HONORABLE CECILIA M. ALTONAGA,
CHIEF UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | MICHAEL B. HOMER, Esq. |
| | Assistant United States Attorney |
| | 99 Northeast Fourth Street |
| | Miami, FL  33132-2131 |
| | (305) 961-9342 |
| | michael.homer@usdoj.gov |
| | |
| FOR DEFENDANT | JONATHAN DAVID GRENON, PRO SE |
| JONATHAN DAVID | JOAQUIN E. PADILLA, ESQ., |
| GRENON: | STANDBY COUNSEL |
| | 150 West Flagler Street, Suite 1500 |
| | Miami, FL  33130-1555 |
| | (305) 530-7000 |
| | joaquin_padilla@fd.org |
| | |
| FOR DEFENDANT | JORDAN PAUL GRENON, PRO SE |
| JORDAN PAUL GRENON: | RICHARD FRANCIS DELLA FERA, ESQ., |
| | STANDBY COUNSEL |
| | 500 East Broward Boulevard, Suite 1710 |
| | Fort Lauderdale, FL  33394-3005 |
| | (954) 232-2504 |
| | rdf@rdfattorney.com |

```
1    APPEARANCES CONTINUED:

2    FOR DEFENDANT          JOSEPH TIMOTHY GRENON, PRO SE
     JOSEPH TIMOTHY         PAUL DONNELLY, ESQ.,
3    GRENON:                STANDBY COUNSEL
                            1 Northeast 2nd Avenue, Suite 200
4                           Miami, FL  33132-2523
                            (305) 757-3331
5                           donnellylaw@bellsouth.net

6

7

8    REPORTED BY:           STEPHANIE A. McCARN, RPR
                            Official Court Reporter
9                           400 North Miami Avenue
                            Twelfth Floor
10                          Miami, Florida 33128
                            (305) 523-5518
11                          Stephanie_McCarn@flsd.uscourts.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2                        WITNESSES

 3

 4    WITNESSES FOR THE GOVERNMENT:                   Page
                                                        --
 5

 6

 7    WITNESSES FOR THE DEFENDANTS:                   Page
                                                        --
 8

 9
      EXHIBITS IN EVIDENCE              IDENTIFIED  ADMITTED
10
      Government's Exhibit No.               --         --
11
      Defendants' Exhibit No.                --         --
12

13

14

15

16

17

18                      MISCELLANEOUS

19                                                    Page
      Proceedings.......................................  4
20    Court Reporter's Certificate.....................  43

21

22

23

24

25
```

```
 1              (The following proceedings were held at 11:09 a.m.)
 2                COURT SECURITY OFFICER:  All rise.
 3                THE COURT:  Good morning.  Please be seated.
 4                United States and Jonathan Grenon, Jordan Grenon,
 5      Joseph Grenon.
 6                Please state your appearances for the Government.
 7                MR. HOMER:  Good morning, Your Honor.  Nice to see you
 8      in person.  Michael Homer for the United States.
 9                THE COURT:  Good morning, Mr. Homer.
10                And good morning to the Defendants who are here.  We
11      are here first because the Government filed a motion, and I'll
12      allow Mr. Homer to address the motion first, gentlemen, and I
13      will hear from you.
14                Mr. Homer?
15                MR. HOMER:  Thank you, Your Honor.
16                Three of the four charged Defendants in this
17      conspiracy are presently before the Court.  The leader of the
18      conspiracy, the first named Defendant, Mark Scott Grenon, who
19      is the father of the three Defendants presently before the
20      Court, is still in Colombia, being detained by Colombian
21      authorities, waiting to be extradited to the United States.
22                Your Honor will recall last summer when this case was
23      first set for trial, it was set by Your Honor for September of
24      2021.  And I had filed a similar motion to continue, asking for
25      six months so that the Defendants could be tried together in
```

accordance with the strong judicial and legislative policy favoring joint trials, especially in conspiracy cases such as this.

When I was before your Court -- excuse me, before Your Honor, I had indicated that two of the Defendants, Mark Scott Grenon as well as Joseph Timothy Grenon, were in Colombia, and that a six-month continuance would almost certainly be sufficient to allow ample time for the Colombian courts to review and approve the extradition and for the Defendants to arrive here with time to review discovery and prepare their defense.

I was correct with respect to Joseph Timothy Grenon. The Colombians approved his extradition request in part in October. He made his initial appearance in this district last week and would presumably have ample time to review discovery, prepare a defense and proceed to trial in March.

Unfortunately, with respect to Mark Scott Grenon, essentially when extradition requests are made to Colombia, the extradition packets are wheeled out to different judges the same way that cases are filed in our district. So even though the extradition packets were largely identical because they were the same charges, those went to two different judges.

My understanding from what happened, from the Department of Justice's legal attache in Colombia, is that the judge who was assigned Mark Scott Grenon's extradition packet

1    retired from the bench in October of this last year.

2    Therefore, everything in his docket was reassigned, including

3    extraditions to other judges.  And that has unfortunately

4    delayed, by a matter of a few months, the review of his

5    extradition request.

6         Given that Mark Scott Grenon is a United States

7    citizen facing the same exact charges as his son, Joseph

8    Timothy Grenon, whose extradition was partially approved in a

9    timely fashion, I have no reason to believe that Mark Scott

10   Grenon's extradition will not be also at least partially

11   approved, and that he will not be making his appearance here

12   soon, I would expect in a matter of a couple of months he

13   should be here.

14        So I have asked the Court for six months, until

15   September, for one last continuance so that all four Defendants

16   can be tried together once Mark is brought before the Court.

17   As I indicated in my motion to continue, the Speedy Trial Act

18   expressly contemplates continuances such as this,

19   notwithstanding the Defendant's otherwise right to a speedy

20   trial, given the strong legislative and judicial policies

21   favoring joint trials.

22        For reasons I mentioned in my motion, I think those

23   policies are particularly pronounced in this case; first,

24   because this is a conspiracy, where it is particularly

25   important that the Defendants be tried together.  It would be

 1    particularly inefficient both for the Court, the Government,

 2    victims and witnesses to have to come and testify twice within

 3    a matter of only a few months of each other.

 4          Second, because the Defendants are pro se, it is

 5    likely that the trial will be a bit more complicated than

 6    normal.  And I think that subjecting, again, the community, the

 7    Court, victims and witnesses to two difficult and potentially

 8    lengthy trials separated only by a matter of months would run

 9    counter to those interests that are codified in the Speedy

10    Trial Act, in subsection (h)(6), as discussed in the motion.

11          That being said, Your Honor, the Government is asking

12    for one last continuance until September, which almost

13    certainly will be enough time for Mark Scott Grenon's

14    extradition to be approved, for him to arrive in this district,

15    prepare for trial, and proceed and be tried with his three

16    sons, the other Codefendants in this charged conspiracy.

17          Thank you, Your Honor.

18          THE COURT:  Thank you very much, Mr. Homer, for that

19    very complete presentation.

20          I note we have present in the courtroom standby

21    counsel Joaquin Padilla.  Good morning.

22          MR. PADILLA:  Good morning, Your Honor.

23          THE COURT:  And Mr. Padilla is standby counsel for

24    Jonathan Grenon.

25          Do I have on the phone standby counsel for

```
 1    Jordan Grenon, Mr. Della Fera?

 2           MR. DELLA FERA:  Yes, Your Honor, good morning.  I am

 3    present and I have been listening.

 4           THE COURT:  Good morning, Mr. Della Fera.  Thank you.

 5    Good morning.

 6           And do we also have on phone anticipated standby

 7    counsel Paul Donnelly for Joseph Grenon?

 8           MR. DONNELLY:  Yes, Your Honor.  I am here and I have

 9    been listening intensively, too.

10           THE COURT:  Thank you and good morning.

11           MR. DONNELLY:  Good morning.

12           THE COURT:  So let me begin by asking Jonathan Grenon

13    if he would like to respond, and/or Mr. Padilla, to Mr. Homer's

14    request for a trial continuance to put off the trial until

15    September.

16           DEFENDANT J.D. GRENON:  Yes.  I am Jonathan David of

17    the Grenon family.  I am here by special appearance, and I am

18    remaining with honor and peace in order to achieve full

19    settlement and closure of this matter before the Court.

20           You see, I am sui juris, of one's own rights.  I do

21    not wish or agree to seek or be forced counsel that I do not

22    choose.  Therefore, I refuse.  Because of swindle and fraud, I

23    do not want any bar member to act on our behalf.  They are

24    foreign agents and the FDC is foreign to us.  So I will be

25    denying that every time I come.  To keep appointing it is
```

1   something that is just a waste of time.  I am here as a *sui*
2   *juris*, of my own rights.

3       I will answer Mr. Homer, and I object to that.  I
4   object to that because of all due process, and we have the
5   right to that.  And also that before all of this, when it was
6   scheduled in September, a trial for Jordan, my brother, and I;
7   while my other brother Joseph, who is here, present today, was
8   with my father, we already had trial set.  And they were going
9   to go to trial with both of us, and then they put that off to
10  bring my brother in and now my father.  It's just a way to keep
11  extending and extending time, and we have more than enough
12  evidence to prove that we are innocent of the things they have
13  said of us.

14      So we declare our innocence.  We do not -- and I want
15  to repeat this:  I am not pro se.  I am *sui juris*.  And I would
16  like to read something before my brothers do, and it is a
17  little something I have written up, and it is pertaining to my
18  life.  And this is something that is very important to us,
19  because what we are being accused of, actually, people are
20  conspiring against us and our family, and God's watching
21  everything.  So am going to read this.  It will only take a few
22  minutes, and then I will let my brothers speak.

23      All my life I have been a missionary and served Our
24  Lord Jesus Christ.  During my teenage years, I would interpret
25  in hospitals or medical groups that would donate their time and

```
 1    resources to help poor people in the DR, Dominican Republic.
 2    This is how I contracted MRSA and suffered for many years.  I
 3    took all the antibiotics that I thought would help me, but
 4    nothing happened.  I got worse.  Came to a point where they
 5    were going to amputate my leg if it kept getting worse.
 6            My dad, Mark Scott of the Grenon family -- who is not
 7    with us right now, but he is in spirit -- he found a book by a
 8    man named Jim Humble online, and he acquired some MMS, Miracle
 9    Mineral Solution which, when it is activated with a certain
10    acid, creates chlorine dioxide.  Some months after I started
11    using it, I saw improvements, and then it rid my body of that
12    terrible disease.  I have not had that in over 12 to 13 years
13    or more.
14            So I started giving it to people who were sick, and
15    many were being healed.  I give things away.  As a church,
16    we've received donations of people's -- people being thankful.
17    Then my dad and Jim started the Genesis II Church, which I and
18    others took part in this also.  Soon, we were traveling most of
19    the world, spreading the gospel of Our Lord and Savior Jesus
20    Christ, healing the sick and teaching many on how to use the
21    G II sacraments.  This is not a drug.  This is our church
22    sacraments and must be respected as such.  In enlightening the
23    world, the truth on who these evil people and corporations of
24    the world are and how they want to destroy mankind.
25            Then they came against my family and I with their
```

"plandemic," which is part of the globalist agenda to usher in the new world order and control mankind.  The word of God speaks of these times, and it is a test of our faithfulness to the Lord Jesus Christ.  In Matthew 10, verses 7 and 8, it says, As you go, preach saying the kingdom of heaven is at hand.  You heal the sick, cleanse the lepers, raise the dead, cast out devils, freely you have received, freely give.

It states what our mission is, and my family and I have been doing it to the best of our abilities.  Sometimes here in jail, one tends to think that you are the only one fighting the good fight.  But as God told the prophet Elijah, who thought he was alone doing the work of the Lord, that 7,000 prophets had not bowed their knees to bale.  There are many coming to the truth and joining the good fight from all around the world.  There are 7,000 doctors and 27-plus countries who are using the chlorine dioxide to heal thousands of COVID-19.

God is using everything happening to reveal all the evil ones in the world.  Birds of a feather flock together.  Just how God rounded up pharaoh and all his army to destroy them, he is rounding up all these evil people and will judge them.  Just to mention a few:  the FDA; WHO, which is World Health Organization; the CDC; the DOJ; United States corporation, which is a de facto government; the UN; Fauci and many more evil people and institutions.

So why are the Grenons still being held when no crime

1    has been committed nor has there been any intent to commit a

2    crime and there are no victims?  You see, you can order

3    chlorine dioxide on Amazon, and many other companies provide

4    it.  It is not illegal and it can't be.  Also, many people

5    promote its use, as there are over 30,000 patents.  It is

6    proven, documented, and clinical studies have shown not only

7    how safe it is, but how it rids the body of many diseases.

8            Isn't this a conspiracy against my family, to shut us

9    up and to try to destroy all that the Lord has done through us?

10   I trust in the word of God and know that it is true.  The Lord

11   will not at all acquit the wicked.  Nahum 1:2 and 3 says, God

12   is jealous and the Lord revengeth.  The Lord revengeth and is

13   furious.  The Lord will take vengeance on his adversaries and

14   reserve his wrath for his enemies.  The Lord is slow to anger

15   and great in power and will not at all acquit the wicked.  The

16   Lord hath his way in the whirlwind and in the storm, and the

17   clouds are the dust of his feet.

18           The reward of the wicked is nigh, people, and it will

19   surely come about.  But the Lord knows that I trust in him.

20   Nahum 1:7 states, The Lord is good, a stronghold in the day of

21   trouble, and he knoweth them that trust in him.  Choose you

22   this day whom you will serve, but as for me and my house, we

23   will serve the Lord.

24           It is just a little something about -- from my past.

25   I have served the Lord all of my life, and all I have done is

```
 1    try to help people.  It says -- the commandments -- Jesus
 2    summed it up, too, to serve the Lord your God and love him with
 3    all your heart, mind and soul, and also, to help your fellow
 4    man.  And that's what we have done all our life.
 5              And so they have conspired against us -- this is the
 6    conspiracy that is going on -- and some of the things that they
 7    have violated are present today.
 8              I am going to read some of them:  One, more than 120
 9    days have passed unlawfully held before hearing, violating due
10    process.  We have been violated due process more than -- than
11    it should be.
12              Note that no penal sum was disclosed upon the true
13    bill of the indictment invoice.  Therefore, no negotiation of
14    the amounts for services could be made.  No past-due bill was
15    given, nor opportunity to cure.  No crimes were committed, nor
16    did there exist any intent to commit any crime.  Both our
17    unalienable rights given by God and preexisting government, and
18    our Civil Rights Act of 1964 were violated by actors, agents of
19    de facto government, foreign to us as state nationals.  My
20    father is not a U.S. citizen.  We are state nationals, all of
21    us.
22              We are all fully unaware of any contract that could
23    compel us to perform, and if one does exist, produce it now and
24    we will follow it to the full extent of the law; that no
25    negotiation of contract was offered, no meeting of minds
```

occurred, no full and honest disclosure, no privity of contract existed, no consideration, no like-kinds; that we are unaware that corporate bylaws do even apply to God-fearing sons, mankind, not residing in a foreign federal district, inhabiting our bodies on Florida and Colombia, serving Christ, Yahweh, our Savior; that our religious freedoms have been violated.

We all know that one is the First Amendment.  Our freedom of speech violated all due to policies of the FDA unlawfully issued by someone, an employee, Ms. Dix, not appointed or not elected, under litigation, currently; that no actor or agent ever produced a oath to the republic or to your government of the United States of America, and for acting and pretending to be government under color of law, to the deprivation of rights as foreign government, therefore committing capital felony treason in the existence of other crimes.

It also says here:  We are unaware that mere free men and woman are subject to the limitations of government; that we shall be self-governed, but we do believe that governments are subject to the limitations of the Constitution and treaties, absent contracts; that we claim we are not paupers, despondents [sic], nor chattel; U.S.C., Title 12, Section 411, that we operate with real money, gold or silver, at exchange; that we shall seek remedy and ask the honor of this Court to release charges immediately; that by admission of the nature of a

1    mistake, all shall be made whole.

2           So we keep being put off -- this keeps being put off,

3    so we object to that again and again, and we will continue to --

4    objecting.  That's what I have to say today, and now my

5    brothers have something to say.

6           THE COURT:  Thank you.

7           I would ask, Mr. Padilla, is there anything you wanted

8    to say or add on behalf of Jonathan Grenon?

9           DEFENDANT J.D. GRENON:  I have already fired him, Your

10   Honor.  I do not -- he is not my counsel.  I will not be forced

11   or have anyone defending me or acting on our behalf.  I have

12   already repeated that and I've stated on -- and this is on

13   public record.  We are *sui juris* and we are defending

14   ourselves.  I will not have anybody act on our behalf.

15          THE COURT:  Again, my question was to Mr. Padilla.

16          MR. PADILLA:  No, Judge.

17          THE COURT:  Thank you.  All right.  And now I will

18   hear from Jordan Grenon.

19          DEFENDANT J.P. GRENON:  Hello, I am Jordan Paul of the

20   Grenon family, here by special appearance and remaining with

21   honor and peace in order to achieve full settlement and closure

22   of this matter before the Court.

23          I am *sui juris*, of one's own rights.  I do not wish or

24   agree or seek to be forced counsel that I do not choose.

25   Therefore, I refuse.  Because of swindle and fraud, I do not

```
 1    want any bar member to act on our behalf.  They are foreign

 2    agents and the FDC is foreign to us.  I am not pro se.  I am

 3    sui juris.  I am saying that on the record.  I would like to

 4    read my testimony as an affidavit.

 5             My parents having named and calling me since born by

 6    Jordan Paul, I am from the Grenon family.  Not wanting to waste

 7    the Court's time, as I believe that we are all here for

 8    settlement and closure, I would like to read this if I may.

 9             First, this is important and not frivolous, as it is

10    in concern of my life and my family's life.  So please honor

11    and indulge me to speak my piece, and forgive me for being

12    nervous and a little wordy.

13             I say that I am here in peace and honor, but also

14    under force and duress.  And yet, as a courtesy, I am stating

15    for the record I am appearing today by special appearance only

16    and without waiver of any rights.

17             I am calling for a Constitutional court of record and

18    I wish to place these facts upon the record:  That I am of

19    sound mind and body, having good mental faculties; that I am a

20    man, a living soul, a son of God Almighty, and I am competent,

21    sui juris, just solely, and a fiduciary upon the land; that I

22    have taken dominion over the land, air and water, as I am

23    commanded by God, and that I have been a good and faithful

24    steward of these gifts, grants, and duties.

25             I state that I am separate from and not the fictitious
```

entity, vessel, that you call by all capital letters, that was
fraudulently created by mere men, actors in this de facto
government; that I stand here firmly to hereby claim my minor
estate, the *Cestui Que Vie*, held under the public charitable
trust; that I hereby am claiming ownership of the vessel,
holding all signatory powers and not just merely holding the
office of purser or person; that I am not a person, and
claiming I am is a sin -- see Job 32:21 through 22; that I am
not a 14th Amendment U.S. citizen, a creation of government,
but a state national protected by Article 93, second paragraph
of the 1949 Geneva Convention III, and defined in U.S. Code,
Title 8, Subsection 1101, Article 21; that I am not an employee
of the state, United States, United Nations nor the District of
Columbia; that I am not a resident of the District of Columbia
or any districts so claimed by the corporation and/or any of
its ZIP codes calling itself the United States or any
appellation or corporate entity thereof; therefore, I am not
subject to its corporate bylaws; that I do not pledge my
allegiance to any other than my God, family and state I chose
to inhabit, for it is by his grace alone that I shall live.

     I am not pro se or pro anything, but merely an
imperfect man.  Therefore, I am asked to be awarded some honor,
courtesy and leeway.  I am *sui juris*, of one's own rights.  I
do not wish or agree to seek or be forced counsel that I did
not choose.

1        I believe that I am a living soul; that I inhibit --

2    inhabit, exist upon the land, a juris given to all mankind and

3    noted in Genesis 1 and 2 as a trust indenture from God

4    Almighty; and that I am not a subject of any other manmade

5    jurisdictions or venues, but that I hold superior estate and

6    stewardship and claim dominion of the land, air and water juris

7    as granted by God.

8        I am quite aware that the United States is a foreign

9    entity, the state being a foreign state, the bar association

10    being a foreign guild, and its agents being foreign agents --

11    see Bar Association Treaty of 1947 -- acting as a de facto

12    government without any such *de jure* jurisdiction over those

13    living souls known as "we the people" that it did not create.

14        Also take notice that at no time from the initial

15    contact to now has anyone ever read me my *Miranda* rights, nor

16    have they proved that I had any intent to commit any crime.  I

17    claim that no crime by me exists, as I had no intent to, nor

18    did I knowingly, injure another soul.  Therefore, I am here to

19    declare my innocence and not to plea.  However, if the man or

20    woman shall come forward in his or her own flesh and body,

21    showing identification, and can point me out across the room

22    identifying I as having done him or her some damage, some

23    injury, then I shall beg their forgiveness and make amends,

24    giving fair and just compensation to discharge and settlement

25    of this matter.

1      I believe the prosecutor has brought forth false

2  charges on the behalf of an imaginary friend commonly known as

3  the United States, a private, for-profit governmental services

4  corporation, complete with a Dun & Bradstreet number, a

5  bankrupt entity at that.

6      Please note that while remaining in honor, I do not

7  consent to any offer to contract, and no contract shall be

8  accepted.  I do not consent to any presumptions or assumptions

9  or hearsay, and all shall be considered hereby rebutted.  I

10  state that there was never any valid contract.  If there was,

11  it was in error while under duress, and it was without a

12  meeting of the minds and no full and honest disclosure.

13      I state that any policies of the FDA that were made or

14  created by anyone not elected or appointed have no authority to

15  make such policy and they do not apply to us if so.  We are

16  aware that over 1900 policies are known to have been created by

17  a single employee without the authority to do so.

18      I do not consent to my living body being used as

19  surety for this case or in these proceedings, as I am the

20  owner, grantee, signatory and creditor, not the debtor, of this

21  vessel.

22      I claim that my religious rights and freedoms have

23  been trampled upon, and my church -- a church of thousands

24  worldwide, of which I am a member -- has been violated by this

25  government against the First Amendment of the Constitution of

these United States of America; that I have just recently

learned of the unlawful conversion committed by those of

perceived authority in this and other de facto governments, who

have perpetrated a fraud and created a separate false

fictitious entity, a vessel, in all caps, that is both bonded

and insured, contains a CUSIP number, and that it is bought and

sold and profited from, including by the courts, the people's

justice system, via true-billed and penal sums, and contain net

retention/commissions paid upon those penal sums.

I claim that I am aware, and quite aware, of the bid

payment and performance bonds, sureties and reinsurance issuers

and the fraud associated therewith under the doctrine of *parens

patriae*, and I warn that many of the good and honest people of

America are learning of this fraud as well.

I state that all these truths are facts and it is my

testimony in the form of an affidavit, sworn under the pains

and penalty of perjury, which cannot be challenged point by

point, so now shall be known as fact upon the record.

I am praying to my God, Your Honor, for forgiveness of

the sins of the agents and prosecutors, and I am calling for

summary judgment, and I motion for dismissal and settlement

based on these jurisdictional and constitutional grounds.  I

ask you to dismiss this case and discharge this matter with

extreme prejudice, and award us settlement, the penalties for

the crimes to be paid to my family in compensation and damages

```
 1    for bringing false charges and arrest against my body and soul.
 2            I demand the bond be immediately brought forward so I
 3    can see who will indemnify me for my and my family's damages.
 4    If your decision is to not fully dismiss this, Your Honor, then
 5    I will now give notice that I will be civilly countersuing
 6    these actors of government, who are persecuting me and my
 7    family, as they have stepped outside their scope and authority
 8    of law that we, the people, have laid down, thereby committing
 9    an emolument violation, and in doing so, losing their immunity
10    of office.
11            I ask that if not promptly discharged, I will be
12    requiring leave of court and release from false imprisonment so
13    that I may bring forth an actual and proper, verifiable claim,
14    asking the Court for criminal referral in the proper venue in
15    Washington, D.C., before the proper court, the Court of Claims,
16    to address these odious trespasses upon me and my family
17    against those individual souls responsible for these serious
18    crimes of trespass and Constitutional rights violations, these
19    operating under U.S. Code, Title 18, subsection 241, 242, 1983,
20    and others, bringing false charges, false imprisonment,
21    unlawful conversion, barratry, fraud, unjust enrichment --
22            THE COURT:  I'm sorry.  You said barratry?
23            DEFENDANT J.P. GRENON:  Barratry, yes.
24            THE COURT:  Can you spell that?
25            DEFENDANT J.P. GRENON:  B-A-R-R-A-T-R-Y.
```

```
 1              THE COURT:  What is barratry?
 2              DEFENDANT J.P. GRENON:  I will remain silent on that
 3    question, Your Honor.  I will continue.
 4              Barratry, fraud, unjust enrichment, involuntary
 5    servitude, slavery, personage, peonage, press-ganging --
 6              THE COURT:  I'm sorry.  You said personage and what
 7    else?
 8              DEFENDANT J.P. GRENON:  Peonage.
 9              THE COURT:  Peonage.  Spell that, please.
10              DEFENDANT J.P. GRENON:  P-E-O-N-A-G-E.
11              THE COURT:  And what does that mean?
12              DEFENDANT J.P. GRENON:  I will remain silent on that
13    question, Your Honor.
14              Press-ganging, defamation of character, kidnapping,
15    theft, and many other serious crimes to be named later, far
16    greater crimes than I am unjustly accused of.
17              Your Honor, U.S. Code, Title 18, Section 241 and 242
18    makes it a crime for a person acting under color of law -- of
19    any law, to willfully deprive a person of a right or privilege
20    protected by the Constitution or laws of the United States.
21              For the purpose of Section 242, acts under color of
22    law include acts not only done by federal, state or local
23    officials within their lawful authority, but also acts done --
24    done beyond the bounds of that official's lawful authority.  If
25    the acts are done while the official is purporting to be or
```

1    pretending to act in the performance of his or her official

2    duties, persons acting under color of law within the meaning of

3    this statute, including police officers, prison guards and

4    other lawful law enforcement officials, as well as judges, care

5    providers in public health facilities, and others who are

6    acting as public officials.  It is not necessary that the crime

7    be motivated by animus towards the race, color, religion, sex,

8    handicap, family status or national origin of the victim.  The

9    offense is punishable by a range of imprisonment up to a life

10   term or the death penalty, depending upon the circumstances of

11   the crime and the resulting injury, if any.

12          Title 18, U.S.C., Section 242, Whoever, under color of

13   any law, statute, ordinance, regulation or custom willfully

14   subjects any person in any state, territory, commonwealth,

15   possession or district to be deprived of any rights, privileges

16   or immunities secured or protected by the Constitution of the

17   laws of the United States shall be fined under this title or

18   imprisoned not more than one year or both, and if bodily injury

19   results from the acts committed in violation of this section,

20   or if acts, including the use of, attempted use, or threatened

21   use of a dangerous weapon, explosives or fire shall be fined

22   under this title or imprisoned not more than ten years or both.

23          And if death results from the acts committed in

24   violation of this section, or if such acts include kidnapping

25   or an attempt to kidnap, aggressive sexual abuse or an attempt

```
 1      to commit aggravated sexual abuse or an attempt to kill, shall
 2      be fined under this title or imprisoned for any term of years
 3      or for life or both, or may be sentenced to death.
 4              That is Title 242.  Title 241 -- excuse me, Section
 5      241 of the Title 18 U.S.C. code is, If two or more persons
 6      conspire to injure, oppress, threaten or intimidate any person
 7      in any state, territory, commonwealth, possession or district
 8      in the free exercise or enjoyment of any right or privilege
 9      secured to him by the Constitution of the law of the United
10      States or because of his having so exercised the same, they
11      shall be fined under this title or imprisoned not more than ten
12      years or both.
13              And if death results from the acts committed in
14      violation of this section or if such acts include kidnapping or
15      an attempt to kidnap, aggravated sexual abuse or an attempt to
16      commit aggravated sexual abuse or an attempt to kill, they
17      shall be fined under this title or imprisoned for any term of
18      years or for life or both, or may be sentenced to death.
19              We object to the Prosecutor's motion under the cause
20      that he is violating all of our rights to due process, to
21      speedy trial, to our religious rights, to our freedom of
22      speech, to our freedom of press and many more.
23              THE COURT:  Thank you, Mr. Grenon.
24              Mr. Della Fera, is there anything you would like to
25      add on behalf of Mr. Grenon as his standby counsel?
```

```
 1              MR. DELLA FERA:  No, Your Honor.

 2              THE COURT:  All right.  Thank you.

 3         And I see that Jonathan Grenon has raised his hand.

 4    Yes, Mr. Grenon?

 5              DEFENDANT J.D. GRENON:  Yes, ma'am.  I would like to

 6    read what is barratry and peonage for you, as you have asked us

 7    the meaning of that.

 8         And barratry is the act of encouraging lawsuits

 9    between others in order to create legal business for one's

10    personal gain and profit.  Attorneys who are found guilty of

11    barratry will be subject to criminal punishment or discipline

12    by the state bar.  They could also lose their license to

13    practice law.  That is the meaning of barratry.

14         Peonage -- peonage, also called debt slavery or debt

15    servitude, is a system where an employer compels a worker to

16    pay off a debt with work.  Legally, peonage was outlawed by

17    Congress in 1867.

18              THE COURT:  Thank you.  How does peonage come into

19    play here, Mr. Grenon?

20              DEFENDANT J.D. GRENON:  I am going to remain silent on

21    that right now.

22              THE COURT:  All right.  Very well.

23         Joseph Grenon, good morning.  I believe this is the

24    first time you appear before the Court.  I have Mr. Donnelly on

25    the phone as possible standby counsel for you, since I
```

```
 1    understand that you similarly indicated you did not wish to

 2    have counsel appointed in a hearing before the magistrate

 3    judge.  Is that a fair statement on my part?

 4              DEFENDANT J.T. GRENON:  Yes, that is a fair statement,

 5    ma'am.

 6              THE COURT:  All right.  So I would like to also ask

 7    you about your knowing waiver of counsel, similar to the

 8    questions that the magistrate judge posed to you.

 9              And do you solemnly swear or affirm, under penalty of

10    perjury, the testimony you are about to give is the truth?

11              DEFENDANT J.T. GRENON:  Yes, I do, ma'am.

12              THE COURT:  All right.  And Mr. Grenon, how far did

13    you go in school?  What is the highest level of education you

14    received?

15              DEFENDANT J.T. GRENON:  High school.

16              THE COURT:  Did you graduate from high school?

17              DEFENDANT J.T. GRENON:  Yes, I did, ma'am.

18              THE COURT:  Have you ever studied the law?

19              DEFENDANT J.T. GRENON:  I prefer not to answer that.

20              THE COURT:  Have you ever represented yourself in a

21    criminal action?

22              DEFENDANT J.T. GRENON:  This is my first accusation

23    that I have had against me.

24              THE COURT:  Do you understand the charges against you?

25              DEFENDANT J.T. GRENON:  I don't understand anything,
```

1    ma'am, that has to do with false accusations.

2            THE COURT:  Are you aware of the maximum penalty for

3    each of the charges you have pending against you?

4            DEFENDANT J.T. GRENON:  I have seen that, yes, ma'am.

5            THE COURT:  All right.  I would ask the Government,

6    Mr. Homer, can you please formally advise the Defendant of what

7    his maximum possible sentence may be on each of the charges

8    pending against him.

9            MR. HOMER:  Yes, Your Honor.  With respect to Count 1,

10   the conspiracy count, the maximum term of imprisonment if the

11   Defendant is convicted is five years' imprisonment, to be

12   followed by up to three years of supervised release and a fine

13   of to $250,000.

14           That's all, Your Honor.  With respect to Counts 2 and

15   3, those counts the Government will have to dismiss as a result

16   of the Colombian court's extradition decision.

17           THE COURT:  Thank you.

18           Mr. Grenon, do you understand the maximum possible

19   sentence that you are facing?

20           DEFENDANT J.T. GRENON:  I will remain silent, ma'am.

21           THE COURT:  I'm sorry?

22           DEFENDANT J.T. GRENON:  I will remain silent.

23           THE COURT:  All right.  You won't tell me if you

24   understand it?

25           DEFENDANT J.T. GRENON:  I will remain silent.

```
 1              THE COURT:  All right.  Do you realize, Mr. Grenon,
 2    that if you represent yourself, you're on your own?  As the
 3    Judge, I cannot help you in any way.
 4              DEFENDANT J.T. GRENON:  Your job is not to practice
 5    law, ma'am.
 6              THE COURT:  Do you understand that I cannot help you
 7    in any way?  You're on your own if you represent yourself.  I
 8    am not your lawyer, and I am not here to assist you.
 9              DEFENDANT J.T. GRENON:  I am sui juris, ma'am.
10              THE COURT:  All right.  Are you familiar with the
11    federal rules of evidence?
12              DEFENDANT J.T. GRENON:  I will remain silent, ma'am.
13              THE COURT:  Do you understand that the federal rules
14    of evidence and federal case law govern what evidence may or
15    may not be introduced at trial, and in representing yourself
16    you must abide by those rules?
17              DEFENDANT J.T. GRENON:  Again, I remain silent, ma'am.
18              THE COURT:  Do you know what voir dire means?
19              DEFENDANT J.T. GRENON:  I will remain silent.
20              THE COURT:  Do you know how to conduct a voir dire
21    examination of potential jurors?
22              DEFENDANT J.T. GRENON:  Again, I will remain silent,
23    ma'am.
24              THE COURT:  Do you know what the grounds are for
25    excusing a juror for cause?
```

```
 1              DEFENDANT J.T. GRENON:  I will remain silent.
 2              THE COURT:  Do you know the definition of hearsay?
 3              DEFENDANT J.T. GRENON:  I will remain silent, ma'am.
 4              THE COURT:  Do you know the exceptions to the hearsay
 5      rule?
 6              DEFENDANT J.T. GRENON:  Again, I will remain silent.
 7              THE COURT:  Do you know what constitutes proper
 8      impeachment of a witness?
 9              DEFENDANT J.T. GRENON:  I will remain silent, ma'am.
10              THE COURT:  Do you know when character evidence is
11      appropriate and when it is not appropriate?
12              DEFENDANT J.T. GRENON:  I will remain silent.
13              THE COURT:  Do you know when and how to make proper
14      objections during trial?
15              DEFENDANT J.T. GRENON:  I will remain silent, ma'am.
16              THE COURT:  Do you know when and how to move for a
17      judgment of acquittal?
18              DEFENDANT J.T. GRENON:  I will remain silent.
19              THE COURT:  Do you understand that the failure to
20      properly move for a judgment of acquittal may result in a
21      waiver?
22              DEFENDANT J.T. GRENON:  I will remain silent, ma'am.
23              THE COURT:  Do you know how to proffer evidence to
24      protect the record for your appeal?
25              DEFENDANT J.T. GRENON:  I will remain silent.
```

```
 1              THE COURT:  Are you familiar with a motion for
 2    mistrial?
 3              DEFENDANT J.T. GRENON:  I will remain silent.
 4              THE COURT:  Do you know the proper grounds for a
 5    motion for mistrial?
 6              DEFENDANT J.T. GRENON:  I will remain silent.
 7              THE COURT:  Are you aware that the failure to timely
 8    move for a mistrial may waive crucial mistakes made by the
 9    Government or by myself?
10              DEFENDANT J.T. GRENON:  I will remain silent, ma'am.
11              THE COURT:  Do you know how to request and object to
12    jury instructions?
13              DEFENDANT J.T. GRENON:  I will remain silent.
14              THE COURT:  Do you understand that if you cannot
15    afford to hire your own lawyer, and if you qualify for a
16    court-appointed lawyer, I will appoint a lawyer for you right
17    now at no expense to you?
18              DEFENDANT J.T. GRENON:  I am *sui juris*, ma'am, of my
19    own right, and I do not wish or agree to seek forced counsel
20    that I do not choose.
21              THE COURT:  Let me tell you a few ways that a lawyer
22    might help you, Mr. Grenon.  A lawyer has the experience to
23    help you to work with the Government and even bargain for
24    different terms.  A lawyer can tell you the advantages and
25    disadvantages of what you might say to the Court during a plea
```

1  hearing and sentencing hearing that would follow.

2       Do you understand that you will not get any special

3  consideration from me just because you are representing

4  yourself?

5       DEFENDANT J.T. GRENON:  Again, ma'am, I am *sui juris*

6  of my own right and I do not wish to or agree to seek forced

7  counsel that I did not choose.  Therefore, I refuse.  Because

8  of swindle and fraud, I don't want any bar member to act on our

9  behalf.  They are foreign agents, and the FDC is foreign to us.

10 Therefore, I ask them to leave --

11      THE COURT:  All right.

12      DEFENDANT J.T. GRENON:  -- if they are here.

13      THE COURT:  Are you currently under the influence of

14 any drugs or alcohol, Mr. Grenon?

15      DEFENDANT J.T. GRENON:  I will remain silent, ma'am.

16      THE COURT:  Have you ever been diagnosed or treated

17 for a mental illness?

18      DEFENDANT J.T. GRENON:  I will remain silent.

19      THE COURT:  Has anyone threatened you that if

20 you either hire a lawyer or accept one appointed by the Court,

21 something might happen to you?

22      DEFENDANT J.T. GRENON:  I will remain silent.

23      THE COURT:  Having been advised of your right to an

24 attorney, Mr. Grenon, the advantages of having an attorney, the

25 disadvantages of proceeding without an attorney, the nature of

1    the charges against you, are you sure you do not want me to

2    appoint a lawyer to represent you at this time?

3           DEFENDANT J.T. GRENON:  I am sure, ma'am.

4           THE COURT:  Would you like me to appoint standby

5    counsel to assist you?  That lawyer would be available to you

6    if you have any questions in the course of these proceedings

7    and trial.

8           DEFENDANT J.T. GRENON:  No, ma'am.  I deny all forced

9    counsel.

10          THE COURT:  All right.  I find the Defendant has

11   knowingly and voluntarily waived his right to counsel.  I will

12   permit Mr. Joseph Timothy Grenon to represent himself.

13          Notwithstanding his refusal to accept standby counsel,

14   I am appointing standby counsel Paul Donnelly to assist you

15   should you have any questions during these proceedings and

16   going on to trial as well.

17          And Mr. Joseph Grenon, you have also heard the

18   Government's request for a trial to be set in the month of

19   September, and I will hear your response.

20          DEFENDANT J.T. GRENON:  Yes, ma'am.  I am Joseph

21   Timothy of the Grenon family, here by special appearance, and

22   remaining with honor and in peace in order to achieve full

23   settlement and closure of this matter before the Court.  As I

24   said before, I am *sui juris*.  I am not pro se, and I deny any

25   forced counsel.  So therefore, your assistant counsel that you

1    are assigning me, I deny that and I do not want that.

2            I will let you know that I have a motion for dismissal

3    for the criminal complaint, and I would like to read that.  The

4    creators of the Grenon Family Trust, Mark Scott, Jonathan

5    David, Jordan Paul, Joseph Timothy, pastors of the Genesis II

6    Church of Health and Hearing -- Healing.

7            United States District Court, Southern District of

8    Florida, a de facto private foreign for-profit governmental

9    services company with a Dun & Bradstreet number; the court bank

10   CUSIP attachment number is 2120242.  Our government is a

11   republic properly called the United States of America, not in

12   all capital letters, vs. the United States -- vs. Mark Scott

13   Grenon, the vessel, by Mark Scott Grenon, executor, Jonathan

14   David Grenon, the vessel, by Jonathan David Grenon, executor,

15   Jordan Paul Grenon, the vessel --

16           THE COURT:  I'm sorry.  Vessel, like a boat?

17           DEFENDANT J.T. GRENON:  Vessel, yes, ma'am.

18           THE COURT:  V-E-S-S-E-L?

19           DEFENDANT J.T. GRENON:  Like a boat, because we are

20   being accused of being entities, but we are not.  We are

21   sovereign, God-fearing men.

22           THE COURT:  All right.  Thank you.

23           DEFENDANT J.T. GRENON:  Joseph Timothy Grenon -- and

24   these are all -- all the vessels are in capital letter -- by

25   Joseph Timothy Grenon, executor -- which is lowercase; that is

1    me; I am the executor -- at peace and in honor, executors in

2    affiance.

3              THE COURT:  Executors and what?  I'm sorry.

4              DEFENDANT J.T. GRENON:  Affiance.

5              THE COURT:  Affiance, thank you.

6              DEFENDANT J.T. GRENON:  Yes.  Motion to dismiss

7    criminal complaint, ma'am.

8              As declared by *ex post facto* indictment, a warrant, a

9    declaration of war on named sovereign, we the people, creators

10   and executors of government -- of government, yes -- appearing

11   by special appearance, by writing in an honor and remaining in

12   honor with peace and in order to achieve full settlement and

13   closure of this matter before the Court, claim that we, the

14   fiduciaries of the vessels named above, having claimed the

15   minor estate, CQV, and not understanding or consenting in any

16   other matter, nor turning over any other jurisdiction nor

17   unalienable rights, hereby declare under oath and under the

18   pains and penalties of perjury claimed via this affidavit that

19   below facts are true and shall be upon the public record of

20   this Court.

21             Being all competent, *sui juris*, of age, sound mind,

22   state nationals of Florida, known as Floridians, not as

23   citizens, persons, residents, hereby declare below:  That more

24   than 120 days have passed unlawfully held before hearing,

25   violating due process; the penal sum was -- no penal sum was

disclosed upon the true bill, the indictment invoiced,
therefore no negotiation of the amounts of services could be
made; no past-due bill was given, nor opportunity to cure;
number three, that no crimes were committed, nor did there
exist any intent to commit a crime; that both are unalienable
rights given by God and preexisting government in our Civil
Rights Act of 1964, were violated by actors, agents of the de
facto government, foreign to us as state nationals.  We are
fully unaware of any contract that could compel us to perform,
and if one does exist, produce it now and we will follow it to
the full extent of the law.

        That no negotiation or contract was offered, no
meeting of the minds occurred, no full and honest disclosure,
no privity of contract existed, no consideration, no
like-kinds.  That we are unaware that corporate bylaws do even
apply to God-fearing sons, mankind not residing in the foreign
federal district inhabiting our own bodies on Florida and
Colombia, serving Christ, Yahweh, our Savior.

        That our religious freedoms have been violated, our
freedom of speech has been violated due to the policies of the
FDA, unlawfully issued by someone, an employee, Ms. Dix, not
appointed nor elected, under litigation currently.  That no
actor or agent ever produced an oath to the republic or *de jure*
government of the United States of America, therefore acting
and pretending to be government under color of law, to a

deprivation of rights as foreign government, therefore committing capital felony, treason, and the existence of other crimes.

We are unaware that mere free men and women are subject to the limitations of government, that we shall be self-governed.  We do not believe that governments are subject to the limitations of the constitutions and treaties, absent contracts.

That we claim we are not paupers, despondents, nor chattel.  U.S.C., Title 12, Section 411, that we operate with real money, gold or silver, or its exchange.  That we seek remedy and ask the honor of this Court to release charges immediately; that by admission of mutual mistakes we shall be made whole.  Sincerely in repentance, Mark Scott Grenon, Jonathan David Grenon, Jordan Paul Grenon, and Joseph Timothy Grenon, all executors of this motion, ma'am.  And I hereby declare that this be dismissed based upon the violation of our rights under color of law.

THE COURT:  Thank you very much.

And Mr. Homer -- oh, I'm sorry.  Mr. Donnelly, is there anything you would like to add at this time?

DEFENDANT J.T. GRENON:  I do not authorize him to add anything.

THE COURT:  Mr. Donnelly, is there anything you would like to add at this time?

 1          MR. DONNELLY:  No, Your Honor.  I don't have anything.

 2   Thank you.

 3          THE COURT:  Thank you.

 4          Mr. Homer, I'll hear your response to the statements

 5   that the three Defendants have made here today.

 6          MR. HOMER:  Thank you, Your Honor.  With respect to

 7   the motion to continue, I will rest for the most part on my

 8   argument earlier, as well as on the motion that I submitted in

 9   writing to the Court.  I understand the Defendants' position.

10          I simply submit to the Court the 11th Circuit

11   president makes clear that even where the Defendants do not

12   consent to the continuance, the Speedy Trial Act still

13   expressly contemplates ends of justice continuances as well as

14   continuances based on the unavailability of a codefendant, such

15   as is the case here.

16          And the 11th Circuit has repeatedly made clear that

17   those considerations often do trump the Defendant's rights to a

18   speedier trial, especially given the short time period we are

19   talking about here, with an additional six months until trial.

20          My only other comment, Your Honor, with regards to the

21   other statements made by the Defendants, I would note for Your

22   Honor's awareness that Mark Grenon, from his jail cell in

23   Colombia, nearly every day the past several weeks has been

24   posting various things onto social media encouraging his

25   followers to call both my office and, I believe, Your Honor's

```
 1    chambers.   There's a picture of Your Honor pictured in every
 2    one of these posts.   There is pictures of my colleagues at the
 3    U.S. Attorney's Office pictured, and Mark keeps encouraging his
 4    followers to essentially call and harass the Court and my
 5    office, and threatening that both Your Honor and Department of
 6    Justice officials have committed various federal offenses
 7    similar to the ones that the Defendants before the Court today
 8    are suggesting.
 9              To the extent that the Defendants today, with their
10    various statements threatening retribution, vengeance, I
11    believe they threatened the death penalty, etc., I would simply
12    advise the Defendants that threatening a federal judge and
13    threatening federal prosecutors is a felony offense.   And to
14    the extent they or their father are intending any sort of
15    violence upon both the Court or anybody from the Department of
16    Justice, that they should be careful in those types of
17    statements, Your Honor.
18              And I only mention it because they seem to be doubling
19    down on those statements today before Your Honor and began
20    every day -- in social media, their father and leader of the
21    conspiracy is making similar accusations and encouraging their
22    followers to do the same, both to the Court and to myself and
23    individuals in my office.   But nothing else, Your Honor, unless
24    you have any questions for me that I can answer at this time.
25              THE COURT:   Thank you very much.   I will say that we
```

1   have been receiving -- my chambers has been receiving many

2   phone calls, and some of which are left on our recording device

3   with threats and requests that I release the Grenons.  We are

4   also receiving written correspondence that I have directed my

5   courtroom deputy to file on the public docket.  To the extent

6   any of that might constitute exculpatory information that the

7   Defendants would like to see, it is there for them to see it.

8   I am not the only one who is receiving these letters and

9   reviewing them, but the parties will also have access to them.

10          Let me turn to the request for a trial continuance.

11  In the written motion and in Mr. Homer's statements here today,

12  he went over controlling case law, the 11th Circuit case law,

13  that approves a trial continuance to serve vital interests,

14  such as those presented here:  reducing the risk of

15  inconsistent verdicts, lightening the burden on victims and

16  witnesses, increasing efficiency, conserving scarce judicial

17  resources.  A single trial of all four Defendants, the three

18  Grenon brothers here today and the father who's resisting

19  extradition, will serve all of those interests.

20          Certainly a continuance in this case is expressly

21  contemplated and permitted by the Speedy Trial Act, and the

22  ends of justice are served by granting a continuance and those

23  ends of justice outweigh the best interests of these Defendants

24  in a speedy trial.  I make those findings on the record.

25          I do grant the Government's motion.  I will enter an

1    order today setting trial in September.

2              Any additional questions, Mr. Jonathan Grenon?

3              DEFENDANT J.D. GRENON:  Yes, ma'am.  I would like to

4    say that we aren't threatening anyone.  We are reading from

5    U.S.C., Title 18, subsection 242 and 241.  These are things

6    that is in law, okay?  This is the law.  We are also stating

7    the Constitution and the things that happen when you violate

8    people's rights.

9              Also, vengeance, I never claimed what he has said,

10   vengeance.  I have read from the word of God.  This is the

11   rights that have been given by God, and it says vengeance is

12   his.  And we also said we pray for the sins of the people that

13   come against us.  So we are not threatening anyone.  We are not

14   trying to get vengeance on anyone.  We are leaving it to the

15   Lord and God Almighty will take care of it.

16             We are just stating the facts that our rights are

17   being violated, and they are backed up by laws and the

18   Constitution.  Those aren't things that give us the rights.

19   God gives us the rights.  These are things that keep people

20   from violating our rights, okay?  So that's all we're doing.

21   We are not threatening or trying to bring vengeance upon

22   anyone.

23             I also would like to say one more thing and then I

24   guess I am done for the day.  You can keep putting off things.

25   You can keep putting off things until God says, I am done with

that.  Moses went in and he said, Let my people go.  The people

that are writing you and calling you, all they are saying is,

Let my people go.  That's what they're saying.  They're saying,

Let them go, they haven't done anything, you are violating

their rights.  And Moses went in for about a two-year period

telling pharaoh that, Let my people go.  But God hardened his

heart.  Why did God harden his heart?  Because he says, I --

God said, I am going to get me honor.  And when God gets him

honor, no man can stand before him, okay?

          So that's what we are saying is you should fear the

Almighty.  Don't fear me.  I am just a servant of the Lord.

You fear the Almighty and what can come to pass when he decides

to bring vengeance.  Like I read earlier, he will not acquit

the wicked of what they're doing.  And if you are -- what is

going on here is not permitting people to receive the health

and healing that they need for their bodies and they are dying,

this goes into God's court, okay?

          And that's all we are stating.  We are just stating

that we put this in the hands of the Lord and are reading the

laws that are there to protect our rights.  So don't put words

in my mouth, anyone, because I speak for myself, and I will not

threaten anyone and I will not bring vengeance upon anything

because I am a servant of the Lord and I put all in his hands.

Thank you.

          DEFENDANT J.T. GRENON:  I would like to say something

1    also, to correct you with the statement that you made about my

2    father resisting extradition.  I had the same thing brought up

3    the other day in my hearing, and we have not resisted

4    extradition.

5           What has been done is we did not acquire a lawyer

6    because we do not --  we are *sui juris*.  And they went ahead

7    and they did the process by themselves without our permission.

8    They requested proof, which is investigation in the country

9    without our permission.  So we are not -- we never resisted the

10   extradition.  So please correct that, ma'am.

11          THE COURT:  Anything else?

12          MR. HOMER:  Nothing from the Government, Your Honor.

13   Thank you.

14          THE COURT:  Thank you very much.  And you all have a

15   good day.

16          COURT SECURITY OFFICER:  All rise.

17      (The proceedings concluded at 12:03 p.m.)

18

19

20

21

22

23

24

25

1       **C E R T I F I C A T E**

2

3           I hereby certify that the foregoing is an

   accurate transcription of the proceedings in the

4

   above-entitled matter.

5

6

7    _03/07/2022_
        DATE              STEPHANIE A. McCARN, RPR
8                         Official United States Court Reporter
                          400 North Miami Avenue, Twelfth Floor
9                         Miami, Florida 33128
                          (305) 523-5518
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$250,000** [1] - 27:14

**0**

**03/07/2022** [1] - 43:7

**1**

**1** [4] - 1:8, 2:3, 18:4, 27:10
**10** [1] - 11:4
**1101** [1] - 17:13
**11:09** [2] - 1:6, 4:1
**11th** [3] - 37:11, 37:17, 39:13
**12** [3] - 10:12, 14:23, 36:11
**120** [1] - 13:9, 34:25
**12:03** [2] - 1:6, 42:18
**13** [1] - 10:12
**13-1** [1] - 1:7
**14th** [1] - 17:10
**150** [1] - 1:18
**1500** [1] - 1:18
**1710** [1] - 1:22
**18** [5] - 21:20, 22:18, 23:13, 24:6, 40:6
**1867** [1] - 25:18
**1900** [1] - 19:17
**1947** [1] - 18:12
**1949** [1] - 17:12
**1964** [2] - 13:19, 35:8
**1983** [1] - 21:20
**1:2** [1] - 12:12
**1:7** [1] - 12:21

**2**

**2** [2] - 18:4, 27:15
**200** [1] - 2:3
**2021** [1] - 4:24
**2022** [1] - 1:5
**21** [1] - 17:13
**21-cr-20242-CMA-2,3
,4** [1] - 1:3
**2120242** [1] - 33:11
**22** [1] - 17:9
**232-2504** [1] - 1:23
**241** [5] - 21:20, 22:18, 24:5, 24:6, 40:6
**242** [6] - 21:20, 22:18, 22:22, 23:13, 24:5, 40:6
**27-plus** [1] - 11:15
**2nd** [1] - 2:3

**3**

**3** [2] - 12:12, 27:16
**30,000** [1] - 12:6
**305** [5] - 1:15, 1:19, 2:4, 2:10, 43:9
**32:21** [1] - 17:9
**33128** [2] - 2:9, 43:9
**33130-1555** [1] - 1:19
**33132-2131** [1] - 1:15
**33132-2523** [1] - 2:4
**33394-3005** [1] - 1:23

**4**

**4** [1] - 3:19
**400** [2] - 2:8, 43:8
**411** [2] - 14:23, 36:11
**43** [2] - 1:8, 3:20

**5**

**5** [1] - 1:5
**500** [1] - 1:22
**523-5518** [2] - 2:10, 43:9
**530-7000** [1] - 1:19

**7**

**7** [1] - 11:4
**7,000** [2] - 11:12, 11:15
**757-3331** [1] - 2:4

**8**

**8** [2] - 11:4, 17:13

**9**

**93** [1] - 17:11
**954** [1] - 1:23
**961-9342** [1] - 1:15
**99** [1] - 1:14

**A**

**a.m** [2] - 1:6, 4:1
**abide** [1] - 28:17
**abilities** [1] - 11:9
**above-entitled** [1] - 43:4
**absent** [2] - 14:22, 36:8
**abuse** [4] - 24:1, 24:2, 24:16, 24:17
**accept** [2] - 31:21, 32:14
**accepted** [1] - 19:9

**access** [1] - 39:10
**accordance** [1] - 5:1
**accurate** [1] - 43:3
**accusation** [1] - 26:23
**accusations** [2] - 27:2, 38:22
**accused** [2] - 9:19, 22:17, 33:21
**achieve** [4] - 8:18, 15:22, 32:23, 34:13
**acid** [1] - 10:10
**acquire** [1] - 42:6
**acquired** [1] - 10:8
**acquit** [3] - 12:12, 12:16, 41:14
**acquittal** [2] - 29:18, 29:21
**Act** [6] - 6:17, 7:10, 13:19, 35:8, 37:13, 39:22
**act** [6] - 8:23, 15:15, 16:2, 23:2, 25:9, 31:9
**acting** [7] - 14:13, 15:12, 18:12, 22:19, 23:3, 23:7, 35:25
**action** [1] - 26:22
**activated** [1] - 10:9
**actor** [2] - 14:12, 35:24
**actors** [4] - 13:19, 17:3, 21:7, 35:8
**acts** [10] - 22:22, 22:23, 22:24, 23:1, 23:20, 23:21, 23:24, 23:25, 24:14, 24:15
**actual** [1] - 21:14
**add** [5] - 15:9, 25:1, 36:22, 36:23, 37:1
**additional** [2] - 37:20, 40:3
**address** [2] - 4:12, 21:17
**admission** [2] - 15:1, 36:14
**ADMITTED** [1] - 3:9
**advantages** [2] - 30:25, 31:25
**adversaries** [1] - 12:14
**advise** [2] - 27:7, 38:13
**advised** [1] - 31:24
**affiance** [3] - 34:3, 34:5, 34:6
**affidavit** [3] - 16:5, 20:17, 34:19
**affirm** [1] - 26:10
**afford** [1] - 30:16
**age** [1] - 34:22

**agenda** [1] - 11:1
**agent** [2] - 14:12, 35:24
**agents** [8] - 8:24, 13:19, 16:3, 18:11, 20:21, 31:10, 35:8
**aggravated** [3] - 24:2, 24:16, 24:17
**aggressive** [1] - 24:1
**agree** [5] - 8:21, 15:25, 17:25, 30:20, 31:7
**ahead** [1] - 42:7
**air** [2] - 16:23, 18:7
**alcohol** [1] - 31:15
**allegiance** [1] - 17:20
**allow** [2] - 4:12, 5:8
**Almighty** [5] - 16:21, 18:5, 40:16, 41:12, 41:13
**almost** [2] - 5:7, 7:12
**alone** [2] - 11:12, 17:21
**ALTONAGA** [1] - 1:11
**Amazon** [1] - 12:4
**Amendment** [3] - 14:8, 17:10, 20:1
**amends** [1] - 18:24
**America** [5] - 14:13, 20:2, 20:15, 33:12, 35:25
**AMERICA** [1] - 1:4
**amounts** [2] - 13:15, 35:3
**ample** [2] - 5:8, 5:15
**amputate** [1] - 10:5
**anger** [1] - 12:15
**animus** [1] - 23:8
**answer** [3] - 9:3, 26:20, 38:25
**antibiotics** [1] - 10:3
**anticipated** [1] - 8:6
**appeal** [1] - 29:25
**appear** [1] - 25:25
**appearance** [7] - 5:14, 6:11, 8:17, 15:21, 16:16, 32:22, 34:12
**APPEARANCES** [2] - 1:12, 2:1
**appearances** [1] - 4:6
**appearing** [2] - 16:16, 34:11
**appellation** [1] - 17:18
**apply** [3] - 14:4, 19:16, 35:17
**appoint** [3] - 30:17, 32:3, 32:5
**appointed** [6] - 14:11, 19:15, 26:3, 30:17, 31:21, 35:23

**appointing** [2] - 8:25, 32:15
**appropriate** [2] - 29:12
**approve** [1] - 5:9
**approved** [4] - 5:13, 6:8, 6:11, 7:14
**approves** [1] - 39:14
**argument** [1] - 37:9
**army** [1] - 11:20
**arrest** [1] - 21:2
**arrive** [2] - 5:10, 7:14
**Article** [2] - 17:11, 17:13
**assigned** [1] - 5:25
**assigning** [1] - 33:2
**assist** [3] - 28:9, 32:6, 32:15
**Assistant** [1] - 1:14
**assistant** [1] - 33:1
**associated** [1] - 20:13
**association** [1] - 18:10
**Association** [1] - 18:12
**assumptions** [1] - 19:9
**attache** [1] - 5:24
**attachment** [1] - 33:11
**attempt** [6] - 24:1, 24:2, 24:16, 24:17
**attempted** [1] - 23:21
**attorney** [3] - 31:25, 32:1
**Attorney** [1] - 1:14
**Attorney's** [1] - 38:4
**Attorneys** [1] - 25:11
**authorities** [1] - 4:21
**authority** [6] - 19:15, 19:18, 20:4, 21:8, 22:24, 22:25
**authorize** [1] - 36:23
**available** [1] - 32:6
**Avenue** [3] - 2:3, 2:8, 43:8
**award** [1] - 20:25
**awarded** [1] - 17:23
**aware** [6] - 18:9, 19:17, 20:11, 27:3, 30:8
**awareness** [1] - 37:23

**B**

**B-A-R-R-A-T-R-Y** [1] - 22:1
**backed** [1] - 40:18
**bail** [1] - 11:13
**bank** [1] - 33:10
**bankrupt** [1] - 19:6

**bar** [5] - 8:23, 16:2, 18:10, 25:13, 31:9
**Bar** [1] - 18:12
**bargain** [1] - 30:24
**barratry** [7] - 21:22, 21:23, 22:2, 25:7, 25:9, 25:12, 25:14
**Barratry** [2] - 21:24, 22:5
**based** [3] - 20:23, 36:18, 37:15
**BEFORE** [1] - 1:11
**beg** [1] - 18:24
**began** [1] - 38:20
**begin** [1] - 8:12
**behalf** [8] - 8:23, 15:9, 15:12, 15:15, 16:2, 19:3, 25:1, 31:10
**below** [2] - 34:20, 34:24
**bench** [1] - 6:1
**best** [2] - 11:9, 39:24
**between** [1] - 25:10
**beyond** [1] - 22:25
**bid** [1] - 20:11
**bill** [4] - 13:14, 13:15, 35:2, 35:4
**billed** [1] - 20:9
**birds** [1] - 11:19
**bit** [1] - 7:5
**boat** [2] - 33:17, 33:20
**bodies** [3] - 14:6, 35:18, 41:17
**bodily** [1] - 23:19
**body** [6] - 10:11, 12:8, 16:20, 18:21, 19:19, 21:2
**bond** [1] - 21:3
**bonded** [1] - 20:6
**bonds** [1] - 20:12
**book** [1] - 10:7
**born** [1] - 16:6
**bought** [1] - 20:7
**Boulevard** [1] - 1:22
**bounds** [1] - 22:25
**bowed** [1] - 11:13
**Bradstreet** [2] - 19:5, 33:10
**bring** [5] - 9:10, 21:14, 40:22, 41:14, 41:23
**bringing** [2] - 21:2, 21:21
**brother** [3] - 9:6, 9:7, 9:10
**brothers** [4] - 9:16, 9:22, 15:6, 39:19
**brought** [4] - 6:16, 19:2, 21:3, 42:3
**Broward** [1] - 1:22

**burden** [1] - 39:16
**business** [1] - 25:10
**BY** [1] - 2:7
**bylaws** [3] - 14:4, 17:19, 35:16

## C

**cannot** [4] - 20:18, 28:4, 28:7, 30:15
**capital** [5] - 14:16, 17:2, 33:13, 33:25, 36:3
**caps** [1] - 20:6
**care** [2] - 23:5, 40:16
**careful** [1] - 38:17
**case** [9] - 4:22, 6:23, 19:20, 20:24, 28:15, 37:16, 39:13, 39:21
**CASE** [1] - 1:3
**cases** [2] - 5:2, 5:20
**cast** [1] - 11:6
**CDC** [1] - 11:23
**CECILIA** [1] - 1:11
**cell** [1] - 37:23
**certain** [1] - 10:9
**certainly** [3] - 5:7, 7:13, 39:21
**Certificate.................
....** [1] - 3:20
**certify** [1] - 43:2
**Cestui** [1] - 17:5
**challenged** [1] - 20:18
**chambers** [2] - 38:2, 39:2
**character** [2] - 22:15, 29:11
**charged** [2] - 4:16, 7:16
**charges** [11] - 5:22, 6:7, 15:1, 19:3, 21:2, 21:21, 26:25, 27:4, 27:8, 32:2, 36:13
**charitable** [1] - 17:5
**chattel** [2] - 14:23, 36:11
**CHIEF** [1] - 1:11
**chlorine** [3] - 10:10, 11:16, 12:4
**choose** [6] - 8:22, 12:22, 15:25, 18:1, 30:21, 31:8
**chose** [1] - 17:20
**Christ** [5] - 9:24, 10:20, 11:4, 14:6, 35:19
**church** [4] - 10:15, 10:21, 19:24
**Church** [2] - 10:17, 33:7

**Circuit** [3] - 37:11, 37:17, 39:13
**circumstances** [1] - 23:11
**citizen** [3] - 6:7, 13:21, 17:10
**citizens** [1] - 34:24
**Civil** [2] - 13:19, 35:7
**civilly** [1] - 21:6
**ck** [1] - 11:13
**claim** [9] - 14:22, 17:4, 18:7, 18:18, 19:23, 20:11, 21:14, 34:14, 36:10
**claimed** [4] - 17:16, 34:15, 34:19, 40:10
**claiming** [2] - 17:6, 17:9
**Claims** [1] - 21:16
**cleanse** [1] - 11:6
**clear** [2] - 37:12, 37:17
**clinical** [1] - 12:7
**closure** [5] - 8:19, 15:22, 16:9, 32:24, 34:14
**clouds** [1] - 12:18
**code** [2] - 21:20, 24:6
**Code** [2] - 17:12, 22:18
**codefendant** [1] - 37:15
**Codefendants** [1] - 7:16
**codes** [1] - 17:17
**codified** [1] - 7:9
**colleagues** [1] - 38:3
**Colombia** [7] - 4:20, 5:6, 5:18, 5:24, 14:6, 35:19, 37:24
**Colombian** [3] - 4:20, 5:8, 27:17
**Colombians** [1] - 5:13
**color** [8] - 14:14, 22:19, 22:22, 23:3, 23:8, 23:13, 36:1, 36:19
**Columbia** [1] - 17:15
**coming** [1] - 11:14
**commanded** [1] - 16:24
**commandments** [1] - 13:2
**comment** [1] - 37:21
**commit** [6] - 12:2, 13:17, 18:17, 24:2, 24:17, 35:6
**committed** [8] - 12:2, 13:16, 20:3, 23:20, 23:24, 24:14, 35:5, 38:7

**committing** [3] - 14:16, 21:9, 36:3
**commonly** [1] - 19:3
**commonwealth** [2] - 23:15, 24:8
**community** [1] - 7:6
**companies** [1] - 12:4
**company** [1] - 33:10
**compel** [2] - 13:24, 35:10
**compels** [1] - 25:16
**compensation** [2] - 18:25, 21:1
**competent** [2] - 16:21, 34:22
**complaint** [2] - 33:4, 34:8
**complete** [2] - 7:19, 19:5
**complicated** [1] - 7:5
**concern** [1] - 16:11
**concluded** [1] - 42:18
**conduct** [1] - 28:21
**CONFERENCE** [1] - 1:10
**Congress** [1] - 25:18
**consent** [4] - 19:8, 19:9, 19:19, 37:13
**consenting** [1] - 34:16
**conserving** [1] - 39:17
**consideration** [3] - 14:3, 31:4, 35:15
**considerations** [1] - 37:18
**considered** [1] - 19:10
**conspiracy** [9] - 4:17, 4:18, 5:2, 6:24, 7:16, 12:9, 13:7, 27:11, 38:22
**conspire** [1] - 24:7
**conspired** [1] - 13:6
**conspiring** [1] - 9:20
**constitute** [1] - 39:7
**constitutes** [1] - 29:8
**Constitution** [7] - 14:21, 20:1, 22:21, 23:17, 24:10, 40:8, 40:19
**constitutional** [1] - 20:23
**Constitutional** [2] - 16:18, 21:19
**constitutions** [1] - 36:8
**contact** [1] - 18:16
**contain** [1] - 20:9
**contains** [1] - 20:7
**contemplated** [1] - 39:22
**contemplates** [2] -

6:18, 37:14
**continuance** [9] - 5:7, 6:15, 7:12, 8:14, 37:13, 39:11, 39:14, 39:21, 39:23
**continuances** [3] - 6:18, 37:14, 37:15
**continue** [5] - 4:24, 6:17, 15:4, 22:4, 37:8
**CONTINUED** [1] - 2:1
**contract** [9] - 13:23, 14:1, 14:2, 19:8, 19:11, 35:10, 35:13, 35:15
**contracted** [1] - 10:2
**contracts** [2] - 14:22, 36:9
**control** [1] - 11:2
**controlling** [1] - 39:13
**Convention** [1] - 17:12
**conversion** [2] - 20:3, 21:22
**convicted** [1] - 27:12
**corporate** [4] - 14:4, 17:18, 17:19, 35:16
**corporation** [3] - 11:24, 17:16, 19:5
**corporations** [1] - 10:23
**correct** [3] - 5:12, 42:2, 42:11
**correspondence** [1] - 39:5
**COUNSEL** [3] - 1:18, 1:22, 2:3
**counsel** [21] - 7:21, 7:23, 7:25, 8:7, 8:21, 15:11, 15:25, 17:25, 25:1, 26:1, 26:3, 26:8, 30:20, 31:8, 32:6, 32:10, 32:12, 32:14, 32:15, 33:1
**Count** [1] - 27:10
**count** [1] - 27:11
**counter** [1] - 7:9
**countersuing** [1] - 21:6
**countries** [1] - 11:16
**country** [1] - 42:9
**Counts** [1] - 27:15
**counts** [1] - 27:16
**couple** [1] - 6:12
**course** [1] - 32:7
**COURT** [73] - 1:1, 4:2, 4:3, 4:9, 7:18, 7:23, 8:4, 8:10, 8:12, 15:7, 15:16, 15:18, 21:23, 21:25, 22:2, 22:7,

22:10, 22:12, 24:24,
25:3, 25:19, 25:23,
26:7, 26:13, 26:17,
26:19, 26:21, 26:25,
27:3, 27:6, 27:18,
27:22, 27:24, 28:2,
28:7, 28:11, 28:14,
28:19, 28:21, 28:25,
29:3, 29:5, 29:8,
29:11, 29:14, 29:17,
29:20, 29:24, 30:2,
30:5, 30:8, 30:12,
30:15, 30:22, 31:12,
31:14, 31:17, 31:20,
31:24, 32:5, 32:11,
33:17, 33:19, 33:23,
34:4, 34:6, 36:20,
36:25, 37:4, 39:1,
42:12, 42:15, 42:17
**Court** [29] - 2:8, 3:20,
4:17, 4:20, 5:4, 6:14,
6:16, 7:1, 7:7, 8:19,
14:25, 15:23, 21:15,
21:16, 25:25, 31:1,
31:21, 32:24, 33:8,
34:14, 34:21, 36:13,
37:10, 37:11, 38:5,
38:8, 38:16, 38:23,
43:8
**court** [6] - 16:18,
21:13, 21:16, 30:17,
33:10, 41:18
**court's** [1] - 27:17
**Court's** [1] - 16:8
**court-appointed** [1] -
30:17
**courtesy** [2] - 16:15,
17:24
**Courtroom** [1] - 1:7
**courtroom** [2] - 7:20,
39:6
**courts** [2] - 5:8, 20:8
**COVID-19** [1] - 11:17
**CQV** [1] - 34:16
**create** [2] - 18:14,
25:10
**created** [4] - 17:3,
19:15, 19:17, 20:5
**creates** [1] - 10:10
**creation** [1] - 17:10
**creators** [2] - 33:5,
34:10
**creditor** [1] - 19:21
**crime** [9] - 12:1, 12:3,
13:17, 18:17, 18:18,
22:19, 23:7, 23:12,
35:6
**crimes** [8] - 13:16,
14:17, 21:1, 21:19,
22:16, 22:17, 35:5,

36:4
**criminal** [5] - 21:15,
25:12, 26:22, 33:4,
34:8
**crucial** [1] - 30:9
**cure** [2] - 13:16, 35:4
**CUSIP** [2] - 20:7,
33:11
**custom** [1] - 23:14

**D**

**D.C** [1] - 21:16
**dad** [2] - 10:6, 10:17
**damage** [1] - 18:23
**damages** [2] - 21:1,
21:4
**dangerous** [1] - 23:22
**DATE** [1] - 43:7
**David** [3] - 8:16, 33:6,
33:15, 36:16
**DAVID** [2] - 1:17, 1:17
**days** [2] - 13:10, 34:25
**de** [9] - 11:24, 13:20,
17:3, 18:12, 18:13,
20:4, 33:9, 35:8,
35:24
**dead** [1] - 11:6
**death** [6] - 23:11,
23:24, 24:4, 24:14,
24:19, 38:12
**debt** [3] - 25:15, 25:17
**debtor** [1] - 19:21
**decides** [1] - 41:13
**decision** [2] - 21:5,
27:17
**declaration** [1] - 34:10
**declare** [5] - 9:14,
18:20, 34:18, 34:24,
36:18
**declared** [1] - 34:9
**defamation** [1] - 22:15
**Defendant** [4] - 4:18,
27:7, 27:12, 32:11
**DEFENDANT** [61] -
1:17, 1:21, 2:2, 8:16,
15:10, 15:20, 21:24,
22:1, 22:3, 22:9,
22:11, 22:13, 25:6,
25:21, 26:5, 26:12,
26:16, 26:18, 26:20,
26:23, 27:1, 27:5,
27:21, 27:23, 28:1,
28:5, 28:10, 28:13,
28:18, 28:20, 28:23,
29:2, 29:4, 29:7,
29:10, 29:13, 29:16,
29:19, 29:23, 30:1,
30:4, 30:7, 30:11,
30:14, 30:19, 31:6,

31:13, 31:16, 31:19,
31:23, 32:4, 32:9,
32:21, 33:18, 33:20,
33:24, 34:5, 34:7,
36:23, 40:4, 42:1
**Defendant's** [2] - 6:19,
37:18
**DEFENDANTS** [1] -
3:7
**Defendants** [19] - 1:9,
4:10, 4:16, 4:19,
4:25, 5:5, 5:9, 6:15,
6:25, 7:4, 37:6,
37:12, 37:22, 38:8,
38:10, 38:13, 39:8,
39:18, 39:24
**Defendants'** [2] - 3:11,
37:10
**defending** [2] - 15:12,
15:14
**defense** [2] - 5:11,
5:16
**defined** [1] - 17:12
**definition** [1] - 29:3
**delayed** [1] - 6:4
**DELLA** [3] - 1:21, 8:2,
25:2
**Della** [3] - 8:1, 8:4,
24:25
**demand** [1] - 21:3
**deny** [3] - 32:9, 32:25,
33:2
**denying** [1] - 8:25
**Department** [3] - 5:24,
38:6, 38:16
**deprivation** [2] -
14:15, 36:2
**deprive** [1] - 22:20
**deprived** [1] - 23:16
**deputy** [1] - 39:6
**despondents** [2] -
14:22, 36:10
**destroy** [3] - 10:24,
11:20, 12:10
**detained** [1] - 4:20
**device** [1] - 39:3
**devils** [1] - 11:7
**diagnosed** [1] - 31:17
**different** [3] - 5:19,
5:22, 30:25
**difficult** [1] - 7:7
**dioxide** [3] - 10:10,
11:16, 12:4
**dire** [2] - 28:19, 28:21
**directed** [1] - 39:5
**disadvantages** [2] -
31:1, 32:1
**discharge** [2] - 18:25,
20:24
**discharged** [1] - 21:12

**discipline** [1] - 25:12
**disclosed** [2] - 13:13,
35:2
**disclosure** [3] - 14:2,
19:13, 35:14
**discovery** [2] - 5:10,
5:15
**discussed** [1] - 7:10
**disease** [1] - 10:12
**diseases** [1] - 12:8
**dismiss** [4] - 20:24,
21:5, 27:16, 34:7
**dismissal** [2] - 20:22,
33:3
**dismissed** [1] - 36:18
**District** [4] - 17:14,
17:15, 33:8
**DISTRICT** [3] - 1:1,
1:2, 1:11
**district** [7] - 5:14,
5:20, 7:14, 14:5,
23:16, 24:8, 35:18
**districts** [1] - 17:16
**DIVISION** [1] - 1:2
**Dix** [2] - 14:10, 35:22
**docket** [2] - 6:2, 39:6
**doctors** [1] - 11:15
**doctrine** [1] - 20:13
**documented** [1] - 12:7
**DOJ** [1] - 11:23
**Dominican** [1] - 10:1
**dominion** [2] - 16:23,
18:7
**donate** [1] - 9:25
**donations** [1] - 10:16
**done** [12] - 12:10,
13:1, 13:5, 18:23,
22:23, 22:24, 22:25,
23:1, 40:25, 41:1,
41:5, 42:6
**Donnelly** [5] - 8:7,
25:25, 32:15, 36:21,
36:25
**DONNELLY** [4] - 2:2,
8:8, 8:11, 37:2
**donnellylaw@
bellsouth.net** [1] -
2:5
**doubling** [1] - 38:19
**down** [2] - 21:9, 38:20
**DR** [1] - 10:1
**drug** [1] - 10:21
**drugs** [1] - 31:15
**due** [9] - 9:4, 13:10,
13:11, 13:15, 14:9,
24:21, 35:1, 35:4,
35:21
**Dun** [2] - 19:5, 33:10
**duress** [2] - 16:15,
19:12

**during** [4] - 9:24,
29:15, 31:1, 32:16
**dust** [1] - 12:18
**duties** [2] - 16:25,
23:3
**dying** [1] - 41:17

**E**

**East** [1] - 1:22
**education** [1] - 26:14
**efficiency** [1] - 39:17
**either** [1] - 31:21
**elected** [3] - 14:11,
19:15, 35:23
**Elijah** [1] - 11:11
**emolument** [1] - 21:10
**employee** [4] - 14:10,
17:13, 19:18, 35:22
**employer** [1] - 25:16
**encouraging** [4] -
25:9, 37:25, 38:4,
38:22
**ends** [3] - 37:14,
39:23, 39:24
**enemies** [1] - 12:15
**enforcement** [1] - 23:5
**enjoyment** [1] - 24:9
**enlightening** [1] -
10:22
**enrichment** [2] -
21:22, 22:5
**enter** [1] - 40:1
**entities** [1] - 33:21
**entitled** [1] - 43:4
**entity** [5] - 17:2, 17:18,
18:10, 19:6, 20:6
**error** [1] - 19:12
**especially** [2] - 5:2,
37:19
**Esq** [1] - 1:13
**ESQ** [3] - 1:17, 1:21,
2:2
**essentially** [2] - 5:18,
38:5
**estate** [3] - 17:5, 18:6,
34:16
**etc** [1] - 38:12
**evidence** [6] - 9:12,
28:12, 28:15, 29:11,
29:24
**EVIDENCE** [1] - 3:9
**evil** [4] - 10:23, 11:19,
11:21, 11:25
**ex** [1] - 34:9
**exact** [1] - 6:7
**examination** [1] -
28:22
**exceptions** [1] - 29:5
**exchange** [2] - 14:24,

36:12
exculpatory [1] - 39:7
excuse [2] - 5:4, 24:5
excusing [1] - 29:1
executor [4] - 33:14, 33:15, 34:1, 34:2
executors [4] - 34:2, 34:4, 34:11, 36:17
exercise [1] - 24:9
exercised [1] - 24:11
Exhibit [2] - 3:10, 3:11
EXHIBITS [1] - 3:9
exist [5] - 13:17, 13:24, 18:3, 35:6, 35:11
existed [2] - 14:3, 35:15
existence [2] - 14:16, 36:3
exists [1] - 18:18
expect [1] - 6:12
expense [1] - 30:18
experience [1] - 30:23
explosives [1] - 23:22
expressly [3] - 6:18, 37:14, 39:21
extending [2] - 9:11
extent [5] - 13:25, 35:12, 38:10, 38:15, 39:6
extradited [1] - 4:21
extradition [15] - 5:9, 5:13, 5:18, 5:19, 5:21, 5:25, 6:5, 6:8, 6:10, 7:14, 27:17, 39:20, 42:3, 42:5, 42:11
extraditions [1] - 6:3
extreme [1] - 20:25

**F**

facilities [1] - 23:6
facing [2] - 6:7, 27:20
fact [1] - 20:19
facto [8] - 11:24, 13:20, 17:3, 18:12, 20:4, 33:9, 34:9, 35:9
facts [4] - 16:19, 20:16, 34:20, 40:17
faculties [1] - 16:20
failure [2] - 29:20, 30:8
fair [3] - 18:25, 26:4, 26:5
faithful [1] - 16:24
faithfulness [1] - 11:3
false [7] - 19:2, 20:5, 21:2, 21:13, 21:21,

27:2
familiar [2] - 28:11, 30:2
Family [1] - 33:5
family [14] - 8:17, 9:20, 10:6, 10:25, 11:8, 12:9, 15:21, 16:7, 17:20, 21:1, 21:8, 21:17, 23:9, 32:22
family's [2] - 16:11, 21:4
far [2] - 22:16, 26:13
fashion [1] - 6:9
father [8] - 4:19, 9:8, 9:10, 13:21, 38:15, 38:21, 39:19, 42:3
Fauci [1] - 11:24
favoring [5] - 5:2, 6:21
FDA [4] - 11:22, 14:9, 19:14, 35:22
FDC [3] - 8:24, 16:3, 31:10
fear [3] - 41:11, 41:12, 41:13
fearing [3] - 14:4, 33:22, 35:17
feather [1] - 11:19
federal [9] - 14:5, 22:23, 28:12, 28:14, 28:15, 35:18, 38:7, 38:13, 38:14
feet [1] - 12:18
fellow [1] - 13:4
felony [3] - 14:16, 36:3, 38:14
Fera [3] - 8:1, 8:4, 24:25
FERA [3] - 1:21, 8:2, 25:2
few [5] - 6:4, 7:3, 9:21, 11:22, 30:22
fictitious [2] - 17:1, 20:6
fiduciaries [1] - 34:15
fiduciary [1] - 16:22
fight [2] - 11:11, 11:14
fighting [1] - 11:11
file [1] - 39:6
filed [3] - 4:11, 4:24, 5:20
findings [1] - 39:25
fine [1] - 27:13
fined [5] - 23:18, 23:22, 24:3, 24:12, 24:18
fire [1] - 23:22
fired [1] - 15:10
firmly [1] - 17:4
first [8] - 4:11, 4:12,

4:18, 4:23, 6:23, 16:10, 25:25, 26:23
First [2] - 14:8, 20:1
five [1] - 27:12
FL [4] - 1:15, 1:19, 1:23, 2:4
Flagler [1] - 1:18
flesh [1] - 18:21
flock [1] - 11:19
Floor [2] - 2:9, 43:8
FLORIDA [1] - 1:2
Florida [7] - 1:4, 2:9, 14:6, 33:9, 34:23, 35:18, 43:9
Floridians [1] - 34:23
follow [3] - 13:25, 31:2, 35:11
followed [1] - 27:13
followers [3] - 38:1, 38:5, 38:23
following [1] - 4:1
FOR [6] - 1:13, 1:17, 1:21, 2:2, 3:4, 3:7
for-profit [2] - 19:4, 33:9
force [1] - 16:15
forced [8] - 8:21, 15:11, 15:25, 17:25, 30:20, 31:7, 32:9, 33:1
foregoing [1] - 43:2
foreign [17] - 8:24, 13:20, 14:5, 14:15, 16:2, 16:3, 18:9, 18:10, 18:11, 31:10, 33:9, 35:9, 35:17, 36:2
forgive [1] - 16:12
forgiveness [2] - 18:24, 20:20
form [1] - 20:17
formally [1] - 27:7
Fort [1] - 1:23
forth [2] - 19:2, 21:14
forward [2] - 18:21, 21:3
four [3] - 4:16, 6:15, 39:18
Fourth [1] - 1:14
FRANCIS [1] - 1:21
fraud [8] - 8:22, 16:1, 20:5, 20:13, 20:15, 21:22, 22:5, 31:9
fraudulently [1] - 17:3
free [3] - 14:18, 24:9, 36:5
freedom [4] - 14:9, 24:22, 24:23, 35:21
freedoms [1] - 14:7, 19:23, 35:20

freely [2] - 11:7
friend [1] - 19:3
frivolous [1] - 16:10
full [9] - 8:18, 13:25, 14:2, 15:22, 19:13, 32:23, 34:13, 35:12, 35:14
fully [3] - 13:23, 21:5, 35:10
furious [1] - 12:14

**G**

gain [1] - 25:11
ganging [2] - 22:6, 22:15
Genesis [3] - 10:17, 18:4, 33:6
Geneva [1] - 17:12
gentlemen [1] - 4:12
gifts [1] - 16:25
Given [1] - 6:6
given [8] - 6:20, 13:16, 13:18, 18:3, 35:4, 35:7, 37:19, 40:12
globalist [1] - 11:1
god [1] - 40:20
God [26] - 11:2, 11:11, 11:18, 11:20, 12:11, 12:12, 13:3, 13:18, 14:4, 16:21, 16:24, 17:20, 18:4, 18:8, 20:20, 33:22, 35:7, 35:17, 40:11, 40:12, 40:16, 41:1, 41:7, 41:8, 41:9
God's [2] - 9:20, 41:18
God-fearing [3] - 14:4, 33:22, 35:17
gold [2] - 14:24, 36:12
gospel [1] - 10:19
govern [1] - 28:15
governed [2] - 14:20, 36:7
government [21] - 11:24, 13:18, 13:20, 14:13, 14:14, 14:15, 14:19, 17:4, 17:10, 18:13, 20:1, 21:7, 33:11, 34:11, 35:7, 35:9, 35:25, 36:1, 36:2, 36:6
Government [9] - 4:6, 4:11, 7:1, 7:11, 27:6, 27:16, 30:10, 30:24, 42:13
GOVERNMENT [2] - 1:13, 3:4
Government's [3] - 3:10, 32:19, 40:1

governmental [2] - 19:4, 33:9
governments [3] - 14:20, 20:4, 36:7
grace [1] - 17:21
graduate [1] - 26:17
grant [1] - 40:1
granted [1] - 18:8
grantee [1] - 19:21
granting [1] - 39:23
grants [1] - 16:25
great [1] - 12:16
greater [1] - 22:17
GRENON [67] - 1:7, 1:8, 1:18, 1:17, 1:21, 1:21, 2:3, 2:4, 8:19, 15:10, 15:20, 21:24, 22:1, 22:3, 22:9, 22:11, 22:13, 25:6, 25:21, 26:5, 26:12, 26:16, 26:18, 26:20, 26:23, 27:1, 27:5, 27:21, 27:23, 28:1, 28:5, 28:10, 28:13, 28:18, 28:20, 28:23, 29:2, 29:4, 29:7, 29:10, 29:13, 29:16, 29:19, 29:23, 30:1, 30:4, 30:7, 30:11, 30:14, 30:19, 31:6, 31:13, 31:16, 31:19, 31:23, 32:4, 32:9, 32:21, 33:18, 33:20, 33:24, 34:5, 34:7, 36:23, 40:4, 42:1
Grenon [50] - 4:4, 4:5, 4:18, 5:6, 5:12, 5:17, 6:6, 6:8, 7:24, 8:1, 8:7, 8:12, 8:17, 10:6, 15:9, 15:19, 15:21, 16:7, 24:24, 25:1, 25:4, 25:5, 25:20, 25:24, 26:13, 27:19, 28:2, 30:23, 31:15, 31:25, 32:13, 32:18, 32:22, 33:5, 33:14, 33:15, 33:16, 33:24, 34:1, 36:15, 36:16, 36:17, 37:23, 39:19, 40:3
Grenon's [3] - 5:25, 6:10, 7:13
Grenons [2] - 12:1, 39:4
grounds [3] - 20:23, 28:25, 30:5
groups [1] - 9:25
guards [1] - 23:4
guess [1] - 40:25
guild [1] - 18:11

**guilty** [1] - 25:11

## H

**h)(6** [1] - 7:10
**hand** [2] - 11:5, 25:4
**handicap** [1] - 23:9
**hands** [2] - 41:20, 41:24
**harass** [1] - 38:5
**harden** [1] - 41:8
**hardened** [1] - 41:7
**hath** [1] - 12:17
**heal** [2] - 11:6, 11:16
**healed** [1] - 10:15
**Healing** [1] - 33:7
**healing** [2] - 10:20, 41:17
**Health** [2] - 11:23, 33:7
**health** [2] - 23:6, 41:16
**hear** [4] - 4:13, 15:19, 32:20, 37:5
**heard** [1] - 32:18
**hearing** [6] - 13:10, 26:3, 31:2, 34:25, 42:4
**Hearing** [1] - 33:7
**hearsay** [3] - 19:10, 29:3, 29:5
**heart** [3] - 13:4, 41:8
**heaven** [1] - 11:5
**held** [5] - 4:1, 12:1, 13:10, 17:5, 34:25
**hello** [1] - 15:20
**help** [8] - 10:1, 10:3, 13:2, 13:4, 28:4, 28:7, 30:23, 30:24
**hereby** [7] - 17:4, 17:6, 19:10, 34:18, 34:24, 36:17, 43:2
**high** [2] - 26:16, 26:17
**highest** [1] - 26:14
**himself** [1] - 32:13
**hire** [2] - 30:16, 31:21
**hold** [1] - 18:6
**holding** [2] - 17:7
**Homer** [9] - 4:8, 4:9, 4:12, 4:14, 7:18, 9:3, 27:7, 36:21, 37:5
**HOMER** [6] - 1:13, 4:7, 4:15, 27:10, 37:7, 42:13
**Homer's** [2] - 8:13, 39:12
**honest** [4] - 14:2, 19:13, 20:14, 35:14
**Honor** [28] - 4:7, 4:15, 4:22, 4:23, 5:5, 7:11,

7:17, 7:22, 8:2, 8:8, 15:11, 20:20, 21:5, 22:4, 22:14, 22:18, 25:2, 27:10, 27:15, 37:2, 37:7, 37:21, 38:2, 38:6, 38:18, 38:20, 38:24, 42:13
**honor** [14] - 4:18, 14:25, 15:22, 16:11, 16:14, 17:23, 19:7, 32:23, 34:2, 34:12, 34:13, 36:13, 41:9, 41:10
**Honor's** [2] - 37:23, 38:1
**HONORABLE** [1] - 1:11
**hospitals** [1] - 9:25
**house** [1] - 12:23
**Humble** [1] - 10:8

## I

**identical** [1] - 5:21
**identification** [1] - 18:22
**IDENTIFIED** [1] - 3:9
**identifying** [1] - 18:23
**II** [3] - 10:17, 10:21, 33:6
**III** [1] - 17:12
**illegal** [1] - 12:5
**illness** [1] - 31:18
**imaginary** [1] - 19:3
**immediately** [3] - 15:1, 21:3, 36:14
**immunities** [1] - 23:17
**immunity** [1] - 21:10
**impeachment** [1] - 29:9
**imperfect** [1] - 17:23
**important** [3] - 6:25, 9:18, 16:10
**imprisoned** [5] - 23:19, 23:23, 24:3, 24:12, 24:18
**imprisonment** [5] - 21:13, 21:21, 23:10, 27:11, 27:12
**improvements** [1] - 10:11
**IN** [1] - 3:9
**include** [3] - 22:23, 23:25, 24:15
**including** [4] - 6:2, 20:8, 23:4, 23:21
**inconsistent** [1] - 39:16
**increasing** [1] - 39:17
**indemnify** [1] - 21:4

**indenture** [1] - 18:4
**indicated** [3] - 5:5, 6:17, 26:2
**indictment** [3] - 13:14, 34:9, 35:2
**individual** [1] - 21:18
**individuals** [1] - 38:24
**indulge** [1] - 16:12
**inefficient** [1] - 7:1
**influence** [1] - 31:14
**information** [1] - 39:7
**inhabit** [2] - 17:21, 18:3
**inhabiting** [2] - 14:5, 35:18
**inhibit** [1] - 18:2
**initial** [2] - 5:14, 18:15
**injure** [2] - 18:19, 24:7
**injury** [3] - 18:24, 23:12, 23:19
**innocence** [2] - 9:14, 18:20
**innocent** [1] - 9:12
**institutions** [1] - 11:25
**instructions** [1] - 30:13
**insured** [1] - 20:7
**intending** [1] - 38:15
**intensively** [1] - 8:9
**intent** [5] - 12:2, 13:17, 18:17, 18:18, 35:6
**interests** [4] - 7:9, 39:14, 39:20, 39:24
**interpret** [1] - 9:24
**intimidate** [1] - 24:7
**introduced** [1] - 28:16
**investigation** [1] - 42:9
**invoice** [1] - 13:14
**invoiced** [1] - 35:2
**involuntary** [1] - 22:5
**issued** [2] - 14:10, 35:22
**issuers** [1] - 20:12
**itself** [1] - 17:17

## J

**J.D** [5] - 8:16, 15:10, 25:6, 25:21, 40:4
**J.P** [7] - 15:20, 21:24, 22:1, 22:3, 22:9, 22:11, 22:13
**J.T** [46] - 26:5, 26:12, 26:16, 26:18, 26:20, 26:23, 27:1, 27:5, 27:21, 27:23, 28:1, 28:5, 28:10, 28:13, 28:18, 28:20, 28:23,

29:2, 29:4, 29:7, 29:10, 29:13, 29:16, 29:19, 29:23, 30:1, 30:4, 30:7, 30:11, 30:14, 30:19, 31:6, 31:13, 31:16, 31:19, 31:23, 32:4, 32:9, 32:21, 33:18, 33:20, 33:24, 34:5, 34:7, 36:23, 42:1
**jail** [2] - 11:10, 37:23
**January** [1] - 1:5
**jealous** [1] - 12:13
**Jesus** [4] - 9:24, 10:19, 11:4, 13:2
**Jim** [2] - 10:8, 10:17
**Joaquin** [1] - 7:21
**JOAQUIN** [1] - 1:17
**joaquin** [1] - 1:20
**job** [1] - 28:5
**Job** [1] - 17:9
**joining** [1] - 11:14
**joint** [2] - 5:2, 6:21
**JONATHAN** [3] - 1:7, 1:17, 1:17
**Jonathan** [11] - 4:4, 7:24, 8:12, 8:16, 15:9, 25:4, 33:5, 33:14, 33:15, 36:16, 40:3
**JORDAN** [3] - 1:7, 1:21, 1:21
**Jordan** [9] - 4:4, 8:1, 9:6, 15:19, 15:20, 16:7, 33:6, 33:16, 36:16
**JOSEPH** [3] - 1:8, 2:2, 2:2
**Joseph** [14] - 4:5, 5:6, 5:12, 6:7, 8:7, 9:7, 25:24, 32:13, 32:18, 32:21, 33:6, 33:24, 34:1, 36:16
**Judge** [2] - 15:17, 28:4
**judge** [5] - 5:25, 11:21, 26:4, 26:9, 38:13
**JUDGE** [1] - 1:11
**judges** [4] - 5:19, 5:22, 6:3, 23:5
**judgment** [3] - 20:22, 29:18, 29:21
**judicial** [3] - 5:1, 6:20, 39:17
**jure** [2] - 18:13, 35:24
**juris** [16] - 8:20, 9:2, 9:15, 15:14, 15:24, 16:4, 16:22, 17:24, 18:3, 18:7, 28:10,

30:19, 31:6, 32:25, 34:22, 42:7
**jurisdiction** [2] - 18:13, 34:17
**jurisdictional** [1] - 20:23
**jurisdictions** [1] - 18:6
**juror** [1] - 29:1
**jurors** [1] - 28:22
**jury** [1] - 30:13
**Justice** [2] - 38:7, 38:17
**justice** [4] - 20:9, 37:14, 39:23, 39:24
**Justice's** [1] - 5:24

## K

**keep** [6] - 8:25, 9:10, 15:3, 40:20, 40:25, 41:1
**keeps** [2] - 15:3, 38:4
**kept** [1] - 10:5
**kidnap** [2] - 24:1, 24:16
**kidnapping** [3] - 22:15, 23:25, 24:15
**kill** [2] - 24:2, 24:17
**kinds** [2] - 14:3, 35:16
**kingdom** [1] - 11:5
**knees** [1] - 11:13
**knoweth** [1] - 12:22
**knowing** [1] - 26:8
**knowingly** [2] - 18:19, 32:12
**known** [5] - 18:14, 19:3, 19:17, 20:19, 34:23
**knows** [1] - 12:20

## L

**laid** [1] - 21:9
**land** [4] - 16:22, 16:23, 18:3, 18:7
**largely** [1] - 5:21
**last** [5] - 4:22, 5:14, 6:1, 6:15, 7:12
**Lauderdale** [1] - 1:23
**law** [21] - 13:25, 14:14, 21:9, 22:19, 22:20, 22:23, 23:3, 23:5, 23:14, 24:10, 25:14, 26:19, 28:6, 28:15, 35:12, 36:1, 36:19, 39:13, 40:7
**lawful** [3] - 22:24, 22:25, 23:5
**laws** [4] - 22:21, 23:18, 40:18, 41:21

**lawsuits** [1] - 25:9
**lawyer** [11] - 28:9, 30:16, 30:17, 30:22, 30:23, 30:25, 31:21, 32:3, 32:6, 42:6
**leader** [2] - 4:17, 38:21
**learned** [1] - 20:3
**learning** [1] - 20:15
**least** [1] - 6:10
**leave** [2] - 21:13, 31:11
**leaving** [1] - 40:15
**leeway** [1] - 17:24
**left** [1] - 39:3
**leg** [1] - 10:5
**legal** [2] - 5:24, 25:10
**legally** [1] - 25:17
**legislative** [2] - 5:1, 6:20
**lengthy** [1] - 7:8
**lepers** [1] - 11:6
**letter** [1] - 33:25
**letters** [3] - 17:2, 33:13, 39:9
**level** [1] - 26:14
**license** [1] - 25:13
**life** [9] - 9:18, 9:23, 13:1, 13:5, 16:11, 23:10, 24:4, 24:19
**lightening** [1] - 39:16
**like-kinds** [1] - 14:3, 35:16
**likely** [1] - 7:5
**limitations** [4] - 14:19, 14:21, 36:6, 36:8
**listening** [2] - 8:3, 8:9
**litigation** [2] - 14:11, 35:23
**live** [1] - 17:21
**living** [4] - 16:21, 18:2, 18:14, 19:19
**local** [1] - 22:23
**Lord** [20] - 9:24, 10:19, 11:4, 11:12, 12:10, 12:11, 12:13, 12:14, 12:15, 12:17, 12:20, 12:21, 12:24, 13:1, 13:3, 40:16, 41:12, 41:20, 41:24
**lose** [1] - 25:13
**losing** [1] - 21:10
**love** [1] - 13:3
**lowercase** [1] - 34:1

**M**

**ma'am** [28] - 25:6, 26:6, 26:12, 26:18, 27:2, 27:5, 27:21,

28:6, 28:10, 28:13, 28:18, 28:24, 29:4, 29:10, 29:16, 29:23, 30:11, 30:19, 31:6, 31:16, 32:4, 32:9, 32:21, 33:18, 34:8, 36:17, 40:4, 42:11
**magistrate** [2] - 26:3, 26:9
**man** [6] - 10:8, 13:5, 16:21, 17:23, 18:20, 41:10
**mankind** [5] - 10:24, 11:2, 14:5, 18:3, 35:17
**manmade** [1] - 18:5
**March** [1] - 5:16
**Mark** [15] - 4:18, 5:5, 5:17, 5:25, 6:6, 6:9, 6:16, 7:13, 10:6, 33:5, 33:13, 33:14, 36:15, 37:23, 38:4
**matter** [12] - 6:4, 6:12, 7:3, 7:8, 8:19, 15:23, 19:1, 20:24, 32:24, 34:14, 34:17, 43:4
**Matthew** [1] - 11:4
**maximum** [4] - 27:3, 27:8, 27:11, 27:19
**McCARN** [2] - 2:7, 43:7
**mean** [1] - 22:12
**meaning** [3] - 23:3, 25:8, 25:14
**means** [1] - 28:19
**media** [2] - 37:25, 38:21
**medical** [1] - 9:25
**meeting** [3] - 14:1, 19:13, 35:14
**member** [4] - 8:23, 16:2, 19:25, 31:9
**men** [4] - 14:18, 17:3, 33:22, 36:5
**mental** [2] - 16:20, 31:18
**mention** [1] - 11:22, 38:19
**mentioned** [1] - 6:22
**mere** [3] - 14:18, 17:3, 36:5
**merely** [2] - 17:7, 17:22
**miami** [2] - 1:19, 2:4
**MIAMI** [1] - 1:2
**Miami** [6] - 1:4, 1:15, 2:8, 2:9, 43:8, 43:9
**Michael** [1] - 4:8
**MICHAEL** [1] - 1:13
**michael.homer@**

**usdoj.gov** [1] - 1:16
**might** [4] - 30:23, 31:1, 31:22, 39:7
**mind** [3] - 13:4, 16:20, 34:22
**minds** [3] - 14:1, 19:13, 35:14
**Mineral** [1] - 10:9
**minor** [2] - 17:4, 34:16
**minutes** [1] - 9:22
**Miracle** [1] - 10:8
**Miranda** [1] - 18:16
**MISCELLANEOUS** [1] - 3:18
**mission** [1] - 11:8
**missionary** [1] - 9:23
**mistake** [1] - 15:2
**mistakes** [2] - 30:9, 36:14
**mistrial** [3] - 30:3, 30:6, 30:9
**MMS** [1] - 10:8
**money** [2] - 14:24, 36:12
**month** [2] - 5:7, 32:19
**months** [8] - 4:25, 6:4, 6:12, 6:14, 7:3, 7:8, 10:10, 37:20
**morning** [12] - 4:3, 4:7, 4:9, 4:10, 7:21, 7:22, 8:2, 8:4, 8:5, 8:10, 8:11, 25:24
**Moses** [2] - 41:2, 41:6
**most** [2] - 10:18, 37:8
**motion** [17] - 4:11, 4:12, 4:24, 6:17, 6:22, 7:10, 20:22, 24:20, 30:2, 30:6, 33:3, 34:7, 36:17, 37:8, 37:9, 39:12, 40:1
**motivated** [1] - 23:8
**mouth** [1] - 41:22
**move** [3] - 29:17, 29:21, 30:9
**MR** [12] - 4:7, 4:15, 7:22, 8:2, 8:8, 8:11, 15:17, 25:2, 27:10, 37:2, 37:7, 42:13
**MRSA** [1] - 10:2
**must** [2] - 10:22, 28:17
**mutual** [1] - 36:14

**N**

**Nahum** [2] - 12:12, 12:21
**named** [6] - 4:18, 10:8, 16:6, 22:16,

34:10, 34:15
**national** [2] - 17:11, 23:9
**nationals** [4] - 13:20, 13:21, 34:23, 35:9
**Nations** [1] - 17:14
**nature** [2] - 15:1, 32:1
**nearly** [1] - 37:24
**necessary** [1] - 23:7
**need** [1] - 41:17
**negotiation** [4] - 13:14, 14:1, 35:3, 35:13
**nervous** [1] - 16:13
**net** [1] - 20:9
**never** [3] - 19:11, 40:10, 42:10
**new** [1] - 11:2
**nice** [1] - 4:7
**nigh** [1] - 12:19
**NO** [1] - 1:3
**normal** [1] - 7:6
**North** [2] - 2:8, 43:8
**Northeast** [2] - 1:14, 2:3
**note** [4] - 7:20, 13:13, 19:7, 37:22
**noted** [1] - 18:4
**nothing** [3] - 10:4, 38:24, 42:13
**notice** [2] - 18:15, 21:6
**notwithstanding** [2] - 6:19, 32:14
**number** [5] - 19:5, 20:7, 33:10, 33:11, 35:5

**O**

**oath** [3] - 14:12, 34:18, 35:24
**object** [5] - 9:3, 9:4, 15:4, 24:20, 30:12
**objecting** [1] - 15:5
**objections** [1] - 29:15
**occurred** [2] - 14:2, 35:14
**October** [2] - 5:14, 6:1
**odious** [1] - 21:17
**OF** [2] - 1:2, 1:4
**offense** [2] - 23:10, 38:14
**offenses** [1] - 38:7
**offer** [1] - 19:8
**offered** [2] - 14:1, 35:13
**Office** [1] - 38:4
**office** [5] - 17:8, 21:11, 38:1, 38:6,

38:24
**OFFICER** [2] - 4:2, 42:17
**officers** [1] - 23:4
**Official** [1] - 43:8
**official** [3] - 2:8, 23:1, 23:2
**official's** [1] - 22:25
**officials** [4] - 22:24, 23:5, 23:7, 38:7
**often** [1] - 37:18
**once** [1] - 6:16
**One** [1] - 13:9
**one** [12] - 6:15, 7:12, 11:10, 13:24, 14:8, 23:19, 31:21, 35:11, 38:3, 39:9, 40:24
**one's** [4] - 8:20, 15:24, 17:24, 25:10
**ones** [2] - 11:19, 38:8
**online** [1] - 10:8
**operate** [2] - 14:24, 36:11
**operating** [1] - 21:20
**opportunity** [2] - 13:16, 35:4
**oppress** [1] - 24:7
**order** [8] - 8:18, 11:2, 12:3, 15:22, 25:10, 32:23, 34:13, 40:2
**ordinance** [1] - 23:14
**Organization** [1] - 11:23
**origin** [1] - 23:9
**otherwise** [1] - 6:19
**ourselves** [1] - 15:15
**outlawed** [1] - 25:17
**outside** [1] - 21:8
**outweigh** [1] - 39:24
**own** [11] - 8:20, 9:2, 15:24, 17:24, 18:21, 28:3, 28:8, 30:16, 30:20, 31:7, 35:18
**owner** [1] - 19:21
**ownership** [1] - 17:6

**P**

**P-E-O-N-A-G-E** [1] - 22:11
**p.m** [2] - 1:6, 42:18
**packet** [1] - 5:25
**packets** [2] - 5:19, 5:21
**PADILLA** [3] - 1:17, 7:22, 15:17
**Padilla** [5] - 7:21, 7:23, 8:13, 15:8, 15:16
**padilla@fd.org** [1] -

1:20
**Page** [3] - 3:4, 3:7, 3:19
**Pages** [1] - 1:8
**paid** [2] - 20:10, 21:1
**pains** [2] - 20:17, 34:19
**paragraph** [1] - 17:11
**parens** [1] - 20:13
**parents** [1] - 16:6
**part** [5] - 5:13, 10:18, 11:1, 26:4, 37:8
**partially** [2] - 6:8, 6:10
**particularly** [3] - 6:23, 6:24, 7:1
**parties** [1] - 39:10
**pass** [1] - 41:13
**passed** [2] - 13:10, 34:25
**past** [4] - 12:25, 13:15, 35:4, 37:24
**past-due** [2] - 13:15, 35:4
**pastors** [1] - 33:6
**patents** [1] - 12:6
**patriae** [1] - 20:14
**Paul** [7] - 8:7, 15:20, 16:7, 32:15, 33:6, 33:16, 36:16
**PAUL** [3] - 1:21, 1:21, 2:2
**paupers** [2] - 14:22, 36:10
**pay** [1] - 25:17
**payment** [1] - 20:12
**peace** [6] - 8:18, 15:22, 16:14, 32:23, 34:2, 34:13
**penal** [3] - 13:13, 20:9, 20:10, 35:1
**penalties** [2] - 20:25, 34:19
**penalty** [5] - 20:18, 23:11, 26:10, 27:3, 38:12
**pending** [2] - 27:4, 27:9
**peonage** [5] - 22:6, 25:7, 25:15, 25:17, 25:19
**Peonage** [3] - 22:9, 22:10, 25:15
**people** [21] - 9:19, 10:1, 10:14, 10:16, 10:23, 11:21, 11:25, 12:5, 12:19, 13:2, 18:14, 20:14, 21:9, 34:10, 40:13, 40:20, 41:2, 41:4, 41:7, 41:16

**people's** [3] - 10:16, 20:8, 40:9
**perceived** [1] - 20:4
**perform** [2] - 13:24, 35:10
**performance** [2] - 20:12, 23:2
**period** [2] - 37:19, 41:6
**perjury** [3] - 20:18, 26:11, 34:19
**permission** [2] - 42:8, 42:10
**permit** [1] - 32:13
**permitted** [1] - 39:22
**permitting** [1] - 41:16
**perpetrated** [1] - 20:5
**persecuting** [1] - 21:7
**person** [7] - 4:8, 17:8, 22:19, 22:20, 23:15, 24:7
**personage** [2] - 22:6, 22:7
**personal** [1] - 25:11
**persons** [3] - 23:3, 24:6, 34:24
**pertaining** [1] - 9:17
**pharoah** [2] - 11:20, 41:7
**phone** [4] - 7:25, 8:6, 26:1, 39:3
**picture** [1] - 38:2
**pictured** [2] - 38:2, 38:4
**pictures** [1] - 38:3
**piece** [1] - 16:12
**place** [1] - 16:19
**Plaintiff** [1] - 1:5
**plandemic** [1] - 11:1
**play** [1] - 25:20
**plea** [2] - 18:20, 31:1
**pledge** [1] - 17:19
**point** [4] - 10:4, 18:22, 20:18, 20:19
**police** [1] - 23:4
**policies** [6] - 6:20, 6:23, 14:9, 19:14, 19:17, 35:21
**policy** [2] - 5:1, 19:16
**poor** [1] - 10:1
**posed** [1] - 26:9
**position** [1] - 37:10
**possession** [2] - 23:16, 24:8
**possible** [3] - 26:1, 27:8, 27:19
**post** [1] - 34:9
**posting** [1] - 37:25
**posts** [1] - 38:3

**potential** [1] - 28:22
**potentially** [1] - 7:7
**power** [1] - 12:16
**powers** [1] - 17:7
**practice** [2] - 25:14, 28:5
**pray** [1] - 40:13
**praying** [1] - 20:20
**preach** [1] - 11:5
**preexisting** [2] - 13:18, 35:7
**prefer** [1] - 26:20
**prejudice** [1] - 20:25
**prepare** [3] - 5:10, 5:16, 7:15
**present** [4] - 7:20, 8:3, 9:7, 13:8
**presentation** [1] - 7:19
**presented** [1] - 39:15
**presently** [2] - 4:17, 4:19
**president** [1] - 37:12
**press** [3] - 22:6, 22:15, 24:23
**press-ganging** [2] - 22:6, 22:15
**presumably** [1] - 5:15
**presumptions** [1] - 19:9
**pretending** [3] - 14:14, 23:2, 36:1
**prison** [1] - 23:4
**private** [2] - 19:4, 33:9
**privilege** [2] - 22:20, 24:9
**privileges** [1] - 23:16
**privity** [2] - 14:2, 35:15
**pro** [6] - 7:4, 9:15, 16:3, 17:22, 32:25
**PRO** [3] - 1:17, 1:21, 2:2
**proceed** [2] - 5:16, 7:15
**proceeding** [1] - 32:1
**proceedings** [6] - 4:1, 19:20, 32:7, 32:16, 42:18, 43:3
**Proceedings.............. ......................... [1] - 3:19
**process** [6] - 9:4, 13:11, 24:21, 35:1, 42:8
**produce** [2] - 13:24, 35:11
**produced** [2] - 14:12, 35:24
**proffer** [1] - 29:24

**profit** [3] - 19:4, 25:11, 33:9
**profited** [1] - 20:8
**promote** [1] - 12:6
**promptly** [1] - 21:12
**pronounced** [1] - 6:23
**proof** [1] - 42:9
**proper** [6] - 21:14, 21:15, 21:16, 29:8, 29:14, 30:5
**properly** [2] - 29:21, 33:12
**prophet** [1] - 11:11
**prophets** [1] - 11:13
**prosecutor** [1] - 19:2
**Prosecutor's** [1] - 24:20
**prosecutors** [2] - 20:21, 38:14
**protect** [2] - 29:25, 41:21
**protected** [3] - 17:11, 22:21, 23:17
**prove** [1] - 9:12
**proved** [1] - 18:17
**proven** [1] - 12:7
**provide** [1] - 12:4
**providers** [1] - 23:6
**public** [6] - 15:14, 17:5, 23:6, 23:7, 34:20, 39:6
**punishable** [1] - 23:10
**punishment** [1] - 25:12
**purporting** [1] - 23:1
**purpose** [1] - 22:22
**purser** [1] - 17:8
**put** [7] - 8:14, 9:9, 15:3, 41:20, 41:21, 41:24
**putting** [2] - 40:25, 41:1

# Q

**qualify** [1] - 30:16
**Que** [1] - 17:5
**questions** [5] - 26:9, 32:7, 32:16, 38:25, 40:3
**quite** [2] - 18:9, 20:11

# R

**race** [1] - 23:8
**raise** [1] - 11:6
**raised** [1] - 25:4
**range** [1] - 23:10
**rdf@rdfattorney. com** [1] - 1:24

**read** [10] - 9:16, 9:21, 13:9, 16:5, 16:9, 18:16, 25:7, 33:4, 40:11, 41:14
**reading** [2] - 40:5, 41:20
**real** [2] - 14:24, 36:12
**realize** [1] - 28:2
**reason** [1] - 6:9
**reasons** [1] - 6:22
**reassigned** [1] - 6:2
**rebutted** [1] - 19:10
**receive** [1] - 41:16
**received** [3] - 10:16, 11:7, 26:15
**receiving** [4] - 39:2, 39:5, 39:9
**recently** [1] - 20:2
**record** [9] - 15:4, 16:4, 16:16, 16:18, 16:19, 20:19, 29:25, 34:20, 39:25
**recording** [1] - 39:3
**reducing** [1] - 39:15
**referral** [1] - 21:15
**refusal** [1] - 32:14
**refuse** [3] - 8:22, 16:1, 31:8
**regards** [1] - 37:21
**regulation** [1] - 23:14
**reinsurance** [1] - 20:12
**release** [5] - 14:25, 21:13, 27:13, 36:13, 39:4
**religion** [1] - 23:8
**religious** [4] - 14:7, 19:23, 24:22, 35:20
**remain** [26] - 22:3, 22:13, 25:21, 27:21, 27:23, 28:1, 28:13, 28:18, 28:20, 28:23, 29:2, 29:4, 29:7, 29:10, 29:13, 29:16, 29:19, 29:23, 30:1, 30:4, 30:7, 30:11, 30:14, 31:16, 31:19, 31:23
**remaining** [5] - 8:18, 15:21, 19:7, 32:23, 34:12
**remedy** [2] - 14:25, 36:13
**repeat** [1] - 9:15
**repeated** [1] - 15:13
**repeatedly** [1] - 37:17
**repentance** [1] - 36:15
**REPORTED** [1] - 2:7
**Reporter** [2] - 2:8, 43:8

**Reporter's** [1] - 3:20
**represent** [4] - 28:3, 28:8, 32:3, 32:13
**represented** [1] - 26:21
**representing** [2] - 28:16, 31:4
**republic** [3] - 14:12, 33:12, 35:24
**Republic** [1] - 10:1
**request** [6] - 5:13, 6:5, 8:14, 30:12, 32:19, 39:11
**requested** [1] - 42:9
**requests** [2] - 5:18, 39:4
**requiring** [1] - 21:13
**reserve** [1] - 12:15
**resident** [1] - 17:15
**residents** [1] - 34:24
**residing** [2] - 14:5, 35:17
**resisted** [2] - 42:4, 42:10
**resisting** [2] - 39:19, 42:3
**resources** [2] - 10:1, 39:18
**respect** [5] - 5:12, 5:17, 27:10, 27:15, 37:7
**respected** [1] - 10:22
**respond** [1] - 8:13
**response** [2] - 32:20, 37:5
**responsible** [1] - 21:18
**rest** [1] - 37:8
**result** [2] - 27:16, 29:21
**resulting** [1] - 23:12
**results** [3] - 23:20, 23:24, 24:14
**retention/ commissions** [1] - 20:10
**retired** [1] - 6:1
**retribution** [2] - 38:11
**reveal** [1] - 11:18
**revengeth** [2] - 12:13
**review** [4] - 5:9, 5:10, 5:15, 6:4
**reviewing** [1] - 39:10
**reward** [1] - 12:19
**RICHARD** [1] - 1:21
**rid** [1] - 10:11
**rids** [1] - 12:8
**Rights** [2] - 13:19, 35:8
**rights** [26] - 8:20, 9:2,

13:18, 14:15, 15:24, 16:17, 17:24, 18:16, 19:23, 21:19, 23:16, 24:21, 24:22, 34:18, 35:7, 36:2, 36:19, 37:18, 40:9, 40:12, 40:17, 40:19, 40:20, 40:21, 41:6, 41:21
**rise** [2] - 4:2, 42:17
**risk** [1] - 39:15
**room** [1] - 18:22
**rounded** [1] - 11:20
**rounding** [1] - 11:21
**RPR** [2] - 2:7, 43:7
**rule** [1] - 29:6
**rules** [3] - 28:12, 28:14, 28:17
**run** [1] - 7:8

---

**S**

**sacraments** [2] - 10:21, 10:22
**safe** [1] - 12:8
**Savior** [3] - 10:19, 14:7, 35:19
**saw** [1] - 10:11
**scarce** [1] - 39:17
**scheduled** [1] - 9:6
**school** [3] - 26:14, 26:16, 26:17
**scope** [1] - 21:8
**Scott** [12] - 4:18, 5:5, 5:17, 5:25, 6:6, 6:9, 7:13, 10:6, 33:5, 33:13, 33:14, 36:15
**SE** [3] - 1:17, 1:21, 2:2
**se** [5] - 7:4, 9:15, 16:3, 17:22, 32:25
**seated** [1] - 4:3
**second** [2] - 7:4, 17:11
**Section** [6] - 14:23, 22:18, 22:22, 23:13, 24:5, 36:11
**section** [3] - 23:20, 23:25, 24:15
**secured** [2] - 23:17, 24:10
**SECURITY** [2] - 4:2, 42:17
**see** [9] - 4:7, 8:20, 12:3, 17:9, 18:12, 21:4, 25:4, 39:8
**seek** [7] - 8:21, 14:25, 15:25, 17:25, 30:20, 31:7, 36:12
**seem** [1] - 38:19
**self** [2] - 14:20, 36:7
**self-governed** [2] -

14:20, 36:7
**sentence** [2] - 27:8, 27:20
**sentenced** [2] - 24:4, 24:19
**sentencing** [1] - 31:2
**separate** [2] - 17:1, 20:5
**separated** [1] - 7:8
**September** [7] - 4:23, 6:15, 7:12, 8:15, 9:6, 32:20, 40:2
**serious** [2] - 21:18, 22:16
**servant** [2] - 41:12, 41:24
**serve** [5] - 12:23, 12:24, 13:3, 39:14, 39:20
**served** [3] - 9:23, 13:1, 39:23
**services** [4] - 13:15, 19:4, 33:10, 35:3
**serving** [2] - 14:6, 35:19
**servitude** [2] - 22:6, 25:16
**set** [4] - 4:23, 9:8, 32:19
**setting** [1] - 40:2
**settlement** [8] - 8:19, 15:22, 16:9, 18:25, 20:22, 20:25, 32:24, 34:13
**several** [1] - 37:24
**sex** [1] - 23:8
**sexual** [4] - 24:1, 24:2, 24:16, 24:17
**shall** [17] - 14:20, 14:25, 15:2, 17:21, 18:21, 18:24, 19:8, 19:10, 20:19, 23:18, 23:22, 24:2, 24:12, 24:18, 34:20, 36:6, 36:14
**short** [1] - 37:19
**showing** [1] - 18:22
**shown** [1] - 12:7
**shut** [1] - 12:9
**sic** [1] - 14:23
**sick** [3] - 10:14, 10:20, 11:6
**signatory** [1] - 17:7, 19:21
**silent** [26] - 22:3, 22:13, 25:21, 27:21, 27:23, 28:1, 28:13, 28:18, 28:20, 28:23, 29:2, 29:4, 29:7, 29:10, 29:13, 29:16,

29:19, 29:23, 30:1, 30:4, 30:7, 30:11, 30:14, 31:16, 31:19, 31:23
**silver** [2] - 14:24, 36:12
**similar** [4] - 4:24, 26:8, 38:8, 38:22
**similarly** [1] - 26:2
**simply** [2] - 37:11, 38:12
**sin** [1] - 17:9
**sincerely** [1] - 36:15
**single** [2] - 19:18, 39:18
**sins** [2] - 20:21, 40:13
**six** [4] - 4:25, 5:7, 6:14, 37:20
**six-month** [1] - 5:7
**slavery** [2] - 22:6, 25:15
**slow** [1] - 12:15
**social** [2] - 37:25, 38:21
**sold** [1] - 20:8
**solely** [1] - 16:22
**solemnly** [1] - 26:10
**Solution** [1] - 10:9
**someone** [2] - 14:10, 35:22
**sometimes** [1] - 11:9
**son** [2] - 6:7, 16:21
**sons** [2] - 7:16, 14:4, 35:17
**soon** [2] - 6:12, 10:18
**sorry** [6] - 21:23, 22:7, 27:22, 33:17, 34:4, 36:21
**sort** [1] - 38:15
**soul** [5] - 13:4, 16:21, 18:2, 18:19, 21:2
**souls** [2] - 18:14, 21:18
**sound** [2] - 16:20, 34:22
**SOUTHERN** [1] - 1:2
**Southern** [1] - 33:8
**sovereign** [2] - 33:22, 34:10
**speaks** [1] - 11:3
**special** [6] - 8:17, 15:21, 16:16, 31:3, 32:22, 34:12
**speech** [3] - 14:9, 24:23, 35:21
**speedier** [1] - 37:19
**Speedy** [4] - 6:17, 7:9, 37:13, 39:22
**speedy** [3] - 6:19, 24:22, 39:25

**spell** [1] - 21:25
**Spell** [1] - 22:10
**spirit** [1] - 10:7
**spreading** [1] - 10:19
**stand** [2] - 17:4, 41:10
**standby** [9] - 7:20, 7:23, 7:25, 8:6, 25:1, 26:1, 32:5, 32:14, 32:15
**STANDBY** [3] - 1:18, 1:22, 2:3
**started** [3] - 10:10, 10:14, 10:17
**state** [18] - 4:6, 13:20, 13:21, 17:1, 17:11, 17:14, 17:20, 18:10, 19:11, 19:14, 20:16, 22:23, 23:15, 24:8, 25:13, 34:23, 35:9
**statement** [3] - 26:4, 26:5, 42:2
**statements** [6] - 37:5, 37:22, 38:11, 38:18, 38:20, 39:12
**states** [2] - 11:8, 12:21
**STATES** [3] - 1:1, 1:4, 1:11
**States** [20] - 1:14, 4:4, 4:8, 4:21, 6:6, 11:23, 14:13, 17:14, 17:17, 18:9, 19:4, 20:2, 22:21, 23:18, 24:11, 33:8, 33:12, 33:13, 35:25, 43:8
**stating** [5] - 16:15, 40:7, 40:17, 41:19
**STATUS** [1] - 1:10
**status** [1] - 23:9
**statute** [2] - 23:4, 23:14
**STEPHANIE** [2] - 2:7, 43:7
**Stephanie_McCarn @flsd.uscourts. gov** [1] - 2:10
**stepped** [1] - 21:8
**steward** [1] - 16:25
**stewardship** [1] - 18:7
**still** [3] - 4:20, 12:1, 37:13
**storm** [1] - 12:17
**Street** [2] - 1:14, 1:18
**strong** [2] - 5:1, 6:20
**stronghold** [1] - 12:21
**studied** [1] - 26:19
**studies** [1] - 12:7
**subject** [5] - 14:19, 14:21, 17:19, 18:5, 25:12, 36:6, 36:7
**subjecting** [1] - 7:6

**subjects** [1] - 23:15
**submit** [1] - 37:11
**submitted** [1] - 37:9
**subsection** [3] - 7:10, 21:20, 40:6
**Subsection** [1] - 17:13
**suffered** [1] - 10:2
**sufficient** [1] - 5:8
**suggesting** [1] - 38:9
**sui** [14] - 8:20, 9:1, 9:15, 15:14, 15:24, 16:4, 16:22, 17:24, 28:10, 30:19, 31:6, 32:25, 34:22, 42:7
**Suite** [3] - 1:18, 1:22, 2:3
**sum** [3] - 13:13, 35:1
**summary** [1] - 20:22
**summed** [1] - 13:3
**summer** [1] - 4:22
**sums** [2] - 20:9, 20:10
**superior** [1] - 18:6
**supervised** [1] - 27:13
**surely** [1] - 12:20
**sureties** [1] - 20:12
**surety** [1] - 19:20
**swear** [1] - 26:10
**swindle** [3] - 8:22, 16:1, 31:9
**sworn** [1] - 20:17
**system** [2] - 20:9, 25:16

**T**

**teaching** [1] - 10:20
**teenage** [1] - 9:24
**ten** [2] - 23:23, 24:12
**tends** [1] - 11:10
**term** [4] - 23:11, 24:3, 24:18, 27:11
**terms** [1] - 30:25
**terrible** [1] - 10:12
**territory** [2] - 23:15, 24:8
**test** [1] - 11:3
**testify** [1] - 7:2
**testimony** [3] - 16:5, 20:17, 26:11
**thankful** [1] - 10:16
**THE** [74] - 1:11, 1:13, 3:4, 3:7, 4:3, 4:9, 7:18, 7:23, 8:4, 8:10, 8:12, 15:7, 15:16, 15:18, 21:23, 21:25, 22:2, 22:7, 22:10, 22:12, 24:24, 25:3, 25:19, 25:23, 26:7, 26:13, 26:17, 26:19, 26:21, 26:25, 27:3,

27:6, 27:18, 27:22, 27:24, 28:2, 28:7, 28:11, 28:14, 28:19, 28:21, 28:25, 29:3, 29:5, 29:8, 29:11, 29:14, 29:17, 29:20, 29:24, 30:2, 30:5, 30:8, 30:12, 30:15, 30:22, 31:12, 31:14, 31:17, 31:20, 31:24, 32:5, 32:11, 33:17, 33:19, 33:23, 34:4, 34:6, 36:20, 36:25, 37:4, 39:1, 42:12, 42:15
**theft** [1] - 22:16
**themselves** [1] - 42:8
**thereby** [1] - 21:9
**therefore** [14] - 6:2, 8:22, 13:14, 14:15, 16:1, 17:18, 17:23, 18:19, 31:8, 31:11, 33:1, 35:3, 35:25, 36:2
**thereof** [1] - 17:18
**therewith** [1] - 20:13
**thousands** [2] - 11:16, 19:24
**threaten** [2] - 24:7, 41:23
**threatened** [3] - 23:21, 31:20, 38:12
**threatening** [7] - 38:6, 38:11, 38:13, 38:14, 40:5, 40:14, 40:22
**threats** [1] - 39:4
**three** [7] - 4:16, 4:19, 7:15, 27:13, 35:5, 37:6, 39:18
**timely** [2] - 6:9, 30:8
**Timothy** [9] - 5:6, 5:12, 6:8, 32:13, 32:22, 33:6, 33:24, 34:1, 36:16
**TIMOTHY** [2] - 2:2, 2:2
**Title** [10] - 14:23, 17:13, 21:20, 22:18, 23:13, 24:5, 24:6, 36:11, 40:6
**title** [5] - 23:18, 23:23, 24:3, 24:12, 24:18
**today** [11] - 9:7, 13:8, 15:5, 16:16, 37:6, 38:8, 38:10, 38:20, 39:12, 39:19, 40:2
**together** [4] - 4:25, 6:16, 6:25, 11:19
**took** [2] - 10:3, 10:18
**towards** [1] - 23:8
**trampled** [1] - 19:24

**transcription** [1] - 43:3
**traveling** [1] - 10:18
**treason** [2] - 14:16, 36:3
**treated** [1] - 31:17
**treaties** [2] - 14:21, 36:8
**Treaty** [1] - 18:12
**trespass** [1] - 21:19
**trespasses** [1] - 21:17
**trial** [23] - 4:23, 5:16, 6:20, 7:5, 7:15, 8:14, 9:6, 9:8, 9:9, 24:22, 28:16, 29:15, 32:8, 32:17, 32:19, 37:19, 37:20, 39:11, 39:14, 39:18, 39:25, 40:2
**Trial** [4] - 6:17, 7:10, 37:13, 39:22
**trials** [3] - 5:2, 6:21, 7:8
**tried** [4] - 4:25, 6:16, 6:25, 7:15
**trouble** [1] - 12:22
**true** [5] - 12:11, 13:13, 20:9, 34:20, 35:2
**true-billed** [1] - 20:9
**trump** [1] - 37:18
**trust** [2] - 12:11, 12:20, 12:22, 17:6, 18:4
**Trust** [1] - 33:5
**truth** [3] - 10:23, 11:14, 26:11
**truths** [1] - 20:16
**try** [2] - 12:10, 13:2
**trying** [2] - 40:15, 40:22
**turn** [1] - 39:11
**turning** [1] - 34:17
**Twelfth** [2] - 2:9, 43:8
**twice** [1] - 7:2
**two** [5] - 5:5, 5:22, 7:7, 24:6, 41:6
**two-year** [1] - 41:6
**types** [1] - 38:17

**U**

**U.S** [6] - 13:21, 17:10, 17:12, 21:20, 22:18, 38:4
**U.S.C** [5] - 14:23, 23:13, 24:6, 36:11, 40:6
**UN** [1] - 11:24
**unalienable** [3] - 13:18, 34:18, 35:6
**unavailability** [1] -

37:15
**unaware** [6] - 13:23, 14:3, 14:18, 35:10, 35:16, 36:5
**under** [25] - 14:11, 14:14, 16:15, 17:5, 19:12, 20:13, 20:17, 21:20, 22:19, 22:22, 23:3, 23:13, 23:18, 23:23, 24:3, 24:12, 24:18, 24:20, 26:10, 31:14, 34:18, 35:23, 36:1, 36:19
**unfortunately** [2] - 5:17, 6:3
**UNITED** [3] - 1:1, 1:4, 1:11
**United** [21] - 1:14, 4:4, 4:8, 4:21, 6:6, 11:23, 14:13, 17:14, 17:17, 18:9, 19:4, 20:2, 22:21, 23:18, 24:10, 33:8, 33:12, 33:13, 35:25, 43:8
**unjust** [2] - 21:22, 22:5
**unjustly** [1] - 22:17
**unlawful** [2] - 20:3, 21:22
**unlawfully** [4] - 13:10, 14:10, 34:25, 35:22
**unless** [1] - 38:24
**up** [9] - 9:17, 11:20, 11:21, 12:10, 13:3, 23:10, 27:13, 40:18, 42:3
**usher** [1] - 11:1

**V**

**valid** [1] - 19:11
**various** [3] - 37:25, 38:7, 38:11
**vengeance** [9] - 12:14, 38:11, 40:10, 40:11, 40:12, 40:15, 40:22, 41:14, 41:23
**venue** [1] - 21:15
**venues** [1] - 18:6
**verdicts** [1] - 39:16
**verifiable** [1] - 21:14
**verses** [1] - 11:4
**vessel** [8] - 17:2, 17:6, 19:22, 20:6, 33:14, 33:15, 33:16, 33:17
**Vessel** [1] - 33:18
**VESSEL** [1] - 33:19
**vessels** [2] - 33:25, 34:15
**via** [2] - 20:9, 34:19

**victim** [1] - 23:9
**victims** [4] - 7:2, 7:7, 12:3, 39:16
**Vie** [1] - 17:5
**violate** [1] - 40:8
**violated** [10] - 13:8, 13:11, 13:19, 14:7, 14:9, 19:25, 35:8, 35:20, 35:21, 40:18
**violating** [5] - 13:10, 24:21, 35:1, 40:21, 41:5
**violation** [5] - 21:10, 23:20, 23:25, 24:15, 36:18
**violations** [1] - 21:19
**violence** [1] - 38:16
**vital** [1] - 39:14
**voir** [2] - 28:19, 28:21
**voluntarily** [1] - 32:12
**vs** [2] - 1:6, 33:13

**W**

**waiting** [1] - 4:21
**waive** [1] - 30:9
**waived** [1] - 32:12
**waiver** [3] - 16:17, 26:8, 29:22
**war** [1] - 34:10
**warn** [1] - 20:14
**warrant** [1] - 34:9
**Washington** [1] - 21:16
**waste** [2] - 9:1, 16:7
**watching** [1] - 9:20
**water** [2] - 16:23, 18:7
**ways** [1] - 30:22
**weapon** [1] - 23:22
**week** [1] - 5:15
**weeks** [1] - 37:24
**West** [1] - 1:18
**wheeled** [1] - 5:19
**whirlwind** [1] - 12:17
**WHO** [1] - 11:22
**whole** [2] - 15:2, 36:15
**wicked** [4] - 12:12, 12:16, 12:19, 41:15
**willfully** [2] - 22:20, 23:14
**wish** [7] - 8:21, 15:24, 16:19, 17:25, 26:2, 30:20, 31:7
**witness** [1] - 29:9
**witnesses** [3] - 7:2, 7:7, 39:17
**WITNESSES** [3] - 3:2, 3:4, 3:7
**woman** [2] - 14:19, 18:21

**women** [1] - 36:5
**word** [3] - 11:2, 12:11, 40:11
**words** [1] - 41:21
**wordy** [1] - 16:13
**worker** [1] - 25:16
**World** [1] - 11:22
**world** [6] - 10:19, 10:23, 10:24, 11:2, 11:15, 11:19
**worldwide** [1] - 19:25
**worse** [2] - 10:4, 10:5
**wrath** [1] - 12:15
**writing** [3] - 34:12, 37:10, 41:3
**written** [3] - 9:17, 39:5, 39:12

## Y

**Yahweh** [2] - 14:6, 35:19
**year** [3] - 6:1, 23:19, 41:6
**years** [8] - 9:24, 10:2, 10:12, 23:23, 24:3, 24:13, 24:19, 27:13
**years'** [1] - 27:12
**yourself** [5] - 26:21, 28:3, 28:8, 28:16, 31:5

## Z

**ZIP** [1] - 17:17