Form R-5

PRINT LEGIBLY OR TYPE WITH PERMANENT BLACK INK. THIS IS A PERMANENT RECORD.

**The Commonwealth of Massachusetts**
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS
**DELAYED RETURN OF BIRTH**

CHILD — PLACE OF BIRTH
- 1A. COUNTY: Worcester
- 1B. CITY/TOWN: Worcester
- 1C. FACILITY NAME — IF NOT IN FACILITY, NUMBER AND STREET: Saint Vincent Hospital
- 2A. CITY/TOWN MAKING RETURN: Worcester
- 2B. REGISTERED NUMBER: 4894A
- 2C. DEPOSITION NUMBER:

CHILD — IDENTIFICATION
- NAME:
  - 3A. FIRST: Jonathan
  - 3B. MIDDLE: David
  - 3C. LAST: Grenon
- 4A. SEX / 4B. COLOR: Male
- 5A. PLURALITY: Single
- 5B. BIRTH ORDER: —
- 6A. TIME: 10:13A M
- 6B. DATE OF BIRTH: December 31, 1985

MOTHER
- NAME:
  - 7A. FIRST: Barbara
  - 7B. MIDDLE: Marie
  - 7C. LAST: Grenon
  - 7D. MAIDEN/BIRTH SURNAME: Shirley
- BIRTHPLACE:
  - 8A. CITY/TOWN: Arlington
  - 8B. STATE/COUNTRY: MA
- 9. OCCUPATION: Housewife
- 10. AGE/DATE OF BIRTH: 29
- RESIDENCE:
  - 11A. NUMBER AND STREET: 424 Dawn Rd
  - 11B. CITY/TOWN: Maynard
  - 11C. COUNTY: Middlesex
  - 11D. STATE: MA
  - 11E. ZIP CODE: 01754
  - 12. COLOR/RACE: —

FATHER
- NAME:
  - 13A. FIRST: Mark
  - 13B. MIDDLE: Scott
  - 13C. LAST: Grenon
  - 14. COLOR/RACE: —
- BIRTHPLACE:
  - 15A. CITY/TOWN: Norwood
  - 15B. STATE/COUNTRY: MA
- 16. OCCUPATION: Associate Pastor
- 17. AGE/DATE OF BIRTH: 28

CERTIFIER
- 18A. TYPE: [X] AT-BIRTH  [ ] POST-NATAL  [ ] CERTIFIER ONLY  [ ] OTHER SPEC.
- 18B. TITLE: [X] MD/DO  [ ] CNM  [ ] OTH. RN  [ ] MIDWIFE  [ ] OTHER SPEC.
- 19. NAME: Bahy N Louca, M.D.
- 19A. LICENSE NUMBER: —
- 20A. NO. & STREET: 320 Bolton St
- 20B. CITY/TOWN: Marlborough
- 20C. STATE: MA
- 20D. ZIP CODE: 01757

CLERK
- 21A. NAME OF DEPONENT(S): Barbara M Grenon
- 21B. ADDRESS: 1 Birch Terr, Maynard, MA 01754
- 21C. RELATIONSHIP TO CHILD: Mother

22. The above record with reference to the evidence and deposition(s) on the reverse of this form has been entered upon the birth records of the City/Town of __Worcester__ in accordance with the provisions of General Laws, Ch. 46, Sec. 13A on __8/10/89__ (Month, Day Year) and attested copy of this form sent to the Commissioner of Public Health on __8/18/89__ (Month, Day, Year).

*Robert J. O'Keefe*
Clerk of Registrar

---

# City of Worcester  Nº 28421

## CITY CLERK DEPARTMENT

The above is a true copy of the original certificate placed on file in this office, and issued this date: SEP 2 3 1993

A Copy.   Attest:

*David J. Rushford*
Assistant City Clerk

**Conditional Acceptance for the Value/Agreement/Contract no.**
**ThemanjonathanRF127714547US :copy-right/copy-claim:**

*amended #42+43 this supercedes prior document #42+43 RF127714547US*

of a contract made by an infant nullifies it and renders it void ab initio, and that the rights of the parties are to be determined as though the contract had not been made, the parties being restored to the status quo * * ... In 27 Am. Jur. Infants, § 11, p. 753; ...43 C.J.S. Infants § 76 c, at page 183; In 43 C.J.S. Infants § 75 b, at p. 171; 43 C.J.S. Infants § 75f, p. 176, Executors and Administrators, § 189; In 43 C.J.S. Infants § 75, p. 176, 43 C.J.S., Infants, § 78, pp. 190, 192....

42.  i further attest, affirm, DECLARE, as well as certify that i have firsthand actual knowledge of all of the events described herein. That the legal document, certificate of title, security instrument, known as the accusing indictment cases # 1:21-cr-20242,1:20-cv-21601, 1:20-mj-03050, 8:20-mj-01657 and indicated above carries information referring to my name, as well as other credentials similar to my name . That name and all derivatives created from it are therefore my property. My given name and derivatives from it are my property, being used for profit by others. Be advised i am resigned as registered agent for the agency associated with this instrument/indictment and do so by sending proper notification of this resignation to Responsive Parties listed. That i hereby withdraw any and all permissions extended to any party now or at any time in the past to oversee or administer my properties, with reference to this instrument, my securities, and/or my interest, i am the true holder in due course of my property. i disaffirm any and all invalid or unverified contracts to the contrary. those presumed contracts are void ab initio.

43. i do hereby attest, declare, and affirm i am making this notice of estoppel and notice of constitutional challenge on the record, and into the record of Case# 1:21-cr-20242,1:20-cv-21601, 1:20-mj-03050, 8:20-mj-01657. *As indicated on the enclosed certificate, with all given natural rights reserved, and born on earth a Natural man on December 31 ,1985  on the land of Massachusetts and as indicated on the enclosed certificate of live birth* i have attained the age of majority, i am competent, and capable of handling my own affairs and require/request that this be reflected in all records associated thereto/hereto immediately! i; a man an American State National of the soil and land juris(Right Law) Diction(words- Language).  i hereby of my own accord and in compliance with the Age of Majority Act and the associated local act[s] assume, commandeer, seize control of any and all accounts, assets,