Mark Grenon, was threatened with extradition, fined and has now been jailed since August 10th 2020. He was pressured to shut down his health site and forced into silence and has been jailed along with his son, Joseph Grenon in Colombia. Their arrest was highly publicised and planned way in advance. His other two boys, Jonathan and Jordan Grenon are being held in a Federal Detention Prison (FDC) in Miami, Florida since July 8th 2020. They too are being held against their will without bail, indictment or trial. They were told they can be held indefinitely.

If you take a few minutes to research this, without bias, you may discover that there is more going on here than just advocates for something that has never harmed anyone at worst, and at best, cured the uncurable.

Why the heavy hand of justice against these good folks?


Sincerely,

Rex Rossbach

R ROSSBACH
2104 149TH ST
WHITESTONE FL 11357

Mailed via DocuPost.com

001193 1 5 5 ••••••••••••••••••••MIXED AADC 956
JUDGE CECILIA M. ALTONAGA
400 N Miami Ave Rm 12-2 # 8 400 N Miami Ave
Miami FL 33128





PENSACOLA FL   325

12 MAY 2022  PM 2   L

Honorable Cecilia M. Altonaga
U. S. District Court
400 North Miami Avenue
Miami. FL 33128

33128-181047

USMS
INSPECTED

RECEIVED


MAY 16 2022
2:32 PM