jonathan david of the House and lineage of grenon
A Son of The One True Creator
Ambassador to the Kingdom of Heaven
c/o 7115 N Division B-307
Spokane, Washington

FILED BY_____D.C.

JUL 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Everything is Trust and there is nothing that is not trust
No Trust can Fail for want of a Trustee
The primary responsibility of the Trustee is to protect the Trust

For your Reference : case # 1:21-cr-20242, and 1:20-cv-21601 and 1:20-mj-03050

i jonathan david, a son of God from the house and lineage of those known as grenon, come to you as a friend of the court, not as surety or as an enemy of the state, nor do i have any friends or allies who are enemies of the state. i am here to recognize the Trust and Trustee.
i repent for all my sins against the trust, please forgive me. i surrender the legal person into the custody of the Trustee.

After the birth of jonathan david of grenon, on or around the day of my Lord December 31, in the year 1985 my Mom applied for a birth certificate for licenses so as to do business in commerce. Shortly thereafter the JONATHAN DAVID GRENON Trust was created and Trustees were appointed.

i, jonathan david, son of God, declare i am Beneficiary and not surety of the said commercial trust. Therefore, i recognize UNITED STATES DISTRICT COURT Southern District of Florida as Trustee for JONATHAN DAVID GRENON.

As a friend of the court, and the Beneficiary of the Trust, i join with the Trustee to protect and defend the Trust from all attacks by pirates and privateers both foreign and domestic and encourage said court to perform duties of Trustee and protect and defend the Trust from unauthorized claims.

i kindly ask the Trustee to investigate the validity of claimant's action against the Trust and if claimant is found to have standing, and the claim to have merit, then please pay the debt of the Trust out of the proceeds of the Trust.

In addition, this attack on the Trust has caused me great harm and i have suffered emotional angst, loss of sleep, financial hardship and great stress, and have been falsely imprisoned, falsely arrested; my property has been stolen, i am humbly petitioning the Trustee for financial recoupment and other remedy at the discretion of the Trustee so that i may be made whole.

Thank you so much for all that you do, i appreciate you upholding your trusteeship.
If you need anything further please do not hesitate to contact me.
Thank you,

All Rights reserved without prejudice
beneficiary jonathan david
by: jonathan-david beneficiary
authorized agent
(by POA)

# CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

## The Commonwealth of Massachusetts   R 899020
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS



301

**The Commonwealth of Massachusetts**
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS
DELAYED RETURN OF BIRTH

**CHILD**
- 1A. COUNTY: Worcester
- 1B. CITY/TOWN: Worcester
- 1C. FACILITY NAME: Saint Vincent Hospital
- 2A. CITY/TOWN MAKING RETURN: Worcester
- 2B. REGISTERED NUMBER: 4894A
- 2C. DEPOSITION NUMBER: —
- NAME: 3A. FIRST: Jonathan  3B. MIDDLE: David  3C. LAST: Grenon
- 4A. SEX: Male  4B. COLOR: —
- 5A. PLURALITY: Single
- 5B. BIRTH ORDER: —
- 6A. TIME: 10:13 AM
- 6B. DATE OF BIRTH: December 31, 1985

**MOTHER**
- 7A. FIRST: Barbara  7B. MIDDLE: Marie  7C. LAST: Grenon  7D. MAIDEN/BIRTH SURNAME: Shirley
- 8A. CITY/TOWN: Arlington  8B. STATE/COUNTRY: MA
- 9. OCCUPATION: Housewife
- 10. AGE/DATE OF BIRTH: 29
- 11A. NUMBER AND STREET: 424 Dawn Rd
- 11B. CITY/TOWN: Maynard
- 11C. COUNTY: Middlesex
- 11D. STATE: MA
- 11E. ZIP CODE: 01754
- 12. COLOR/RACE: —

**FATHER**
- 13A. FIRST: Mark  13B. MIDDLE: Scott  13C. LAST: Grenon
- 14. COLOR/RACE: —
- 15A. CITY/TOWN: Norwood  15B. STATE/COUNTRY: MA
- 16. OCCUPATION: Associate Pastor
- 17. AGE/DATE OF BIRTH: 28

**CERTIFIER**
- 18A. TYPE: ☒ AT-BIRTH  ☐ POST-NATAL  ☐ CERTIFIER ONLY  ☐ OTHER SPEC.
- 18B. TITLE: ☒ MD/DO  ☐ CNM  ☐ OTH. RN  ☐ MIDWIFE  ☐ OTHER SPEC.
- 19. NAME: Bahy N Louca, M.D.
- 19A. LICENSE NUMBER: —
- 20A. NO. & STREET: 320 Bolton St
- 20B. CITY/TOWN: Marlborough
- 20C. STATE: MA
- 20D. ZIP CODE: 01757
- 21A. NAME OF DEPONENT(S): Barbara M Grenon
- 21B. ADDRESS: 1 Birch Terr, Maynard, MA 01754
- 21C. RELATIONSHIP TO CHILD: Mother

**CLERK**
22. The above record with reference to the evidence and deposition(s) on the reverse of this form has been entered upon the birth records of the City/Town of Worcester in accordance with the provisions of General Laws, Ch. 46, Sec. 13A on 8/10/89 and attested copy of this form sent to the Commissioner of Public Health on 8/18/89.

Robert J. O'Keefe
Clerk of Registrar

APR 20 2022

Karin A. Barrett
**Registrar of Vital Records and Statistics**

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records. IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED


Case 1:21-cr-20242-CMA   Document 72   Entered on FLSD Docket 07/22/2022   Page 3 of 4

Form R-12 01012012



*Commonwealth of Massachusetts*

# ATTACHMENT FOR DELAYED RECORD OF BIRTH

**Date:** APRIL 25, 2022

To Whom it May Concern:

The attached certified copy is a true copy of the following Delayed Record of Birth:

**Name of Child:** JONATHAN DAVID GRENON

**State File Number:** 4894A

**Date of Record:** AUGUST 18, 1989    **Date of Birth:** DECEMBER 31, 1985

**The Deponent establishing this record:** BARBARA M. GRENON

**Relationship to Child:** MOTHER

**Documented by:** INCOMPLETE R-3, SAINT VINCENT HOSPITAL

Karin A. Barrett
Registrar of Vital Records and Statistics

3 of 3

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY MAIL EXPRESS®

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Grenon
407115 N Division
B-307
Spokane Washington
E 99208

U.S.M.S.
INSPECTED

**DELIVERY OPTIONS (Customer Use Only)**
- ☐ SIGNATURE REQUIRED
- ☐ No Saturday Delivery
- ☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

UNITED STATES
DISTRICT COURT Souther District
of Florida
400 North Miami avenue 8N09
Miami Florida 33128

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 99005
Scheduled Delivery Date: 07/21/22 INSPECTED
Postage: $26.95
Date Accepted: 07/20/22
Time Accepted: 1:34 PM
Flat Rate
Weight: 4 lbs oz
Insurance Fee
Return Receipt Fee
Total Postage & Fees: $26.95
Acceptance Employee Initials: 95P

EI 350 060 132 US

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996




■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

OD: 12.5 x 9.5