FILED BY _____ D.C.

AUG 17 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ,

Plaintiff,                                    Case No.: 21-20242-CR-ALTONAGA

v.

Jonathan David Grenon

DEFENDANT                                **DEFENDANT'S REQUEST**
                                         **FOR APPOINTMENT OF COUNSEL**

### DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL

i, Grenon, Jonathan David DBA JONATHAN DAVID GRENON who is the named Defendant, in a special limited appearance in this court of record and without consenting to jurisdiction, not as a citizen of the United States, only to request this Honorable court for appointment of counsel as i have the right to counsel pursuant to the authorities cited below but stand without counsel.

1. Because the right to counsel is "fundamental and essential to a fair trial," it has been applied to the states through the Fourteenth Amendment. Id

2. "The Sixth Amendment affords all citizens facing criminal charges the right to effective assistance of counsel."; State ex rel. Wolfrum v. Wiesman, 225 S.W.3d 409, 412,

3. Effective representation under the Sixth Amendment requires appropriate investigation, preparation and presentation of the client's case by counsel. Taylor, 252 S.W.3d at 249.

4. The right to counsel has been described "as one of the most pervasive rights [of a criminal defendant] 'as it affects the defendant's ability to assert any other rights he may have.'" In re D.J.M., 259 S.W.3d 533, 535 (Mo. banc 2008) (quoting State v. Dixon, 916

S.W.2d 834, 837 (Mo. App. 1995))

5. "In Missouri, Rule 31.02(a) specifies that "[i]f any person charged with an offense, the conviction of which would probably result in confinement, shall be without counsel upon his first appearance before a judge, it shall be the duty of the court to advise him of right to counsel." and that this State's Constitution must have an equivalent clause or Article or rule.

6. If counsel will be denied and I am forced to pay for counsel, I require at least 45 days to seek counsel and interview those who will guarantee and defend all of my God given and constitutional rights.

7. No waiver of speedy trial is granted nor sought, this is done without requesting or granting an extension of time.

8. i require and request speedy trial;

9. i require and request speedy and public trial;

10. i cannot enter a plea until I have time to interview competent effective counsel. If any plea is entered, i officially withdraw any plea until the issue of counsel is resolved, so that i can fully evaluate my decision with effective assistance of counsel. All rights are retained and reserved.

Respectfully submitted this _16_ Day of _August_ 2022
Signed reserving all my rights, without prejudice

*jonathan-david: grenon*

by: Grenon, Jonathan-david, without United States - for Named defendant DBA JONATHAN
DAVID GRENON

**CERTIFICATE OF SERVICE**



## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was sent to the following people in the specified manner on this __16__ Day of __August__ 2022.

Prosecutor: __t__ Delivered or Certified Mail 7022 0410 0000 8879 7322

Michael Homer

and

John Shipley Jr.

99 NE 4th st, Miami Florida 33132

Clerk of the Court: __X__ Delivered or Certified Mail EI 350 080 061 US
Angela E.Noble

400 N Miami Ave, Miami Florida 33128

*jonathan-david:grenon*

By: Jonathan David Grenon

PRESS FIRMLY TO SEAL

**U.S. POSTAGE PAID**
SPOKANE, WA
AUG 16, 22
1007   33128
**$25.95**
R2304P118774-4

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.A.**

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE (    )

Grenons
in care of
7115 N Division
B-307
Spokane, Washington 99208

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE (    )

clerk of Court
Angela E Noble U.S.M.S
400 N Miami Av INSPECTED
Miami Florida 33128

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**← PEEL FROM THIS CORNER**

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**EMS**

EP13F July 2013   OD: 12.5 x 9.5

PS 10001000006

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PAYMENT BY ACCOUNT (IF
USPS® Corporate Acct. No.

ORIGIN (POSTAL/SERVICE U

☐ 1-Day

PO ZIP Code

Date Accepted (MM/DD/YY)   08/16/22

Time Accepted   3.43   ☐ AM
☐ PM

Weight   0.710

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)   Time

Delivery Attempt (MM/DD/YY)   Time

LABEL 11-B, MAY 2021