UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA/TORRES

UNITED STATES OF AMERICA

v.

MARK SCOTT GRENON,
JONATHAN DAVID GRENON,
JORDAN PAUL GRENON, and
JOSEPH TIMOTHY GRENON,

     **Defendants.**
_____/

# GOVERNMENT'S SUPPLEMENTAL RESPONSE
# TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.  This response applies to all of the above-captioned defendants (hereinafter, the "Defendants").

    A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to any defendant, have been provided to the Defendants by separate mailing to the extent practicable, but not filed with the Court.  Other items, including additional items that may become available at a later date, may be inspected at a mutually convenient time by making arrangements with the undersigned Assistant United States Attorneys, who will facilitate such inspection with the United States Marshals Service.

                The materials referenced in this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

    B.        DEMAND FOR RECIPROCAL DISCOVERY: The United States requests

1

the disclosure and production of materials enumerated as items 1 and 2 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Discovery materials referenced in this response numbered GOV01-117596 through GOV01-117775 have been provided to the Defendants by separate mailing. These discovery materials consist of: two recently completed law enforcement interview reports (GOV01-117596 through GOV01-117599); supplemental video recordings and photographs taken during the execution of a search warrant at 2014 Garden Lane, Bradenton, Florida (GOV01-117600 through GOV01-117685); and materials mailed to the undersigned by nonparty Anthony Lee (GOV01-117686 through GOV01-117775). The government notes that the materials mailed to the undersigned by Lee (GOV01-117686 through GOV01-117775) were also previously provided by the government to standby counsel for each of the Defendants at the Status Conference held on November 4, 2022, as discussed on the record that day, and to the Defendants directly by separate mailing following that same Status Conference.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: /s/ Michael B. Homer
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289
Michael.Homer@usdoj.gov

JOHN C. SHIPLEY
Assistant United States Attorney
FL Bar No. 0069670
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9111
John.Shipley@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 18, 2023, I caused a true and correct copy of the foregoing, and the discovery materials referenced therein, to be delivered via Certified Mail to *pro se* defendants Mark Scott Grenon, Jonathan David Grenon, Jordan Paul Grenon, and Joseph Timothy Grenon at the Miami Federal Detention Center, Inmate Mail/Parcels, Post Office Box 019120, Miami, Florida 33101.

*/s/ Michael B. Homer*
MICHAEL B. HOMER
Assistant United States Attorney