UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>21-20242-CR-ALTONAGA/TORRES</u>

UNITED STATES OF AMERICA

v.

MARK SCOTT GRENON,
JONATHAN DAVID GRENON,
JORDAN PAUL GRENON, and
JOSEPH TIMOTHY GRENON,

      **Defendants.**
_____/

**<u>GOVERNMENT'S NOTICE OF FILING EXTRADITION DOCUMENTS</u>**

The United States hereby files this Notice of Filing Extradition Documents, and attaches hereto the following materials from the Republic of Colombia, Ministry of Justice and Law:

1. Extradition Decision of the government of Colombia with respect to Mark Scott Grenon (original copy, in Spanish), attached hereto as Exhibit 1;

2. Extradition Decision of the government of Colombia with respect to Mark Scott Grenon (translated copy, in English), attached hereto as Exhibit 2;

3. Time-Served and Delivery document from the government of Colombia with respect to Mark Scott Grenon (original copy, in Spanish), attached hereto as Exhibit 3;

4. Time-Served and Delivery document from the government of Colombia with respect to Mark Scott Grenon (translated copy, in English), attached hereto as Exhibit 4;

5. Extradition Decision of the government of Colombia with respect to Joseph Timothy Grenon (original copy, in Spanish), attached hereto as Exhibit 5;

6. Extradition Decision of the government of Colombia with respect to Joseph Timothy Grenon (translated copy, in English), attached hereto as Exhibit 6;

7. Time-Served and Delivery document from the government of Colombia with respect to Joseph Timothy Grenon (original copy, in Spanish), attached hereto as Exhibit 7; and

8. Time-Served and Delivery document from the government of Colombia with respect to Joseph Timothy Grenon (translated copy, in English), attached hereto as Exhibit 8.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:   /s/ Michael B. Homer
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9289
Michael.Homer@usdoj.gov

JOHN C. SHIPLEY
Assistant United States Attorney
FL Bar No. 0069670
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9111
John.Shipley@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 6, 2023, I caused a true and correct copy of the foregoing to be delivered via Certified Mail to *pro se* Defendants Mark Scott Grenon, Jonathan David Grenon, Jordan Paul Grenon, and Joseph Timothy Grenon at the Miami Federal Detention Center, Inmate Mail/Parcels, P.O. Box 019120, Miami, Florida 33101.

/s/ Michael B. Homer
MICHAEL B. HOMER
Assistant United States Attorney