UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

MARK SCOTT GRENON,
JONATHAN DAVID GRENON,
JORDAN PAUL GRENON, and
JOSEPH TIMOTHY GRENON,

       Defendants.
_____/

## VERDICT

**WE THE JURY** find unanimously as follows:

For **DEFENDANT MARK SCOTT GRENON:**

As to Count One of the Indictment:     ✓ Guilty     ____ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

               ✓ Yes     ____ No

To commit the offense of distributing an unapproved new drug:

               ✓ Yes     ____ No

To commit the offense of distributing a misbranded drug:

               ✓ Yes     ____ No

CASE NO. 21-20242-CR-ALTONAGA

**For DEFENDANT JONATHAN DAVID GRENON:**

As to Count One of the Indictment: ___✓___ Guilty  _____ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

___✓___ Yes  _____ No

To commit the offense of distributing an unapproved new drug:

___✓___ Yes  _____ No

To commit the offense of distributing a misbranded drug:

___✓___ Yes  _____ No

As to Count Two of the Indictment: ___✓___ Guilty  _____ Not Guilty

As to Count Three of the Indictment: ___✓___ Guilty  _____ Not Guilty

**For DEFENDANT JORDAN PAUL GRENON:**

As to Count One of the Indictment: ___✓___ Guilty  _____ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

___✓___ Yes  _____ No

To commit the offense of distributing an unapproved new drug:

___✓___ Yes  _____ No

CASE NO. 21-20242-CR-ALTONAGA

To commit the offense of distributing a misbranded drug:

    ✓ Yes      ___ No

As to Count Two of the Indictment:      ✓ Guilty      ___ Not Guilty

As to Count Three of the Indictment:      ✓ Guilty      ___ Not Guilty

**For DEFENDANT JOSEPH TIMOTHY GRENON:**

As to Count One of the Indictment:      ✓ Guilty      ___ Not Guilty

If guilty, please identify whether the Government proved the following objects:

To defraud the United States and its agencies:

    ✓ Yes      ___ No

To commit the offense of distributing an unapproved new drug:

    ✓ Yes      ___ No

To commit the offense of distributing a misbranded drug:

    ✓ Yes      ___ No

**SO SAY WE ALL**

Signed: _____
            Foreperson

Dated: 7/19, 2023