July 18, 2023

Judge Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florid /Angela E. Noble, Court ADMIN
400 N. Miami Avenue 8th Floor
Miami, FL, 33128

Re: Case # 21-CR-20242-Altonaga

FILED BY MC D.C.
JUL 20 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Subject: Unlawful Imprisonment of Mark, Joseph, Jonathan, and Jordan Grenon

Dear Judge Altonaga:

I hope this letter finds you well. I am writing to bring your attention to a grave injustice that has been inflicted upon Mark, Joseph, Jonathan, and Jordan Grenon, and to express my deep concern regarding the actions taken against them by corrupt corporate entities without any valid claim of damages or injuries caused by the Grenon family. I urge you to carefully consider the following information and take immediate action to rectify this injustice.

Section 1: Personal Testimony
I would like to share my personal testimony about how the Grenon family and the ministry they founded have positively affected the lives of countless individuals, including mine. Their unwavering dedication to compassion for mankind is commendable. So much so that the country of Bolivia has approved the Grenon's sacrament, Chlorine Dioxide also known as MMS for its people.
I was told by doctors in the state of California that there was no cure for an illness I was diagnosed with and that I would be on medication for the rest of my life. Low and behold after the use of the G2 Church of Health and Healings sacrament, Chlorine Dioxide, (MMS) I was CURED of all of my illnesses and Dis-eases.
Section 1a: A gentle reminder

The Sixth Amendment of the United States Constitution grants criminal defendants the right to a speedy and public trial by an impartial jury. The amendment explicitly states that "the accused shall enjoy the right to a speedy and public trial, by an impartial jury. The Grenons' trial has been unreasonably delayed, thus the requirement to drop the charges as their 6th amendment rights have been violated.

Section 1b: 7TH Amendment:

No fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law. In a 7th amendment court, one can require all parties to possess first-hand knowledge of accusations. There MUST be an injured MAN OR WOMAN making a valid claim against a LIVING man or woman.

Section 2: Notice of Joiner and Culpability

By receiving this correspondence, you are hereby put on notice that your involvement in the injustice being perpetrated against the Grenon family creates joiner and culpability by either commission or omission. It is imperative to recognize that the continued imprisonment of these men undermines the very principles of justice and compassion that they have tirelessly worked to uphold. I implore you to reconsider your stance and actively contribute to their immediate release with extreme prejudice.

Section 3: Notice of Principal-Agent Relationship

It is crucial to acknowledge the principle that agents are responsible for the actions of their principal, and principals are responsible for the actions of their agents. The unjust imprisonment of the Grenon family reflects poorly on all those involved in their detainment. I urge you to evaluate the impact of your actions or inactions and recognize the profound consequences they have on the lives of these men and the values they stand for.

Section 4: Notarized Signature

To lend credibility to this letter, I have enclosed a notarized signature as required by the laws of California. Please find the notarized document attached to this correspondence.

As a fellow member of mankind, I implore you to recognize the immense compassion and positive impact that the Grenon family and their ministry have had on countless lives. It is my fervent belief that they are innocent and do not deserve to be subjected to unlawful imprisonment.

Thank you for taking the time to read this letter. I trust that you will give due consideration to the matters raised herein and take immediate action to rectify the injustice faced by the Grenon family. I demand their immediate release, as their continued detainment contradicts the very essence of justice and compassion. I require a written response to this letter within thirty (30) days from the letter's postmark. If I do not receive a response within thirty (30) days from the post mark of this letter it will be considered passive acquiescent and contractual agreement to guilt as being a participant wrong doer in forth coming common law claims of injury against mankind.

Respectfully and sincerely,

Rex B. Rossbach
21-04 149th Street
Whitestone, NY 11357
917-842-2366
road_slayer@yahoo.com



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

## USPS PRIORITY MAIL®

656724X1X1XPRI
Rex Rossbach
2104 149th St
Whitestone, NY 11357

Judge Cecilia M. Altonaga -Chf US Dst
S Dst of FL/Angela E. Noble, Crt ADM
400 N Miami Ave 8th FL
Miami, FL 33128

USPS TRACKING # eVS



9205 5901 5266 1900 1870 1981 30