UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 21-20242-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

MARK SCOTT GRENON,
JONATHAN DAVID GRENON
JORDAN PAUL GRENON, and
JOSEPH TIMOTHY GRENON,

        **Defendants.**
_____/

**GOVERNMENT'S AMENDED EXHIBIT LIST**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Honorable Cecilia M. Altonaga | Michael B. Homer<br>John C. Shipley, Jr. | Mark Scott Grenon, *Pro Se*<br>Jonathan David Grenon, *Pro Se*<br>Jordan Paul Grenon, *Pro Se*<br>Joseph Timothy Grenon, *Pro Se* |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 07/17/23 and July 19, 2023 | Stephanie McCarn | Patricia Snead |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 07/17/23 | X | X | FDA Consumer Health Update - "'Miracle' Treatment Turns into Potent Bleach" |
| 2 | | 07/17/23 | X | X | Screen capture of Genesis II Church of Health & Healing website homepage |
| 3 | | 07/17/23 | X | X | "How to Cure Cancer and Protocol 2000" video (G2Voice #006) featuring Mark Grenon and Joseph Grenon |
| 4 | | 07/17/23 | X | X | "Protocol 1000" video featuring Mark Grenon |
| 5 | | 07/17/23 | X | X | "Protocol 2000" video featuring Mark Grenon |
| 6 | | 07/17/23 | X | X | "How to Cure HIV" video (G2Voice #013) featuring Mark Grenon and Joseph Grenon |

EXHIBIT LIST – CONTINUATION

United State of America v. Mark Scott Grenon, et al.                              Case No. 21-20242-CR-CMA

| | | | | | |
|---|---|---|---|---|---|
| 7 | | 07/17/23 | X | X | "The Coronavirus is Curable! Do You Believe It? You Better!" video (G2Voice #182) featuring Mark Grenon and Joseph Grenon |
| 8 | | 07/17/23 | X | X | Genesis II Church newsletter titled "G2Voice Broadcast #182: The Coronavirus is Curable! Do You Believe It? You Better!" |
| 12 | | 07/17/23 | X | X | Screen capture of Jim Humble's website homepage |
| 13 | | 07/17/23 | X | X | Screen capture of Genesis II Church of Health & Healing website "Our Beliefs" page |
| 14 | | 07/17/23 | X | X | MMS Newsletter 011 |
| 15 | | 07/17/23 | X | X | "The Controversial Healing Cure" Age of Truth TV video featuring interview of Mark Grenon and Jonathan Grenon |
| 16 | | 07/17/23 | X | X | Screen capture of Genesis II Church of Health & Healing website featuring "Sacrament Providers" |
| 17 | | 07/17/23 | X | X | Screen capture 1 of 6 documenting purchase of MMS from Genesis II Church of Health & Healing |
| 18 | | 07/17/23 | X | X | Screen capture 2 of 6 documenting purchase of MMS from Genesis II Church of Health & Healing |
| 19 | | 07/17/23 | X | X | Screen capture 3 of 6 documenting purchase of MMS from Genesis II Church of Health & Healing |
| 20 | | 07/17/23 | X | X | Screen capture 4 of 6 documenting purchase of MMS from Genesis II Church of Health & Healing |
| 21 | | 07/17/23 | X | X | Screen capture 5 of 6 documenting purchase of MMS from Genesis II Church of Health & Healing |
| 22 | | 07/17/23 | X | X | Screen capture 6 of 6 documenting purchase of MMS from Genesis II Church of Health & Healing |
| 23 | | 07/17/23 | X | X | Photo of 10/03/2019 package sent from Genesis II Church of Health & Healing to Plantation, FL, and package's contents including MMS |
| 24 | | 07/17/23 | X | X | Photo of MMS bottle received in 10/03/2019 package |
| 25 | | 07/17/23 | X | X | Photo of Activator bottle received in 10/03/2019 package |
| 26A | | 07/17/23 | X | X | Photo of MMS2 jar received in 10/03/2019 package (top view) |

EXHIBIT LIST – CONTINUATION

United State of America v. Mark Scott Grenon, et al.                              Case No. 21-20242-CR-CMA

| | | | | | |
|---|---|---|---|---|---|
| 26B | | 07/17/23 | X | X | Photo of MMS2 jar received in 10/03/2019 package (side view) |
| 27 | | 07/17/23 | X | X | Photo of business card received in 10/03/2019 package |
| 28A | | 07/17/23 | X | X | Photo of informational pamphlet received in 10/03/2019 package (front view) |
| 28B | | 07/17/23 | X | X | Photo of informational pamphlet received in 10/03/2019 package (back view) |
| 29 | | 07/17/23 | X | X | 10/03/2019 package sent from Genesis II Church of Health & Healing to Plantation, FL |
| 30 | | 07/17/23 | X | X | MMS bottle received in 10/03/2019 package |
| 31 | | 07/17/23 | X | X | Activator bottle received in 10/03/2019 package |
| 32 | | 07/17/23 | X | X | MMS2 jar and DMSO bottle received in 10/03/2019 package |
| 33 | | 07/17/23 | X | X | Business card and informational pamphlet received in 10/03/2019 package |
| 34 | | 07/17/23 | X | X | 10/30/2019 email from undercover FDA agent to Jordan Grenon |
| 35 | | 07/17/23 | X | X | 10/30/2019 email response from Jordan Grenon to undercover FDA agent |
| 36 | | 07/17/23 | X | X | 11/01/2019 email from undercover FDA agent to Jordan Grenon |
| 37 | | 07/17/23 | X | X | 11/01/2019 email response from Jordan Grenon to undercover FDA agent |
| 38 | | 07/17/23 | X | X | Photo of 03/18/2020 package sent from Genesis II Church of Health & Healing to Atlanta, GA |
| 39 | | 07/17/23 | X | X | Photo of 03/18/2020 package sent from Genesis II Church of Health & Healing to Atlanta, GA, and package's contents including MMS |
| 40 | | 07/17/23 | X | X | 03/18/2020 package sent from Genesis II Church of Health & Healing to Atlanta, GA |
| 41 | | 07/17/23 | X | X | MMS bottle received in 03/18/2020 package |
| 42 | | 07/17/23 | X | X | Activator bottle received in 03/18/2020 package |

**EXHIBIT LIST – CONTINUATION**

United State of America v. Mark Scott Grenon, et al.                                      Case No. 21-20242-CR-CMA

| 43 |  | 07/17/23 | X | X | Business card and informational pamphlet received in 03/18/2020 package |
| 44 |  | 07/17/23 | X | X | 11/08/2019 email to Jordan Grenon regarding MMS purchase by C.M. and S.M. |
| 45 |  | 07/17/23 | X | X | 02/16/2020 - 02/21/2020 emails between Mark Grenon, Jonathan Grenon, Jordan Grenon, and S.M. regarding MMS |
| 46 |  | 07/17/23 | X | X | 01/25/2017 email to Jordan Grenon regarding MMS purchase by L.W. |
| 47 |  | 07/17/23 | X | X | 02/11/2017 - 02/20/2017 emails between Mark Grenon, Jordan Grenon, and L.W. regarding MMS |
| 48 |  | 07/17/23 | X | X | 05/04/2018 email to Jordan Grenon regarding MMS purchase by O.G. |
| 49 |  | 07/17/23 | X | X | 09/05/2018 emails between Jordan Grenon and O.G. regarding MMS |
| 50 |  | 07/17/23 | X | X | 06/14/2018 email to Jordan Grenon regarding MMS purchase by S.S. |
| 51 |  | 07/17/23 | X | X | 06/29/2018 - 07/02/2018 emails between Jordan Grenon and S.S. regarding MMS |
| 52 |  | 07/17/23 | X | X | 12/12/2014 - 05/06/2015 emails between Jordan Grenon and D.Z. regarding MMS |
| 53 |  | 07/17/23 | X | X | Temporary Restraining Order - United States of America vs. Genesis II Church of Health and Healing, et al. (Docket Entry 4, Case No. 20-21601-CV-KMW) |
| 54 |  | 07/17/23 | X | X | Preliminary Injunction - United States of America vs. Genesis II Church of Health and Healing, et al. (Docket Entry 26, Case No. 20-21601-CV-KMW) |
| 55 |  | 07/17/23 | X | X | April 21, 2020 letter from Genesis II Church of Health & Healing rejecting the Temporary Restraining Order (Docket Entry 11, Case No. 20-21601-CV-KMW) |
| 56 |  | 07/17/23 | X | X | April 21, 2020 letter from Genesis II Church of Health & Healing titled "Stop Harassment Order" (Docket Entry 12, Case No. 20-21601-CV-KMW) |
| 57 |  | 07/17/23 | X | X | "This INSANITY HAS TO STOP!" video (G2Voice #189) featuring Mark Grenon and Joseph Grenon |

EXHIBIT LIST – CONTINUATION

United State of America v. Mark Scott Grenon, et al.                    Case No. 21-20242-CR-CMA

| | | | | | |
|---|---|---|---|---|---|
| 58 | | 07/17/23 | X | X | "Happy 10th Anniversary to the Genesis II Church of Health and Healing!" video (G2Voice #190) featuring Mark Grenon and Joseph Grenon |
| 59 | | 07/17/23 | X | X | Screen capture of G2Worldwidemissions website featuring newsletter titled "Free Gifting of the G2Sacraments" |
| 60 | | 07/17/23 | X | X | "Our Free Gift to You from the G2 Church" video recording featuring Jonathan Grenon |
| 61 | | 07/17/23 | X | X | Photo of 07/06/2020 package sent from Genesis II Church of Health & Healing to Mission, KS, and package's contents including MMS |
| 62 | | 07/17/23 | X | X | 07/06/2020 package sent from Genesis II Church of Health & Healing to Mission, KS, and package's contents including MMS |
| 63 | | 07/17/23 | X | X | "A G2 Church Sacramental 'Hack'" video recording featuring Jonathan Grenon |
| 64A | | 07/17/23 | X | X | Search Warrant Photo - Exterior of safe |
| 64B | | 07/17/23 | X | X | Search Warrant Photo - Interior of safe |
| 64C | | 07/17/23 | X | X | Search Warrant Photo - Green bin from inside of safe |
| 64D | | 07/17/23 | X | X | Search Warrant Photo - Second green bin from inside of safe |
| 64E | | 07/17/23 | X | X | Search Warrant Photo - Pink bin from inside of safe |
| 64F | | 07/17/23 | X | X | Search Warrant Photo - Envelope with cash inside |
| 64G | | 07/17/23 | X | X | Search Warrant Photo - Cash displayed on table |
| 64H | | 07/17/23 | X | X | Search Warrant Photo - Envelope with cash inside |
| 64I | | 07/17/23 | X | X | Search Warrant Photo - Cash displayed on table |
| 64J | | 07/17/23 | X | X | Search Warrant Photo - Envelope with cash inside |
| 64K | | 07/17/23 | X | X | Search Warrant Photo - Cash displayed on table |
| 64L | | 07/17/23 | X | X | Search Warrant Photo - Envelope with cash inside |
| 64M | | 07/17/23 | X | X | Search Warrant Photo - Cash displayed on table |

EXHIBIT LIST – CONTINUATION

United State of America v. Mark Scott Grenon, et al.                                      Case No. 21-20242-CR-CMA

| 64N | | 07/17/23 | X | X | Search Warrant Photo - Envelope with cash inside |
|---|---|---|---|---|---|
| 64O | | 07/17/23 | X | X | Search Warrant Photo - Envelope with cash inside |
| 65 | | 07/17/23 | X | X | Search Warrant Video |
| 66A | | 07/17/23 | X | X | Search Warrant Photo - Shed full of blue drums |
| 66B | | 07/17/23 | X | X | Search Warrant Photo - Blue drum front label |
| 66C | | 07/17/23 | X | X | Search Warrant Photo - Blue drum back label |
| 66D | | 07/17/23 | X | X | Search Warrant Photo - Shed work bench area |
| 66E | | 07/17/23 | X | X | Search Warrant Photo - Gray bin with Activator bottles under work bench area |
| 66F | | 07/17/23 | X | X | Search Warrant Photo - Gray bin with Activator bottles under work bench area |
| 66G | | 07/17/23 | X | X | Search Warrant Photo - Green bin with MMS bottles under work bench area |
| 66H | | 07/17/23 | X | X | Search Warrant Photo - Blue bins with MMS and Activator bottles |
| 66I | | 07/17/23 | X | X | Search Warrant Photo - 3 glass jars of MMS |
| 66J | | 07/17/23 | X | X | Search Warrant Photo - Closet with MMS manufacturing equipment |
| 66K | | 07/17/23 | X | X | Search Warrant Photo - Plastic bin with G2Sacramental Travel Kits |
| 66L | | 07/17/23 | X | X | Search Warrant Photo – Stacks of USPS Priority Mail packing materials |
| 66M | | 07/17/23 | X | X | Search Warrant Photo - Floor of shed with rodent feces |