## REQUEST FOR IMMEDIATE RELEASE WITH EXTREME PREJUDICE

Doris Diaz

133-45 41st Avenue

Apt # 903

Flushing, New York 11355-4189



FILED BY MC D.C.

JUL 31 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 25, 2023

    Judge Cecilia M. Altonaga
    Chief United States District Judge
    Southern District of Florid /Angela E. Noble, Court ADMIN
    400 N. Miami Avenue 8th Floor
    Miami, FL, 33128

    Re: Case # 21-CR-20242-Altonaga

Subject: Unlawful Imprisonment of Mark, Joseph, Jonathan, and Jordan Grenon

Dear Judge Altonaga:

I hope this letter finds you well. I am writing to bring your attention to a grave injustice that has been inflicted upon Mark, Joseph, Jonathan, and Jordan Grenon, and to express my deep concern regarding the actions taken against them by corrupt corporate entities without any valid claim of damages or injuries caused by the Grenon family. I urge you to carefully consider the following information and take immediate action to rectify this injustice.

Section 1: Personal Testimony

I would like to share my personal testimony about how the Grenon family and the ministry they founded have positively affected the lives of countless individuals, including mine. Their unwavering dedication to compassion for mankind is commendable. So much so that the country of Bolivia has

approved the Grenon's sacrament, Chlorine Dioxide also known as MMS for its people.

I was washing dishes when a glass broke and hurled a small piece into my throat. For years, I could feel that piece of glass each time I swallowed any water or food. I was seen by several doctors regarding this issue but each time, they were never able to find the glass embedded in my esophagus. I was introduced to Mark Grenon of the G2 Church of Health and Healings sacrament, Chlorine Dioxide, also known as (MMS). I used it as instructed and slowly but surely, I felt relief from the embedded glass in my throat. If not for the G2 Church and the Grenon Missionaries, I would still be suffering from the discomfort of the glass in my throat.

### Section 1a: A gentle reminder

The Sixth Amendment of the United States Constitution grants criminal defendants the right to a speedy and public trial by an impartial jury. The amendment explicitly states that "the accused shall enjoy the right to a speedy and public trial, by an impartial jury. The Grenons' trial has been unreasonably delayed, thus the requirement to drop the charges as their 6th amendment rights have been violated.

### Section 1b: 7TH Amendment:

No fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law. In a 7th amendment court, one can require all parties to possess first-hand knowledge of accusations. There **MUST** be an injured **MAN OR WOMAN** making a valid claim against a **LIVING** man or woman.

Section 2: Notice of Joiner and Culpability

By receiving this correspondence, you are hereby put on notice that your involvement in the injustice being perpetrated against the Grenon family creates joiner and culpability by either commission or omission. It is imperative to recognize that the continued imprisonment of these men undermines the very principles of justice and compassion that they have tirelessly worked to uphold. I implore you to reconsider your stance and actively contribute to their immediate release with extreme prejudice.

## Section 3: Notice of Principal-Agent Relationship

It is crucial to acknowledge the principle that agents are responsible for the actions of their principal, and principals are responsible for the actions of their agents. The unjust imprisonment of the Grenon family reflects poorly on all those involved in their detainment. I urge you to evaluate the impact of your actions or inactions and recognize the profound consequences they have on the lives of these men and the values they stand for.

## Section 4: Notarized Signature

To lend credibility to this letter, I have enclosed a notarized signature as required by the laws of New York. Please find the notarized document attached to this correspondence.

As a fellow member of mankind, I implore you to recognize the immense compassion and positive impact that the Grenon family and their ministry have had on countless lives. It is my fervent belief that they are innocent and do not deserve to be subjected to unlawful imprisonment.

Thank you for taking the time to read this letter. I trust that you will give due consideration to the matters raised herein and take immediate action to rectify the injustice faced by the Grenon family. I demand their immediate release, as their continued detainment contradicts the very essence of justice and compassion. I require a written response to this letter within thirty (30) days from the letter's postmark. If I do not receive a response within thirty (30) days from the post mark of this letter it will be considered passive acquiescent and contractual agreement to guilt as being a participant wrong doer in forth coming common law claims of injury against mankind.

Respectfully and sincerely,

*Doris Diaz*

Doris Diaz

Enclosure: Notarized Signature (Copy)

State of New York
County of Queens
Sworn to before me on this 27th day of July, 2023

RAYMOND LEI LI
Notary Public, State of New York
No. 01LI6358636
Qualified in Nassau County
Commission Expires May 15, 2025
Certificate Filed in Queens County

Doris I Diaz
133-45 41st Ave 403
Flushing NY 11355

**CERTIFIED MAIL**

7022 2410 0001 3917 2638

Retail
U.S. POSTAGE PAID
FCM LETTER
FLUSHING, NY 11355
JUL 27, 2023
$4.35
R2305M147059-45

RDC 99    33128

Judge Cecilia M. Altonaga
400 N. Miami Ave 84th Flo
Miami, FL 33128

Case # 21-CR-20242-Altonaga