Fr: dickie.c:green
c/o 1609 CAFÉ DUMONDE
Conroe, Texas {77304}

TO: **Cecilia Altonaga**
   Acting as: **Chief United States District Judge**
   **Southern District of Florida**
   **400 N. Miami Avenue 8th Floor**
   **Miami, Florida 33128**
   Re: Case # 21-CR-20242-Altonaga



FILED BY ___MC___ D.C.

AUG 30 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Subject: Unlawful Imprisonment of Mark, Joseph, Jonathan, and Jordan Grenon

Dear Cecilia,

I hope this letter finds you well. I am writing to bring your attention to a grave injustice that has been inflicted upon Mark, Joseph, Jonathan, and Joseph Grenon, and to express my deep concern regarding the actions taken against them stemming from corrupt corporate entities. Is it true that there exist no valid claim of damages or injuries caused by the Grenon family originating from living men or, women. I urge you to carefully consider the premise and foundation of this type of trespass and theft against the Grenon family's freedom and take immediate action to rectify this injustice.

Section 1: My Personal Testimony

I would like to share my personal testimony about how the Grenon family and the ministry they founded have positively affected the lives of countless individuals, including myself. Their unwavering dedication to compassion for mankind is commendable. I currently host a daily prayer group on the zoom platform. You are invited and welcome to attend at any time.

We meet daily to pray for all mankind. We meet to allow our group members opportunity to give testimonies, thanks unto God and, offer prayers and prayer requests. We meet daily to pray God's grace and mercy for the Grenon family. We meet daily to pray God's compassion, mercy, grace and wisdom for those who have intentionally and unintentionally participated in acts to harm men and women including Mark, his sons and his family.

As for me, not long ago, I was diagnosed with a serious heart issue. My heart rate continued to gradually fall until it was dangerously low. If it had not been by God's grace and that I was introduced to the usage of the health advises suggested by Mark Grenon I could have possibly died. I thank God for knowing that I have the ability and the freedom of making my own health decisions. I thank God for men who are courageous enough to stand as free men compelling others to do the same.

We live in a time where there appears to be no valid social contract between the current de facto governmental services agencies and the living men and women who are rightful heirs to this land. Still, each of us are responsible for our actions and will be judged accordingly by the True Supreme Judge The Living God who is Creator of all things.

Section 2: Notice of Joiner and Culpability

By receiving this correspondence, you are hereby put on notice that your involvement in the injustice being perpetrated against the Grenon family creates joiner and culpability by either commission or omission. It is imperative to recognize that the continued imprisonment of these men undermines the very principles of justice and compassion that they have tirelessly worked to uphold. I implore you to reconsider your stance and actively contribute to their immediate release. I as one of we the people demand than Mark and his sons Joseph, Jonathan and Jordan Grenon be immediately released from the prison system.

I appreciate God for people acting as judges and attorneys who take an oath and seemingly adapt as one's life goal the challenge of protected men and or women. Still, in these days of corporate over reach, I question the presence of a valid oath or, a necessary contractual consent from those being protected.

Section 3: Notice of Principal-Agent Relationship

It is crucial to acknowledge the principle that agents are responsible for the actions of their principal, and principals are responsible for the actions of their agents. The unjust imprisonment of the Grenon family reflects poorly on all those involved in their detainment. I urge you to evaluate the impact of your actions or inactions and recognize the profound consequences they have on the lives of these men and the values they stand for.

Section 4: Notarized Signature

To lend credibility to this letter, I have enclosed a notarized signature as required by the laws of **Texas**. Please find the notarized document attached to this correspondence.

As a fellow member of mankind, I implore you to recognize the immense compassion and positive impact that the Grenon family and their ministry have had on countless lives. It is my fervent belief that they are clearly innocent and do not deserve to be subjected to any further unlawful (which wrong doers would want propose to be legal), imprisonment. What happened to the rights of an accused

living man or woman opportunity to face their accuser who happens to be another living man or woman with a claim of harm or injury?

Thank you for taking the time to read this letter. I trust that you will give due consideration to the matters raised herein and take immediate action to rectify the injustice faced by the Grenon family. I demand their immediate release, as their continued detainment contradicts the very essence of justice and compassion. I require a written response to this letter within thirty (35) days from the letter's post mark. If I do not receive a response within thirty (35) days from the post mark of this letter it will be considered passive acquiescent and contractual agreement to guilt as being a participant wrong doer in forth coming common law claims of injury against mankind.

Sincerely,

dick.g:green

## TEXAS NOTARY ACKNOWLEDGMENT

**State of Texas**

**County of Montgomery**

Before me _Dickie C. Green Anabel Alverez_ on this day personally appeared _Dickie Green_ to be the person who's name is subscribed in the foregoing instrument and acknowledged to be me that [he/she] executed the same for the purposes and consideration therein expressed.

Given under my hand this _August 21, 2023_

Notary Public _____

My commission expires _March 13, 2027_

ANABEL R. ALVAREZ
My Notary ID # 124505972
Expires March 23, 2027

c/o Dick Cisneros
1809 CAFE Dimonde
Conroe, Texas [77304]

**CERTIFIED MAIL**

9589 0710 5270 0943 4667 93

USPS Retail
$8.5
33128
RDC 99

**RETURN RECEIPT REQUESTED**

To: Cecilia Altonaga
Act.g As: Chief United States District Judge
Southern District of Florida
400. N. Miami Avenue 8th Floor
Miami, Florida 33128
33128-161047