JONATHAN GRENON
FDC MIAMI
PO BOX 019120
MIAMI, FLORIDA
33101-9120

FILING FEE
PAID _____ NO
In Forma Pauperis _____
Angela E. Noble, Clerk

FILED BY _____ D.C.
OCT 19 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES
OF AMERICA
    Plaintiff

v.

JONATHAN GRENON
    Defendant

CASE No. 21-CR-20242-ALTONAGA

NOTICE OF APPEAL

COMES NOW the Defendant JONATHAN GRENON, pro se, and hereby gives notice of appeal from the judgement and sentence imposed by this Court on October 6, 2023.

Respectfully submitted this 13th day of October, 2023.

                                Jonathan Grenon
                                JONATHAN GRENON

Copy mailed this 13th day of
October, 2023 to each of the

JONATHAN GRENON
FDC MIAMI
P.O. BOX 019120
MIAMI, FLORIDA
33101-9120

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES
OF AMERICA                          Case No. 21-CR-20242-ALTONAGA
    Plaintiff                       Declaration of Mailing
v.                                  by Inmate Defendant
JONATHAN GRENON
    Defendant

I, JONATHAN GRENON, am an inmate confined in an institution. Today, October 13th, 2023, I am depositing the Notice of Appeal, dated October 13th, 2023, in this case in the institutions mail system for legal mail and following all the procedures the institution has put in place as a part of its system designed for legal mail. First-Class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. See 28 USC s. 1746, see also 18 USC s. 1621.

Signed on October 13th, 2023            Jonathan Grenon
                                        JONATHAN GRENON

