TRULINCS 73681018 - GRENON, JONATHAN DAVID - Unit: MIM-C-W

--------------------------------------------------------------------------------

FROM: 73681018
TO: Grenon, Mom
SUBJECT: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
DATE: 10/19/2023 06:14:58 PM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY MC D.C.
OCT 23 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES
OF AMERICA,
  Plaintiff,

v.                                CASE No. 21-CR-20242-ALTONAGA

JONATHAN GRENON,
  Defendant,

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Defendant, JONATHAN GRENON "Defendant", pursuant to 28 U.S.C. Section 1915 and Rule 24, Federal Rules of Appellate Procedure, moves for leave to Proceed in Forma Pauperis with his appeal to the United States Court of Appeals For the Eleventh Circuit of the judgement and sentences entered by this Honorable Court. In accordance with Rule 24 (a)(1)(A)-(C), Defendant has attached to this motion an affidavit consistent with Form 4 of the appendix of forms, Federal Rules of Appellate Procedure ("Financial Affidavit"). See Affidavit Accompanying Motion For Permission to Appeal in Forma Pauperis. Defendant, in the Financial Affidavit, declares: (1) Defendant's inability to pay or give security for fees and costs; (2) Defendant claims entitlement to redress on appeal to the UNITED STATES court of appeals for the Eleventh Circuit, and (3) the issues Defendant will raise in his appeal for the judgements and sentences entered by this Honorable Court as to the counts I, II, and III, including, but not limited to whether the judgements for counts II and III violate Defendant's due process rights, whether the judgements for counts II and III are void as Defendant was denied notice and opportunity to be heard as to counts II and III, whether points for victim losses were properly added to Defendant's sentencing guidelines, whether Defendant's sentences for counts I, II, and III were based and guided by sentencing guideline ranges and points improperly inflated by the addition of the points for the nonexistent unproven victim losses and other improperly considered enhancements to the sentencing guidelines.

_____
JONATHAN GRENON

### CERTIFICATE OF SERVICE

I, JONATHAN GRENON, hereby state a true and correct copy of this motion was served on:
Michael Homer, U.S. Atty. S.D FLA.
99 NE 4th St. Miami, Fl 33132
&
Clerk of Court, U.S. Dist. Ct. S.D. FLA
400 N. Miami Ave, Miami, FL 33128

on this 19th day of October 2023

_____
JONATHAN GRENON

*Motion 1*

Jonathan Gren
# 73681018
FDC Miami
P.O Box 019120
Miami, FL
33101-9120

CERTIFIED MAIL

7011 3500 0001 4666 6659

USMS INSPECTED
BY

Clerk of Court, U.S. Dist. Ct. S.
400 N. Miami Ave,
Miami, Florida
33128