TRULINCS 73681018 - GRENON, JONATHAN DAVID - Unit: MIM-C-W

----------------------------------------------------------------------------------

FROM: 73681018
TO: Grenon, Mom
SUBJECT: AFFIDAVIT ACCOMPANYING MOTION
DATE: 10/19/2023 06:14:36 PM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ___MC___ D.C.

OCT 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES
OF AMERICA,
Plaintiff

v.                                          CASE No. 21-CR-20242-ALTONAGA

JONATHAN GRENON
Defendant

AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. s. 1746; 18 U.S.C. s. 1621.)

Signed: *Jonathan Grenon*

Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: If the answer to a a question is "0," "none," or "not applicable (N/A), " write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your cases docket number, and the question number.

Date: 10/19/2023

My Issues on appeal are:
Defendant is appealing the judgements and sentences entered by this Honorable Court as to counts I, II, and III, including, but not limited to, whether the judgements for counts II and III violated Defendant's due process rights, whether the judgements for counts II and III are void as Defendant was denied notice and opportunity to be heard as to counts II and III, whether points for victim losses were properly added to Defendant's sentencing guidelines, whether Defendant's sentences for counts I, II, and III were based and guided by sentencing guideline ranges and points improperly inflated by the addition of points for nonexistent unproven victim losses and other improperly considered enhancements to the sentencing guidelines.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

*Affidavit 1*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 2,312 | $ 0 | $ 2000 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 300 | $ 0 | $ 300 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public assistance (such as welfare) | $ 0 | $ 443 | $ 0 | $ 443 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 300 | $ 2,755 | $ 300 | $ 2,443 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | N/A | N/A | $ 0 |
| none | N/A | N/A | $ 0 |
| none | N/A | N/A | $ 0 |

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Affidavit 2

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Uber | N/A | 10/03/23- Present | $ 2000 |
| Affordable Roofing | 11819 Metro Parkway North Ft. myers FL 33966 | 02/21/23-09/28/23 | $ 2,584 |
| Publix | 7310 Manatee Ave W. Bradenton, FL 34209 | 01/2023-02/2023 | $ 1,624 |

Continued on page 7

4. How much cash do you and your spouse have? $ 3000

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase | Checking | $ 0 | $ 13.71 |
| Fifth Third | Checking | $ 0 | $ 430.55 |
| Fifth Third | Savings | $ 0 | $ 191.93 |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 | (Value) $ 110,000 | (Value) $ 7,948 |
| None | Co-owner with wife and my brother, more information on page 7 | Make and year: Lexus 2009 |
| | | Model: GX 470 |
| | | Registration #: JTJBT20XG90177090 |

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Affidavit 3

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 4,001 | (Value) $ 2,100 | (Value) $ 0 |
| Make and year: Toyota 2012 | Toyota 2001 | None |
| Model: Camry | Land Cruiser | None |
| Registration #: 4T1BF1FK6CU159121 | None | None |

Continued on page 7

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ 0 | $ 0 |
| None | $ 0 | $ 0 |
| None | $ 0 | $ 0 |
| None | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| J.M.G.A | Son | 16 |
| J.J.G.A | Son | 12 |
| J.S.G.A | Son | 9 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) <br> Are real estate taxes included?  [ ] Yes [✓] No <br> Is property insurance included?  [ ] Yes [✓] No | $ 0 | $ 0 |

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Affidavit 4

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0 | $425 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | $200 | $750 |
| Clothing | $0 | $100 |
| Laundry and dry-cleaning | $0 | $0 |
| Medical and dental expenses | $0 | $185 |
| Transportation (not including motor vehicle payments) | $0 | $150 |
| Recreation, entertainment, newspapers, magazines, etc. | $40 | $100 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $0 | $0 |
|    Life: | $0 | $0 |
|    Health: | $0 | $0 |
|    Motor vehicle: | $0 | $300 |
|    Other: | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $0 | $0 |
| Installment payments | | |
|    Motor Vehicle: | $0 | $0 |
|    Credit card (name): See page 7 | $0 | $450 |
|    Department store (name): | $0 | $0 |
|    Other: Fifth Third Loan | $0 | $278 |
| Alimony, maintenance, and support paid to others | $0 | $0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | $0 |
| Other (specify): | $0 | $0 |
| **Total monthly expenses:** | $240 | $2,738 |

More details on page 7

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Affidavit 5

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   [ ] Yes [✓] No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [ ] Yes [✓] No

    If yes, how much? $ 0

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Besides being in debt, I haven't worked in over 3 years, I have no income.

12. State the city and state of your legal residence.
    Bradenton, Florida
    Your daytime phone number: (___) None
    Your age: 37   Your years of schooling: 12½

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Affidavit 6

TRULINCS 73681018 - GRENON, JONATHAN DAVID - Unit: MIM-C-W

---

FROM: 73681018
TO: Grenon, Nay
SUBJECT: Extra page for Affidavit information
DATE: 10/19/2023 06:14:18 PM

JONATHAN GRENON    21-CR-20242-ALTONAGA

Question #3

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Towne Park | 1290 Blvd of the Arts Sarasota, Fl 34236 | 05/25/2022-01/04/2023 | $2,068 |
| Owens | 6000 Airport Cir. Sarasota, Fl 34243 | 03/01/2022-04/2022 | $2,050 |
| Cleaning Private Houses | N/A | 08/2021-03/2022 | $300 |

Question #5- Assets and Values
Other real estate: My spouse, my brother and I own a property in Myakka, Florida.
The purchase price was for $110,000 and we have invested over $50,000 towards the principal payment and interest.
We owe approximately $65,000 at this time.
It was mentioned in my PSI. We still owe more than we have invested.

Question #7

| Name/Initials | Relationship | Age |
|---|---|---|
| J.D.G.A | Son | 7 |
| J.K.G.A | Son | 3 |

Question #8
Rent or home-mortgage payments:
I do not pay rent, I have been incarcerated for over 3 years now with no job.
My wife lives with my mother and therefore does not pay rent.

Installment payments:
Credit Card (name)
Chase: $100
Fifth Third: $100
Sams Club: $150
Wellsfargo: $100

Affidavit 7

Jonathan Gre[n]
#73681018
FDC Miami
P.O Box 019120
Miami, FL
33101-9120

CERTIFIED MAIL

7011 3500 0001 4666 6659

USMS INSPECTED BY

Clerk of Court, U.S. Dist. Ct. S.
400 N. Miami Ave,
Miami, Florida
33128