**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JONATHAN DAVID GRENON**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant, Jonathan David Grenon's Petition for Appointment of Public Defender for Defendant's Appeal [ECF No. 235]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Federal Public Defender is appointed to represent the Defendant for his appeal.

**DONE AND ORDERED** in Miami, Florida, this 30th day of October, 2023.

                                                                                                                      _____
                                                                                                                       **CECILIA M. ALTONAGA**
                                                                                                                       **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record