UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-cr-20242-CMA

UNITED STATES OF AMERICA, Miami, Florida

Plaintiff, January 30, 2023

vs. 11:19 a.m. to 11:44 a.m.

MARK SCOTT GRENON, JONATHAN DAVID GRENON, JORDAN PAUL GRENON and JOSEPH TIMOTHY GRENON, Courtroom 13-3

(Pages 1 to 19)

Defendants.

---

STATUS CONFERENCE
BEFORE THE HONORABLE CECILIA M. ALTONAGA,
CHIEF UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: MICHAEL HOMER, ESQ.
JOHN SHIPLEY, ESQ.
Assistant United States Attorney
99 Northeast Fourth Street
Miami, FL 33132-2131
(305) 961-9289
(305) 961-9111
Michael.homer@usdoj.gov
John.shipley@usdoj.gov

FOR DEFENDANT MARK SCOTT GRENON: SABRINA VORA-PUGLISI, ESQ.
(Standby Counsel)
Puglisi Carames
1900 North Bayshore Drive, Suite 1A
Miami, FL 33132-3002
(305) 403-8063
Sabrina@puglisicarames.com

FOR DEFENDANT JONATHAN DAVID GRENON: ASHLEY KAY, ESQ. (Standby Counsel)
Assistant Federal Public Defender
150 West Flagler Street
Miami, FL 33130-1536
(305) 533-4236
Ashleydkay@gmail.com

**APPEARANCES CONTINUED:**

| | |
|---|---|
| **FOR DEFENDANT JORDAN PAUL GRENON:** | **JOHN WYLIE, ESQ. (Standby Counsel)**<br>**John W. Wylie, P.A.**<br>**40 Northwest 3rd Street, Ph 1**<br>**Miami, FL 33128-1838**<br>**(305) 586-1338**<br>**Jww@johnwylielaw.com** |
| **FOR DEFENDANT JOSEPH TIMOTHY GRENON:** | **PAUL DONNELLY, ESQ. (Standby Counsel)**<br>**Paul J. Donnelly, P.A.**<br>**1 Northeast 2nd Avenue, Suite 200**<br>**Miami, FL 33132-2523**<br>**(305) 757-3331**<br>**Donnellylaw@bellsouth.net** |
| **REPORTED BY:** | **STEPHANIE A. McCARN, RPR**<br>**Official Court Reporter**<br>**400 North Miami Avenue**<br>**Thirteenth Floor**<br>**Miami, Florida 33128**<br>**(305) 523-5518**<br>**Stephanie_McCarn@flsd.uscourts.gov** |

# I N D E X

## WITNESSES


| WITNESSES FOR THE GOVERNMENT: | Page |
| --- | --- |
| | -- |

| WITNESSES FOR THE DEFENDANTS: | Page |
| --- | --- |
| | -- |


## EXHIBITS


| EXHIBITS IN EVIDENCE | IDENTIFIED | ADMITTED |
| --- | --- | --- |
| | -- | -- |


## MISCELLANEOUS


| | Page |
| --- | --- |
| Proceedings.................................... | 4 |
| Court Reporter's Certificate..................... | 19 |

(The following proceedings were held at 11:19 a.m.)

THE COURT: United States and Jonathan Grenon, Jordan Grenon and Joseph Timothy Grenon.

MR. HOMER: Good morning, Your Honor. Michael Homer and John Shipley on behalf of the United States.

MS. VORA-PUGLISI: Would you like us to just sit back here?

THE COURT: Wherever you'd like to sit is fine.

(Pause in proceedings.)

THE COURT: Although I would imagine I would need to hear from Mr. Donnelly.

MR. DONNELLY: I may have misunderstood my role. I thought at the last hearing, we were elevated.

THE COURT: Oh, I don't think you've been elevated quite yet.

(Pause in proceedings.)

THE COURT: That's all right. We'll clear it up. We will have them out here and see what they have to say.

(Pause in proceedings.)

THE COURT: Mr. Wylie, you've been appointed as standby counsel as well, right?

MR. WYLIE: Yes, Your Honor.

THE COURT: Okay.

(Pause in proceedings.)

THE COURT: Please be seated.

We have with us today the Defendants, Mark, Jonathan, Jordan and Joseph Grenon. We also have standby counsel for each of the Defendants present as well. The case was set on my calendar this morning to address Mr. Donnelly's motion to withdraw from further representation of Joseph Grenon because Mr. Donnelly has attempted on several occasions to meet with his client and has been advised at FDC that Mr. Grenon did not want to meet with him.

Mr. Donnelly, do you wish to proceed with that motion or do you wish to withdraw it given that your role is standby counsel?

MR. DONNELLY: Yes, Judge. I misunderstood the hearing last before the Court. I thought that we had used the term "elevated" to be regular counsel, and that was my misunderstanding. So as I mailed correspondence to Joseph Grenon and went to see him, I thought we were in a different role.

So based on that and the fact that it was standby only, I would withdraw the motion. I understand Mr. Grenon's refusal.

THE COURT: Very good. Thank you.

And we have the Defendants present with regard to that issue.

Mr. Joseph Grenon, is there anything you wanted to say or be heard on today?

**DEFENDANT JOSEPH: I am not that name. I am the beneficiary only of that name. And I am the living man Joseph and here by special appearance. Let the record reflect that the living man, I, do not consent to having a lawyer and do not have an attorney.**

**THE COURT: All right.**

**And is there anything that the other Defendants would like to say or be heard on today?**

**DEFENDANT JONATHAN: Yes. I am not the name. I am the beneficiary only of that name. And I am the living man Jonathan and here by special appearance. Let the record reflect that I, the living man Jonathan, wish to have the case discharged. And also let the record reflect that I, living man Jonathan, will petition the Supreme Court.**

**THE COURT: All right. Anything additional from the other two Defendants?**

**DEFENDANT MARK: Yes. Let the record reflect, here by special appearance, I am the living man called Mark. I am not the name. I am only the beneficiary of that name. I wish to have this case discharged and my sons and I released.**

**THE COURT: All right. Anything else from the remaining Defendant?**

**DEFENDANT JORDAN: I am not that name. I am the beneficiary only of that name. Let the record reflect that I, living man Jordan, do not consent to having a lawyer, and I do**

**not have an attorney. I am here by special appearance.**

**Cecilia, I wish to see your oath of office. Let the record reflect that I was not answered.**

**I wish to -- does the prosecuting attorney have a license to practice law? Let the record reflect that I was not answered.**

**I would like to state a U.S. Supreme Court decision. The common law is the real law, the supreme law of the land. The codes, rules, regulations, policies and statutes are not the law. *Self vs. Rhay*, 61 Wn. 2d 261.**

**Also, all codes, rules and regulations are for Government authorities only, not human/creators, in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking due process. *Rodrigues vs. Ray Donavan*, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985).**

**There, every man is independent of all laws except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his consent. *Cruden vs. Neale*, 2 N.C. 338 (1796) 2 S.E.**

**The Supreme Court also has warned because of what appears to be lawful commands, statutory rules, regulations and codes, ordinances and restrictions on the surface, many citizens, because of their respect for what appears to be law, are cunningly coerced into waiving their rights due to ignorance, deceptive practices, constructive fraud, barratry,**

legal plunder, conversion and malicious prosecution in inferior administrative state courts. *United States vs. Minker*, 350 U.S. 179, 187, 76 S.Ct 281, 100 L.Ed 185 (1956).

I will also read the word of God. I believe the Bible is the word of God. Psalms 119:161 says, Princes have persecuted me without a cause, but my heart standeth in awe of thy word. I rejoice at thy word, as one that findeth great spoil. I hate and abhor lying, but thy law do I love. Seven times a day do I praise thee because of thy righteous judgments. Great peace have they which love thy law and nothing shall offend them.

Lord, I have hoped for thy salvation and done my commandments. My soul hath kept thy testimonies and I love them exceedingly. I have kept thy precepts and thy testimonies for all my ways are before thee.

And I do not consent to these proceedings.

THE COURT: Thank you.

Is there anything the Government wanted to add before we conclude this morning's hearing?

MR. HOMER: Thank you, Your Honor. Just two things for the record.

The first is with respect to the competency evaluations that were done. All four of the Defendants for Your Honor's *sua sponte* order underwent BOP competency evaluations. The doctors at BOP, as Your Honor knows, found

all four Defendants competent to stand trial; no indication whatsoever to suggest they were incompetent. I would just simply ask Your Honor to find for the record, especially given the Defendants don't dispute those findings, that the Defendants are, in fact, competent to stand trial.

THE COURT: I do make that finding.

MR. HOMER: Thank you, Your Honor.

And the second thing, also in an abundance of caution, those four letters that came in from some unspecified individual in Washington that requested appointed counsel in the fall. We asked the Defendants -- I know Your Honor had denied those motions since they were not from the Defendants or from their counsel.

Your Honor, since those letters, I have spoken with two of the Defendants about whether or not they do, in fact, want counsel appointed. I don't believe Your Honor has seen Mark Grenon or Joseph Grenon since receiving those letters until today. By all indications from the Defendants' statements in court today, in their filings, it certainly seems to me that they do not seek appointment of counsel.

But I'd simply ask Your Honor to confer with Mark and Joseph that they do, in fact, still intend to proceed *pro se*, given that someone, apparently on their behalf and with their permission, did request that the Court appoint counsel at some point before they were last here, Your Honor.

THE COURT: All right. Thank you. That's a good suggestion.

The one who goes by the name of Mark Grenon, did you want counsel appointed to represent you? I have Mr. -- Ms. Vora-Puglisi who is here as your standby counsel. But as to the person who goes by Mark Grenon, did you want counsel appointed to represent you?

DEFENDANT MARK: I am not that name. I am a living man and I speak for myself. I have never consented to an attorney, and I speak for myself. I do not have an attorney. I do not consent to these proceedings.

THE COURT: Right. All right.

And as to the one who goes by the name of Joseph Grenon, given the letter that was received, do you wish to have counsel appointed to represent you? You presently have Mr. Donnelly appearing as your standby counsel.

DEFENDANT JOSEPH: I am not that name. I am the beneficiary of that name. I am a living man, and I am here by special appearance. And let the record reflect that I, the living man, do not consent to having a lawyer and do not have an attorney. And I would also like to add that I do not consent to these proceedings.

And I would like to ask you a question. Do you believe the Holy Scriptures are true and the basis for natural law?

**THE COURT: I think that concludes these proceedings.**

**MR. HOMER: Thank you, Judge.**

**DEFENDANT JOSEPH: But I am not done here.**

**DEFENDANT JORDAN: I have something to say.**

**THE COURT: Yes.**

**DEFENDANT JOSEPH: I still have one more thing to say. Would you answer that question or no? Okay. Let the record reflect she did not answer.**

**Okay. I, the living man, believe that I am commanded by the Holy Scriptures, which are true, and by my creator to go to all the world and preach the gospel and heal the sick. I also believe that our church beliefs, creeds are being attacked, which are -- my God given unalienable rights are being violated.**

**I, ma'am, believe, as said in Matthew 22:37-40, Thou shalt love the Lord thy God with all thy hart, with all thy soul and all thy mind. This is the first and great commandment. And the second is like unto it, thou shalt love thy neighbor as thyself. On these two commandments hang all the law.**

**I believe that -- the following to be my life creeds: Do good deeds, do what is right, help -- good help for all mankind, freedom for all mankind, enlightening others with truth, helping one another and maintaining integrity in all things.**

And I, man, also believe, as said in Mark 10:19, Thou knowest the commandments: Do not commit adultery, do not kill, do not steal, do not bear false witness, defraud not, honour thy father and mother. These are the things I, man, believe to be the law of nature and commanded by my creator.

And I pray for everyone here to come and know Jesus Christ as your personal savior and you will also have eternal life with our creator.

DEFENDANT JORDAN: I have something to say.

THE COURT: Yes.

DEFENDANT JORDAN: I just noticed that any time that God is mentioned, it seems that darkness or anything that is opposed to him seems to want to run. So I have something to share today, and I -- I'm going to take a little time since I have the time to do it. It's on the record.

What do the following biblical, historical, modern day people have in common: Goliath, Haman, Pharaoh, Herod, the Pharisees, the Romans, Hitler, Stalin, Mussolini, Fidel Castro and the dictator Nicolae Ceausescu of Romania? I, the living man, believe that they all were bullies.

What does this most famous word mean? The definition of bully is one who is habitually cruel, insulting or threatening to others who are weaker, smaller, in some way vulnerable. And the actions and behavior of a bully, which is called bullying, is abuse and mistreatment of someone

**vulnerable by someone stronger or more powerful.**

**If one studies the Bible and history, one will see that bullies do not have the final say and their end is a sure thing. I, the living man, believe what the Bible said David did to Goliath the giant with the help of the Lord; also how evil Haman built the gallow to hang the Jew Mordecai and ended up being hung himself on it. I, man, have already spoken to what happened to Pharaoh. I, man, hope everyone remembers that.**

**King Herod was wicked and abusive and was eaten up of worms and died instantly. The Pharisees and the Romans would abuse the Jewish people and the Christians, and they met their end in due time. I, man, belive that we all should know what happened to Hitler, Stalin, Mussolini. And what about the dictator Fidel Castro; did not Fidel suffer for some time of cancer? Even the most powerful and abusive bullies have their day, also.**

**Matthew 16:26, Jesus says, For what is a man profited if he shall gain the whole world and lose his own soul? Or what shall a man give in exchange for his soul?**

**I, the living man, believe that the dictator Nicolae Ceausescu of Romania ruled the country with sadistic cruelty for 24 years. Dictator Nicolae and his wife systematically looted billions from the nation's treasury while living like capitalist royalty. I, man, believe he also created a**

Securitate with the largest network of spies and informants in eastern Europe. Everyone knew that when the dreaded Securitate hauled anyone away, they were never seen again.

But in 1989, Pastor Laszlo Tokes took a stand. He had been told to muzzle his preaching, but Pastor Tokes refused to compromise, so the secret police were coming to arrest him.

When told to hide, he said Martin Luther's words, Here I stand. I can do nothing else. If I die, then I die. When the goon squad went to arrest him, 300 parishioners surrounded the church with arms locked in solidarity. Then thousands joined in a revolution that began with tearing down the Berlin Wall six weeks earlier, came to Romania.

Two days later, a hundred thousand people stormed headquarters in Timisoar, shouting in unison, God is alive. Jesus is alive. Almost a million people joined, and soon thereafter, Dictator Nicolae and Elena Ceausescu were convicted and executed. A pastor who died himself changed his country, but the dictator who lived for himself was swept into the dustpan of history.

I, the living man, believe what the Bible says about how what one sows that he will also reap. I, the living man, and my family have stood our ground in doing the works of our Lord Jesus Christ.

Everyone who has gone against the work of the Lord will have to give an account to the almighty God, our Lord and

savior, Jesus Christ. Woe to them who have done evil and continue to do evil and woe to those who do not repent from their evil ways.

I, man, like what Psalm Chapter 94 says. And I, man, believe what it says; therefore, I, man, recommend all to read it. Here are a few of the final verses. Psalm 94:20-23 says, Shall the throne of iniquity have fellowship with thee which frameth mischief by a law? They gather themselves together against the soul of the righteous and condemn innocent blood. But the Lord is my defense, and my God is the rock of my refuge. And he shall bring upon them their iniquity and shall cut them off in their own wickedness. Yea, the Lord our God shall cut them off.

I, the living man, believe the following words are from a well-known man of God. I belive God has led me to share them today with a few modifications of my own. They have come to a most critical moment as Elijah stood on top of Mount Carmel, cried out to Israel in its hour of decision and between two alters and two Gods. His voice now cries out to America and the world and says to us, Choose this day whom you will serve.

70-plus years ago, the chaplain in the United States Senate cried out in the same voice and said to this nation, If the Lord be God, then follow him. But if Baal, then follow him and parish. Revelations Chapter 20, Verse 15 says, And

**whosoever was not found written in the book of life was cast into the lake of fire.**

**Today, I, a living man, believe America stands at the crossroads. And as Elijah came to the summit of Mount Carmel to make a declaration, I, man, have come this day here to declare that I, the living man, believe that there is only one God, the God of Abraham, Isaac and Jacob, the God of Israel and all nations. And I believe he is -- he alone is the rock upon which this nation has come into existence.**

**I, man, believe there is no other name under heaven given among men which we must be saved, that name which we know is Jesus, and its original form is Yeshua. Yeshua means "God is salvation." That is the crux of the matter, not religion or culture but the love of God, that God himself would take our place in our judgment and overcome death, that we could be saved. We will not bow down to Baal or any man for the Lord Jesus Christ is the only true god.**

**John 3:16-21 says, For God so loved the world that he gave his only begotten son that whosoever believeth in him should not perish but have everlasting life. For God sent not his son into the world to condemn the world, but that the world through him might be saved. He that believeth on him is not condemned, but he that believeth not is condemned already because he hath not believed in the name of the only begotten son of God.**

**And this is the condemnation, that light is come into the world, and men loved darkness rather than light because their deeds were evil, for everyone that doeth evil hateth the light. Neither cometh to the light lest his deeds should be reproved. But he that doeth truth cometh to the light, that his deeds may be manifest, that they are wrought in God.**

**And that's -- that's what I wanted to read today. God has given everyone in here an opportunity to hear the message of salvation. Don't reject it. Adhere and listen.**

**DEFENDANT MARK: May I say one more thing before we leave?**

**THE COURT: Yes.**

**DEFENDANT MARK: I, Mark, living man, believe what the Lord our God states in God's Holy Scriptures. The book of Deuteronomy, Chapter 19:15-21 states as follows about being falsely accused: One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth; by the mouth of two or three witnesses shall the matter be established. If a false witness rise up against any man to testify against him that which is wrong, then both the men between whom the controversy is shall stand before the Lord, before the priests and the judges which shall be in those days, and the judges shall make diligent inquisition.**

**And behold, if the witness be false and hath testified falsely against his brother, then shall ye do unto him as he**

**had thought to have done unto his brother; so shalt thou put the evil away from among you, and those which remain shall hear and fear and shall henceforth commit no more any such evil among you.**

**And then I -- excuse me. And thine eye shall not pity, but life shall go for life, eye for eye, tooth for tooth, hand for hand and foot for foot. I am a living man and I work for God and I believe his word, that this is how accusations are handled, justly by God.**

**Also in the word of God it states how judges and magistrates had to judge all people according to God's laws, the natural laws. In the book of Ezra, Chapter 7, Verses 25 and 26, the Lord our God states: And thou, Ezra, after the wisdom of thy God that is in thine hand, set magistrates and judges which may judge all the people that are beyond the river all such as know the laws of thy God and teach ye them that know them not.**

**And whosoever will not do the law of thy God and the law of the King, let judgment be executed speedily upon him, whether it be unto death or to banishment or to confiscation of goods or to imprisonment.**

**And I believe that all that happens in this courtroom is being recorded in the throne room of God, the judge of all, and all will give an account one day to the King of kings and Lord of lords, Jesus Christ. May God's judgment and truth**

**prevail. Thank you.**

**THE COURT: Thank you very much.**

**This hearing is concluded.**

**UNIDENTIFIED SPEAKER: I do not consent to these proceedings.**

**(The proceedings adjourned at 11:44 a.m.)**

**C E R T I F I C A T E**

**I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.**

**_12/21/2023_**
**DATE**

**STEPHANIE A. McCARN, RPR**
**Official United States Court Reporter**
**400 North Miami Avenue, Thirteenth Floor**
**Miami, Florida 33128**
**(305) 523-5518**